**HONORABLE ROBERT S. LASNIK**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED
ENTERED
LODGED
RECEIVED

MAR 07 2002 PM

AT SEATTLE
CLERK U S DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CYBERSPACE COM, LLC, FRENCH DREAMS, COTO SETTLEMENT, ELECTRONIC PUBLISHING VENTURES, L L C , OLYMPIC TELECOMMUNICATIONS, INC , IAN EISENBERG and CHRIS HEBERD,<br><br>Defendants | NO   C00-1806L<br><br>**AFFIDAVIT OF DEFENDANT IAN EISENBERG IN SUPPORT OF THE EFO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>CV 00-01806 #00000123 |

Ian Eisenberg, being duly sworn, hereby states.

1       I am a defendant in the above-captioned case   I also am the sole owner of defendant Olympic Telecommunications, Inc  ("Olympic"), and of defendant French Dreams.  I am over eighteen years of age, competent to testify to the matters stated in this affidavit and make this affidavit from personal knowledge of those matters

2       In addition to Olympic and French Dreams, I own a number of other companies   Until the Cyberspace venture at issue in this litigation, the companies I owned primarily provided or supported audiotext services, i e , enhanced telephone services often accessed through 900 numbers

3       Both prior to and during the time of the Cyberspace venture, Olympic was a billing aggregator   A billing aggregator is an intermediary between a company offering a service and the local telephone company   Olympic, like all billing aggregators, has billing and collections agreements with most of the telephone companies, and all the major local exchange

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington  98154
phone  (206) 624-6334
fax  (206) 624-6348

carriers ("LEC's", which also are referred to as local telephone companies)  Olympic formats the computerized records of the company offering the service, prepares them for billing and sends them to the numerous telephone companies that actually send out the bill pages. The telephone companies remit all sums collected to Olympic, which in turn distributes the proceeds (less its fee and other sums) to the company offering the services  Olympic also instructs the telephone companies to issue credits to end users to satisfy complaints

       4      In 1998 Olympic was providing this service for a company called yp net Yp net enrolled consumers in an on-line version of the yellow pages  Businesses subscribed by cashing a check

       5      Also in 1998, Don Reese, who at the time was Olympic's billing manager and later its Secretary and Chief Operating Officer,, showed me the yp net promotion and urged me to create a similar promotion  Having no direct marketing experience, I was reluctant to do so  For a number of months thereafter, Mr. Reese continued to urge me to engage in a similar marketing promotion

       6.     In mid-1998, Mr  Reese arranged for me to meet defendant Heberd Defendant Heberd had decades of experience in direct mail  marketing  Mr. Reese and I showed Mr  Heberd yp net's mail promotion, and the two companies agreed to explore a joint venture for a similar promotion

       7      Defendant French Dreams, my company, and defendant Coto, Mr Heberd's company, formed defendant Electronic Publishing Ventures ("EPV")  French Dreams and Coto each owned fifty percent of EPV.  EPV in turn owned defendant Cyberspace

       8      Cyberspace's first marketing venture was an electronic yellow pages promotion similar to that of yp net

       9      In 1998, Cyberspace began making arrangements to offer internet service to which businesses and consumers would subscribe by cashing a promotional check

       10     My companies and Mr. Heberd's companies generally were responsible for a different portion of the operation  Defendant Heberd or his employees obtained mailing lists, created the promotions, had attorneys specializing in direct marketing review the materials,

**AFFIDAVIT OF DEFENDANT
IAN EISENBERG IN SUPPORT OF THE EFO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT** 2
00049581.1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348

and arranged for mailing   Defendant Heberd's employees also handled the day to day

bookkeeping and accounting for Cyberspace   Olympic was to provide most customer service

and would be the billing aggregator for Cyberspace

11      Cyberspace entered into a contract with Starnet Services, L L C., an

internet service provider, through whom Cyberspace customers would access the internet   At the

time, Starnet, a recognized company in the industry, provided service through local telephone

numbers in most but not all of the United States   In order to provide toll free internet access

throughout the United States, Cyberspace also entered into an agreement with GTE, which had

local access numbers for areas not covered by Starnet

12      Subscribers to Cyberspace's services received unlimited internet access

usually billed at $19 95 per month for consumers and $29 95 per month for small businesses.

This service included e-mail service with an "@cyberspace com" address and a personal web

page

13      E-mail services were accessed on line, in the same way that a Hotmail user

accesses e-mail on line   Some consumers and businesses wanted a cyberspace.com address

because of the name   Such subscribers did not have to use the Cyberspace internet service to

retrieve their e-mail   For example, someone with high speed internet access who was willing to

pay $19.95 or $29 95 per month for a cyberspace com e-mail address likely would never use

Cyberspace's internet access   Such consumers often signed up by contacting us directly, rather

than by cashing a promotional check

14      Cyberspace sent a number of different promotions to businesses and

consumers   Although I did not see many of the promotions before they were mailed, I understand

that on January 28, 2002, Mr Heberd filed a response to Plaintiff's Third Request for

Admissions from Defendant Chris Heberd in which he admitted that all of the promotions

attached hereto as Exhibit A are examples of marketing materials sent to consumers with a

solicitation check   Many of these promotions are familiar to me   All of them were created by

defendant Heberd or his employees. Most of the direct mail pieces appear to be similar

Virtually all included a check in the amount of $3 50   I believe that a small number of test

**AFFIDAVIT OF DEFENDANT**
**IAN EISENBERG IN SUPPORT OF THE EFO**
**DEFENDANTS' MOTION FOR SUMMARY**
**JUDGMENT**  3
00049581.i

*NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP*
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone  (206) 624-6334
fax  (206) 624-6348

mailings contained checks in different amounts. The direct mail pieces had several disclosures. The first was in an insert in the envelope The promotions also had a check and a check stub There were disclosures on the back of the check and on the back of the check stub

15      On behalf of Cyberspace, Mr Heberd retained Lewis Rose, Esq , at the time a partner in Arent Fox and a noted authority in the field of direct marketing laws and regulations, to review all promotions that were mailed I did not see many of the promotions before they were mailed, but I repeatedly was assured by Mr Heberd that all were approved by counsel

16      The promotions underwent further review by the LEC's Under the terms of Olympic's billing and collections agreements with the LEC's, all promotions had to be submitted to the LEC's for approval prior to billing

17      Once a solicitation check was deposited, Cyberspace mailed a CD-ROM to the subscriber Most computers come with browsers already loaded A subscriber could have entered a Cyberspace local access number into the browser already loaded onto the computer, however, the CD-ROM also gave consumers an e-mail program and dozens of utility programs

18      When a subscriber negotiated a check, Cyberspace would activate service, that is, it would permit access by a consumer Cyberspace paid a fee to Starnet for each subscriber even if the subscriber never logged on

19      Olympic's responsibilities included customer service At various times, other entities also provided customer service for the Cyberspace ventures The LEC's provided customer service when a subscriber called with a question about the charge on the subscriber's telephone bill Capital Gains, a company owned by defendant Hebert, and two other companies, Pinnacle and Integretel, also provided customer service to insure that subscribers would have faster access to customer service representatives Finally, written complaints from regulators were handled by the Heberd organization or by Lewis Rose, Esq

20      Prior to June, 1999, Mr Reese was the billing manager for Olympic and other companies owned by me He also was the vice president of one of those companies,

**AFFIDAVIT OF DEFENDANT**
**IAN EISENBERG IN SUPPORT OF THE EFO**
**DEFENDANTS' MOTION FOR SUMMARY**
**JUDGMENT** 4
00049581.1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348

Common Concerns  In June, 1999, Mr Reese became the Secretary and Chief Operating Officer of Olympic and various other companies owned by me

21      I attended much of Mr. Reese's deposition and heard him deny that he ever was an officer of any of my companies that he was Vice President of Common Concerns This is incorrect  Attached as Exhibit B is a corporate resolution signed by me naming him secretary of Olympic in June, 1999  While three years later I do not specifically recall this document, I have taken this from the regularly kept books and records of Olympic

22      Mr Reese also was the Secretary of another company owned by me, U S Networks  Attached as Exhibit C is the corporate resolution naming Mr Reese secretary of U S. Networks  Minutes of a subsequent meeting of the U S Networks Board of Directors were signed by Mr Reese as Secretary of that company and are attached as Exhibit D  I also have found numerous pieces of correspondence in my office addressed to Mr. Reese as Secretary of these companies

23      During the FTC's investigation of Cyberspace in the fall of 2000, Lewis Rose, Esq , who represented Cyberspace, prepared various documents to submit to the FTC  As I understand it, Jeff Fritz and Wayne Chia, who were employees of the Heberd defendants, compiled various information from the Heberd defendants' databases, including the dates that various pieces were mailed, total number of pieces mailed, and the response rates by small businesses and consumers

24      I saw draft of Mr Rose's letter to the FTC detailing this information Although I have no way in which to verify this information independently, I have no reason to believe it is not correct

25      It also is my understanding that the Heberd defendants are making a motion for summary judgment that will include an affidavit from Mr Heberd providing and verifying this information

Ian Eisenberg

**AFFIDAVIT OF DEFENDANT**
**IAN EISENBERG IN SUPPORT OF THE EFO**
**DEFENDANTS' MOTION FOR SUMMARY**
**JUDGMENT  5**
00049581.1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone  (206) 624-6334
fax  (206) 624-6348

Subscribed and Sworn to Before Me
This 7ᵗʰ ___ Day of March, 2002

_____
Notary Public

LINDA L. ROSS
STATE OF WASHINGTON
NOTARY --•-- PUBLIC
MY COMMISSION EXPIRES 4-05-06

**AFFIDAVIT OF DEFENDANT**
**IAN EISENBERG IN SUPPORT OF THE EFO**
**DEFENDANTS' MOTION FOR SUMMARY**
**JUDGMENT 6**
00049581,1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348



CYBERSPACE.COM LLC.
PMB 330
1149 Pulaski Hwy.
Bear, DE 19701-1300
1-888-285-5100

nnnnnnnn15

--- CHECK ENCLOSED ---

*PAY* ...

TO THE
ORDER OF:

West Gate Mall Cinema 8
14601 W 95th
Lenexa, KS  66215-1105

CS 00001

FTC-0001380

CYBERSPACE.COM, LLC

CYBERSPACE.COM, LLC
14th Pittbull Hwy
Boen, DE 19901-0xx
1-888-xxx-xxxx

PAY *Three Dollars & Fifty Cents*

RE: 990-999-9999

$3.50

VOID VOID VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID VOID VOID
PAID                                        $3.50

PAY TO THE
ORDER OF    West Gate Mall Cinema 8
            14601 W 99th
            Lenexa, KS 662--

FIRST UNION NATIONAL BANK
CHAPEL HILL, NC 27514

DATE June 07, 1999

00000008                          xx

VOID 180 DAYS AFTER DATE

| REFERENCE NO | | | | |
|---|---|---|---|---|
| XX | Instant Cash Rebate - Sign-up Check | | $3.50 | $3.50 |

| CHECK DATE | CHECK NO. | DESCRIPTION | | |
| 06/07/99 | 000000 | | | |

| | | PAYEE | DISCOUNT TAKEN | AMOUNT PAID |
| | | West Gate Mall Cinema 8 | $3.50 | $3.50 |

CS 00002

FTC-0001381



*This solicitation check must be cashed or deposited within* thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE. Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

ENDORSE CHECK HERE

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY*

Use this space to correct any information such as address and telephone number as needed:

Telephone Number ( )

Name.

Address:

FEDERAL RESERVE BANK REGULATION*

Security features on this document include a Micro-Print Signature Line and Security Screen. Absence of these features may indicate alteration.

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace com, LLC. Licensed dba of Cyberspace com. Not affiliated with any local or long-distance telephone company Basic service includes 56K connection for very fast dial-up access to the Internet, *utilizing a user friendly Internet installation by way of a* CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 4MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon Fee for Internet services is $29 95 per month, billed through Olympic on local phone bill or by mail 30 day money back guarantee. This *agreement shall be governed by and interpreted in accordance with the laws of the state of* Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved
1-888-286-5196

CS 00003 3502

CS 00004

SERVING
YOUR BUSINESS
COMMUNICATION NEEDS.

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible. At Cyberspace, we understand how important this is, and we are determined to make it a continuing reality everyday in everything we do for our valued customers. That is our bottom line. Nothing is more important for us than that

Our motto is, "It's the customer's way... or the highway." We stand behind it positively... 100%.

Read Important Information on Back

# CYBERSPACE INTERNET SERVICES

As an Internet provider, we want to give all our customers the best Internet service to keep them on the top of the business world.

This alone makes Cyberspace a real bargain for Internet service. However, our valued customers receive other benefits as well, including 56K connection for very fast dial-up access to the Internet, "user friendly" Internet Installation software on a CD-ROM, a free web browser, local dial-up numbers in most major cities, an e-mail address, and 4MB of web space. We provide all this for the low low price of only $29.95 per month, which, when the enclosed check is endorsed and cashed or deposited, will be billed conveniently to the customer's local phone bill. (The enclosed check is real! Cash it with our best wishes!) Consequently, the enclosed check is our way of introducing individuals to this Internet service and initiating a subscription as easily and conveniently as possible. With this many benefits, Cyberspace customers can begin taking full advantage of conducting business on the Internet, that vast, new ...and growing...market of individuals ready to buy products and services on-line. Smart business people know that no market should ever be ignored, and the Internet certainly cannot be ignored for too long. Its "interactive" features draw customers in and command their attention like no other advertising media can.

A Cyberspace Internet account can be a real asset to any business needing sales enhancement.

Once you're established, an Internet presence with Cyberspace, you are encouraged to consider further enhancements. This will maximize your investment and insure that your advertising message is presented, as professionally and persuasively as possible.

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible.

We're certain you'll be pleased with Cyberspace. But if you're not 100% satisfied, we'll give you a full refund. Call our toll-free number within 30 days of your account activation, and we'll return your fee. No questions asked. And don't forget: Service first is our Number One Priority. We want our customers to know that whenever there is a problem that they can call us toll free at 1-888-205-5196. Cyberspace: Serving your business needs ...now... tomorrow... and into the next century!

CS 00005

3502

FTC-0001384





Cyberspace.com, LLC
PMB 331
7144 Pulaski Hwy
Bear, DE 19701-1306
1-888-285-5196

000047188

-- CHECK ENCLOSED --

PAY
TO THE
ORDER
OF

A. Quality Sample
14601 W 99th
Lenexa, KS 66215-1106

CS 00006

FTC-0001385



VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

Cyberspace.com, LLC

**EXPIRATION DATE: JULY 07, 1999**

000047188/759101

000000

MAKE ADDRESS OR PHONE# CHANGES ON CHECK REVERSE

| INVOICE NUMBER | DESCRIPTION | AMOUNT | DISCOUNT TAKEN | NET DISCOUNT |
|---|---|---|---|---|
| N/A | ISP SUB. | $29.95 | 0.1168614 | $3.50 |

| CHECK NUMBER | DATE | ACCOUNT NUMBER | TOTAL AMOUNT | TOTAL DISCOUNT TAKEN | TOTAL NET AMOUNT |
|---|---|---|---|---|---|
| 000000 | June 07, 1999 | 18174 | $29.95 | 0.1168614 | $3.50 |

CS 00007

FTC-0001386

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize services pursuant to terms attached. NOTICE: Payee agrees to terms of $29.95 monthly, one of which is payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC., an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the internet, utilizing a user friendly internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 4MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for internet services is $29.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS, RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace.com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5196.

CS 00008

FTC-0001387



**SERVING YOUR BUSINESS COMMUNICATION NEEDS.**

CS 00009



There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible. At Cyberspace, we understand how important this is, and we are determined to make it a continuing reality everyday in everything we do for our valued customers. That is our bottom line. Nothing is more important for us than that!

Our motto is, "It's the customer's way... or the highway." We stand behind it positively... 1000%.

**Read Important Information on Back**

FTC-0001388

## CYBERSPACE INTERNET SERVICES

As an Internet provider, we want to give all our customers the best Internet service to keep them on the top of the business world.

This alone makes Cyberspace a real bargain for Internet service. However, our valued customers receive other benefits as well, including 56K connection for very fast dial-up access to the Internet, "user friendly" Internet installation software on a CD-ROM, a free web browser, local dial-up numbers in most major cities, an e-mail address, and 4MB of web space. We provide all this for the low, low price of only $29.95 per month, which, when the enclosed check is endorsed and cashed or deposited, will be billed conveniently to the customer's local phone bill. (The enclosed check is real! Cash it with our best wishes!) Consequently, the enclosed check is our way of introducing individuals to this Internet service and initiating a subscription as easily and conveniently as possible. With this many benefits, Cyberspace customers can begin taking full advantage of conducting business on the Internet, that vast, new ...and growing...market of individuals ready to buy products and services on-line. Smart business people know that no market should ever be ignored, and the Internet certainly cannot be ignored for too long. Its "interactive" features draw customers in and command their attention like no other advertising media can.

A Cyberspace Internet account can be a real "shot in the arm" for any business needing sales enhancement.

Once you've established an Internet presence with Cyberspace, you are encouraged to consider further enhancements. This will maximize your investment and insure that your advertising message is presented as professionally and persuasively as possible.

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible.

We're certain you'll be pleased with Cyberspace. But if you're not 100% satisfied, we'll give you a full refund. Call our toll-free number within 30 days of your account activation, and we'll return your fee. No questions asked. And don't forget: Service first is our Number One Priority. We want our customers to know that whenever there is a problem that they can call us toll free at 1-888-285-5198. Cyberspace: Serving your business needs ...now... tomorrow... and into the next century!

CS 00010

3502

CS 00011

-- CHECK ENCLOSED --

| | $3.50 | $3.50 |
|---|---|---|

| DISCOUNT TAKEN | CHECK AMOUNT |
|---|---|
| $3.50 | $3.50 |

FTC-0001390

| REFERENCE NO. | | DESCRIPTION | PAYEE | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| XX | | Instant Cash Rebate - Sign-up Check | | $3.50 | $3.50 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNT TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 08/07/99 | 000000 | A. Quality Sample | $3.50 | $3.50 |

CYBERSPACE.COM, LLC

CS 00012

3506

---

Cyberspace.com, LLC
1148 Pulaski Hwy
Bear, DE 19701-1306
1-888-285-5196

REGISTERED
.766478.

PAY EXACTLY *** 3 DOLS 50 CTS

$3.50

MEMO:

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID
PAY TO THE
ORDER OF:
A. Quality Sample
14001 W 99th
Lenexa, KS 66215-1106

0000000072

FIRST UNION NATIONAL BANK
CHAPEL HILL, NC 27514

000000

DATE June 07, 1999
RE: 999-999-9999

VOID IF CASHED OR DEPOSIT NO LATER THAN
JULY 07, 1999

AUTHORIZED SIGNATURE

⑈000000⑈ ⑆051101581⑆ 074000580001⑈

0000000072/09/101

FTC-0001391

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the internet, utilizing a user friendly internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 4MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for internet services is $29.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the State of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS' AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace.com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved   1-888-285-6196.

FEDERAL RESERVE BANK REGULATION.

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number
Name
Address

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE: Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE        FOR FINANCIAL INSTITUTION USE ONLY

CS 00013

FTC-0001392



**RJE**

**SERVING YOUR BUSINESS COMMUNICATION NEEDS.**

CS 00014



There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service they provide. At Cybertronics, we understand how important this is, and we are determined to make it a continuing, daily practice in everything we do for our valued customers. That is our bottom line.   Nothing is more important to us than that!

Our motto is, "It's the customer's way.... or the highway." We stand behind it positively... 100%.

**Read Important Information on Back**

# CYBERSPACE INTERNET SERVICES

As an Internet provider, we want to give all our customers the best Internet service to keep them on the top of the business world.

This alone makes Cyberspace a real bargain for Internet service. However, our valued customers receive other benefits as well, including 56K connection for very fast "dial-up" access to the Internet, "user friendly" Internet installation software on a CD-ROM, a free web browser, local dial-up numbers in most major cities, an e-mail address, and 4MB of web space. We provide all this for the low, low price of only $29.95 per month, which, when the enclosed check is endorsed and cashed or deposited, will be billed conveniently to the customer's local phone bill. (The enclosed check is our way of introducing individuals to this Internet service and initiating a subscription as easily and conveniently as possible. With this many benefits, Cyberspace customers can begin taking full advantage of conducting business on the Internet, that vast, new ...and growing... market of individuals ready to buy products and services on-line. Smart business people know that no market should ever be ignored, and the Internet certainly cannot be ignored for too long. Its "interactive" features draw customers in and command their attention like no other advertising media can.

A Cyberspace Internet account can be a real "plus in the arm" for any business needing sales enhancement.

Once you're established an Internet presence with Cyberspace, you are encouraged to consider further enhancements. This will maximize your investment and insure that your advertising message is presented as professionally and persuasively as possible.

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible.

We're certain you'll be pleased with Cyberspace. But if you're not 100% satisfied, we'll give you a full refund. Call our toll-free number within 30 days of your account activation, and we'll return your fee. No questions asked. And don't forget: Service first is our Number One Priority. We want our customers to know that whenever there is a problem that they can call us toll free at 1-888-285-5196. Cyberspace: Serving your business needs ...now... tomorrow... and into the next century!

CS 00015

FTC-0001394



CS 00016

FTC-0001395

**CYBERSPACE.COM, LLC**
P.O. Box 1691
Helena, Montana 59624

150000

RE: 999-999-9999

DATE March 15 19 99

68-156
531

PAY *Three Dollars & Fifty Cents* $3.50

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

XX

PAY TO THE ORDER OF

Cabazon Industries
14801 W 99th
Lenexa, KS 66215-1108

3/11/99
01.40:33
VOID AFTER 30 DAYS

FIRST UNION NATIONAL BANK
CHAPEL HILL, NC 27514

⑈150000⑈ ⑆053101561⑆ 2079900058000⑈

0000150011738401

**CYBERSPACE.COM, LLC**

| REFERENCE NO. | DESCRIPTION | CHECK NO. | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|---|
| XX | N/A | 150000 | N/A | N/A | $3.50 | $3.50 |

| CHECK DATE | | PAYEE | | | DISCOUNT TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 03/15/99 | | Cabazon Industries | | | $3.50 | $3.50 |

CS 00017

FTC-0001396

Internet service provider (ISP) services, standard terms; check enclosed herewith is a valid check. May be cashed or deposited in payees account. ISP services offered by Cyberspace.com, LLC., an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace com. LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service Includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 4MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $29.95 per month, billed through Olympic on local phone bill or by mail. Satisfaction guaranteed. Provider shall not obligate client to pay fee(s) unless same accepts these terms by cashing or depositing enclosed check. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services occur on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace com, LLC. Any refund due will be provided. © 1999 Cyberspace com, LLC All rights reserved. 1-888-285-6196.

CS 00018

3482

* FEDERAL RESERVE BANK REGULATIONS CC
Security features on this document include:
Micro-Print Signature Line and Security Screen.
Absence of these features may indicate alteration.

Use this space to correct any information such as address and telephone number as needed:

Telephone Number ( )

Name:

Address:

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

ENDORSE CHECK HERE

This subscription refund check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement, pursuant to terms attached. Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of listing installation.



SERVING YOUR BUSINESS COMMUNICATION NEEDS.

CS 00019

FTC-0001398



CS 00020



301 East Lyndale Ave., #401
Helena, MT 59601

ACCOUNTS PAYABLE

PAY
TO THE
ORDER OF

****** Sample Endorsement Line
Intellmail
14601 W 99th
Lenexa, KS 66215-1106

FIRST UNION
CHARLH

CS 00021



ACCOUNTS PAYABLE

201 East Lyndale Ave., #401
Helena, MT 59601

PAY
TO THE
ORDER OF

****** Sample Endorsement Line
Intellimail
14601 W 99th
Lenexa, KS 66215-1108

FIRST UNION
CHVELH

CS 00021



FTC 0001492

Internet service provider (ISP) services, standard terms: check enclosed herewith is a valid check. May be cashed or deposited in payees account ISP services offered by Cyberspace com, LLC , an independent reseller of ISP and enhanced website design and hosting services. Licensed dba of cyberspace com. Not affiliated with AT&T, G T.E., Southwest Bell, US WEST, Pactel, Ameritech, or any local or long-distance telephone company Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $29 95 per month, billed through Olympic on local phone bill or by mail. Satisfaction guaranteed. Provider shall not obligate client to pay fee(s) unless same accepts these terms by cashing or depositing enclosed check. This agreement shall be governed by and interpreted in accordance with the laws of the state of Montana. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS, FOR ANY PARTICULAR PURPOSE IS BEING MADE. You will be notified of any future rate changes in advance Internet services occur on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace.com, LLC. any refund due will be prorated © 1998 Cyberspace com, LLC All rights reserved. 1-888-285-5196.

CS 00023

This subscription check must be cashed or deposited within thirty days of issuance. By endorsing and depositing this check, payee agrees to utilize the services in the terms and conditions attached and incorporated herein. Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of listing installation

ENDORSE CHECK HERE

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE FOR FINANCIAL INSTITUTION USE ONLY*

Please verify that all information such as address and telephone number printed on the front of this check is correct. If incorrect please make changes here'

Telephone Number ( )

Name:

Address:

CS 00024

Cyberspace.com, LLC
PMB 330
1140 Pulaski Hwy.
Bear, DE 19701-1305
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID V
TO THE    Women Of Power
ORDER     255 Channing Way Apt 3
OF        San Rafael, CA  94903-2816

CS 00024



Cyberspace.com, LLC
PMB 330
1146 Pulaski Hwy.
Bear, DE 19701-1306
1-888-283-5196

\*\*\*

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID VOID V\

PAY
TO THE    Women Of Power
ORDER    255 Channing Way Apt 3
OF        San Rafael, CA 94903-2616

Il..I..I..I.I....II....I.II..I.I..II..III..II

**Cyberspace.com, LLC**
PMB 330
1148 Pulaski Hwy
Bear, DE 19701-1306
1-888-285-5196

**FIRST UNION NATIONAL BANK**
CHAPEL HILL, NC 27514

6020045

VOID IF GREEN COLORED BACKGROUND IS MISSING

**************THREE DOLLARS AND 50/100**************

RE: 415-499-0659    AMOUNT: $3.50

DATE: September 20, 1999    091500  12:28:49

Security Signature

MDID AUTO VOID VOID VOID VOID VOID VOID VOID VOID VOID
TO THE ORDER OF
Women Of Power
255 Channing Way Apt 3
San Rafael, CA 94903-2816

⑈60 2004 5⑈ ⑈0 5 30 0 5 6 ⑈ 20 7 9 9000 58000⑈

CS 00025

0000000477X202    6020045

CAN CASH OR GET CASH BACK AT YOUR FINANCIAL INSTITUTION
EXPIRATION DATE: OCTOBER 20, 1999
MAKE ADDRESS OR PHONE# CHANGES ON CHECK REVERSE

Cyberspace.com, LLC
1-888-285-5196

| INVOICE NUMBER | DESCRIPTION | DATE | AMOUNT | DISCOUNT TAKEN | NET DISCOUNT |
|---|---|---|---|---|---|
| N/A | ISP SUB. | | $13.43 | 0.2806105 | $3.50 |
| | | | TOTAL AMOUNT | TOTAL DISCOUNT TAKEN | TOTAL NET AMOUNT |
| CHECK NUMBER | | 18174 | $13.43 | 0.2806105 | $3.50 |
| 6020045 | | September 20, 1999 | | | |

FTC-0001406

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms: ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $13.43 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MERCHANTABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS; RESELLERS; AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-6106.

CS 00026

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement, pursuant to terms attached. NOTICE: Payee agrees to terms of $13.43 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number:

Name

Address

FEDERAL RESERVE BANK REGULATION

Security features in this document include a Fiber-Real, Signature Area and Security Screen. Because of these features may indicate alteration



CS 00027



CS 00028



CS 00029

**Cyberspace.com, LLC**
PMB 330
1146 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID V

TO THE    Concrete Cutting & Coring Co
ORDER    PO Box 258
OF    Santa Rosa, CA  95402-0258

CS 00029

Cyberspace.com, LLC
PMB 330
1149 Pulaski Hwy,
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID V

TO THE
ORDER    Concrete Cutting & Coring Co
OF       PO Box 258
         Santa Rosa, CA  95402-0258



**Cyberspace.com, LLC**
PMB 330
1148 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

6000000

FIRST UNION NATIONAL BANK
CHAPEL HILL, NC 27514

17

**************THREE DOLLARS AND 50/100**************

RE: 707-584-4415

DATE: September 20, 1999          AMOUNT: $3.50

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

TO THE
ORDER
OF

Concrete Cutting & Coring Co
PO Box 258
Santa Rosa, CA 95402-0258

⑈6000000⑈ ⑆053⑉0⑈56⑈:⑈20⑈99000 58000⑈

EXPIRATION DATE: OCTOBER 20, 1999
MAKE ADDRESS OR PHONE# CHANGES ON CHECK REVERSE

cyberspace.com, LLC
1-888-285-5196

| INVOICE NUMBER | DESCRIPTION | DISCOUNT NUMBER | AMOUNT | DISCOUNT TAKEN | NET AMOUNT |
|---|---|---|---|---|---|
| N/A | ISP SUB. | 18174 | $18.57 | 0.1884760 | $3.50 |
| CHECK NUMBER | CHECK DATE | | TOTAL AMOUNT | TOTAL DISCOUNT TAKEN | TOTAL NET AMOUNT |
| 6000000 | September 20, 1999 | | $18.57 | 0.1884760 | $3.50 |

CS 00030

FTC-0001412

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com, LLC. Not affiliated with any local or long-distance telephone company Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described herein Fee for Internet services is $18.57 per month, billed through Olympic on local phone bill or by mail 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MERCHANTABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be prorated © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-286-6196

FEDERAL RESERVE BANK REGULATION*

Address

Name

Telephone Number

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

FOR FINANCIAL INSTITUTIONS USE ONLY
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE

service activation.

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement, pursuant to terms attached NOTICE. Payee agrees to terms of $18.57 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of

CS 00031

FTC-0001413



CS 00032

FTC-0001414



CS 00033



Cyberspace.com
16970 Dallas Parkway, Suite 601
Dallas, TX 75248
1-888-205-5196

-- CHECK ENCLOSED --

****

PAY ... VOID VOID VOID VOID V
TO THE   ****** Sample Endorsement Line
ORDER    Sample A. Samples
OF       14601 W 99th
         Lenexa, KS  66215-1108

CS 00034

FTC-0001416



**Cyberspace.com**
16970 Dallas Parkway, Suite 601
Dallas, TX 75248
1-888-285-5196

-- CHECK ENCLOSED --

****

PAY ~TO~ ~THE~ ~TO~ ~THE~ ~TO~ ~THE~ ~TO~ ~THE~ ~TO~ ~THE~ ~TO~ ~THE~ ~TO~ ~THE~ ~T~
***** Sample Endorsement Line
TO THE Sample A. Samples
ORDER 14601 W 99th
OF Lenexa, KS 66215-1106

CS 00034

FTC-0001417

**Cyberspace.com**
16970 Dallas Parkway, Suite 601
Dallas, TX 75248
1-888-285-5196

**FIRST UNION NATIONAL BANK**
CHAPEL HILL, NC 27514

0000000

RE: 888-888-8888

************THREE DOLLARS AND 50/100************

DATE: December 17, 1999    AMOUNT: $3.50

XX

TO THE
ORDER
OF

Sample Endorsement Line
******Sample A. Samples
14601 W 99th
Lenexa, KS 66215-1106

VOID VOID VOID VOID VOID VOID VOID VOID VOID

⑈0000000⑈ ⑆053101⑆56 1⑈ 2079⑈000 5B000⑈

| CHECK NUMBER | DATE | DESCRIPTION | ACCOUNT NUMBER | | | |
|---|---|---|---|---|---|---|
| 0000000 | December 17, 1999 | 18174 | $19.95 | 0.1754385 | $3.50 |
| N/A | | INTERNET SERVICES | $19.95 | 0.1754385 | $3.50 |

Cyberspace.com
1-888-285-5196

EXPIRATION DATE: JANUARY 17, 2000
MAKE ADDRESS OR PHONE# CHANGES ON CHECK REVERSE
SEE DETAILS ON REVERSE BEFORE ENDORSING

CS 00035

FTC-0001418

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $19.95 per month, billed through Olympic on local phone bill or by mail 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MERCHANTABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5196.

CS 00036

Verify that your name, address and phone number are correct as printed on the front of the check. If incorrect, make changes below.

[Telephone Number]

Name

Address

FEDERAL RESERVE BANK ROUTING

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE: Payee agrees to terms of $19.95 monthly, due and payable in advance these charges to appear on their phone bill as listed on reverse. Payee acknowledges that they are qualified and, in fact, do authorize Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.



FTC-0001420



CS 00038

CS 00039

cyberspace.com, LLC
PMB 330
1149 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

*** 

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID VO
Sample Endorsement Line
Sample A. Samples
14601 W 99th
Lenexa, KS  66215-1106
|.l.l..l..l..l.l.ll.l...ll.ll...l.....l..ll

PAY
TO THE
ORDER
OF

FTC-0001422



CS 00039

cyberspace.com, LLC
PMB 330
1140 Pebble Hwy.
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

*** 

VOID VOID VOID VOID VOID VOID VOID V
Sample Endorsement Line
PAY
TO THE    Sample A. Samples
ORDER    14601 W 99th
OF       Lenexa, KS, 66215-1109



FTC-0001424

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE. Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

**ENDORSE HERE**

_____

_____

_____

**DO NOT SIGN / WRITE / STAMP BELOW THIS LINE**
**FOR FINANCIAL INSTITUTION USAGE ONLY***

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

**Telephone Number (        )** _____

**Name** _____

**Address** _____

_____

**FEDERAL RESERVE BANK RESOLUTION***

Security features on this document include a Micro-Print Signature Line and Security Screen. Absence of these features may indicate alteration.

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 4MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $29.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace.com, LLC. Any refund due will be prorated © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5196.

CS 00041

FTC-0001425





CS 00043

CS 00044

Cyberspace.com, LLC
PMB 530
1140 Poland Hwy.
Bear, DE 19701-1306
1-888-2865-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID VOID
Sample Endorsement Line
Sample A. Samples
14601 W 99th
Lenexa, KS 60215-1108

PAY
TO THE
ORDER
OF

FTC-0001428

CS 00044

Cyberspace.com, LLC
PMB 330
1146 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5199

-- CHECK ENCLOSED --

PAY    Sample A. Sample
TO THE  14001 W 99th
ORDER   Lenexa, KS 66215-1106
OF





This solicitation check must be cashed or deposited within thirty days of issuance. *Endorsement and deposit constitute agreement* of desire to utilize service and agreement pursuant to terms attached. NOTICE. Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY*

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number ( )

Name

Address

FEDERAL RESERVE BOARD REGULATION*

Security features on this document include a Micro-Print Signature Line and Security Screen. Absence of these features may indicate alteration.

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC., an independent *reseller of ISP and enhanced website design and hosting services offered by* Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the internet, utilizing a user friendly internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 4MB of web space. Endorsement and *deposit by payee constitute a valid request for service described hereon. Fee for internet services is $29.95 per month*, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' *LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS* AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace.com, LLC. *Any refund due will be prorated.* © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5196

CS 00046

FTC-0001432

# CYBERSPACE INTERNET SERVICES

As an Internet provider, we want to give all of our customers "the best Internet" service to help them get the top of the business world. This alone makes Cyberspace a real bargain for Internet service. However, our valued customers receive other benefits as well, including free connection for very fast dial-up access to the "Internet", "user friendly" Internet installation software on a CD-ROM, a free web browser, local dial-up numbers in most major cities, an e-mail address, and 4MB of web space. We provide all this for the low, low price of only $20.95 per month, which, when the enclosed check is endorsed and cashed or deposited, will be billed conveniently to the customer's local phone bill. [The enclosed check is real Cash it with our best wishes] Consequently, the enclosed check is our way of introducing individuals to this Internet service and making a subscription as easily and conveniently as possible. With this many benefits, Cyberspace customers can begin taking full advantage of conducting business on the Internet, that vast, new ...and growing...market of individuals ready to buy products and services on-line. Smart business people know that no market should ever be ignored, and the Internet certainly cannot be ignored for too long. Its "interactive" features draw customers in and command their attention like no other advertising media can.

Cyberspace Internet account can be a real "shot in the arm" for any business needing sales enhancement.

Once you're established an Internet presence with Cyberspace, you are encouraged to consider further enhancements. This will maximize your investment and insure that your advertising message is presented as professionally and persuasively as possible.

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible.

We're certain you'll be pleased with Cyberspace. But if you're not 100% satisfied, we'll give you a full refund. Call our toll-free number within 30 days of your account activation, and we'll return your fee. No questions asked. And don't forget: Service first is our Number One Priority. We want our customers to know that whenever there is a problem that they can call us toll free at 1-888-285-5196. Cyberspace: Serving your business needs ...now... tomorrow... and into the next century!

CS 00048

3502

**Cyberspace.com, LLC**
PMB 350
1146 Pulaski Hwy,
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID
Sample Endorsement Line
Sample A. Samples
14601 W 99th
Lenexa, KS 66215-1106

CS 00049

Cyberspace.com, LLC
PMB 330
1148 Pulaski Hwy,
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID
Sample Endorsement Line
TO THE    Sample A. Samples
ORDER    14601 W 99th
OF    Lenexa, KS 66215-1106

CS 00049



FTC-0001436

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC., an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described herein. Fee for Internet services is $24.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until canceled by the customer and/or Cyberspace.com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5198.

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number

Address

City

service activation.

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agrees to terms of $24.95 monthly, due and payable in advance. Payee acknowledges that they are qualified in agreement, pursuant to terms attached. NOTICE: Payee in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of



FTC-0001438



 # CYBERSPACE INTERNET SERVICES

[illegible] ... very fast dial-up access to the Internet, "user-friendly" Internet installation software on a CD-ROM, a free web browser, local dial-up numbers in most major cities, an e-mail address, and 5MB of web space. We provide all this for the low, low price of only $24.95 per month, which, when the enclosed check is endorsed and cashed or deposited, will be billed conveniently to the customer's local phone bill. (The enclosed check is real cash ... with our best wishes!) Consequently, the enclosed check is our way of introducing individuals to this Internet service and initiating a subscription as easily and conveniently as possible. With this many benefits, Cyberspace customers can begin taking full advantage of conducting business on the Internet, that vast, new, and growing ... market of individuals ready to buy products and services on-line. Smart business people know that no market should ever be ignored, and the internet certainly cannot be ignored for too long. Its "interactive" features draw customers in and command their attention like no other advertising media can.

A Cyberspace Internet account can be [illegible] for any business needing sales enhancement.

Once you've established an Internet presence with Cyberspace, you are encouraged to consider further enhancements. This will maximize your investment and insure that your advertising message is presented as professionally and persuasively as possible.

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible.

We're certain you'll be pleased with Cyberspace. But if you're not 100% satisfied, we'll give you a full refund. Call our toll-free number within 30 days of your account activation, and we'll return your fee. No questions asked. And don't forget: Service first is our Number One Priority. We want our customers to know that whenever there is a problem that they can call us toll-free at 1-888-2[illegible]-[illegible]. Cyberspace. Serving your business needs ... now ... tomorrow ... and into the next century!

CS 00053

FTC-0001440



CS 00054

OFFICIAL BUSINESS
PENALTY FOR UNAUTHORIZED USE

3 R

FTC-0001441

FTC-0001442

**FIRST UNION NATIONAL BANK**
CHAPEL HILL, NC 275 4

0000000

66-156
531

CYBERSPACE.COM
PMB 3807 1148 PULASKI HWY
BEAR, DE 19701-1306
1-888-285-5196

October 15, 19 99

RE: 999-999-9999

000007587

PAY TO THE ORDER OF Sample A. Samples $ $3.50

THREE DOLLARS AND 50/100 DOLLARS

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

XX

Sample Endorsement Line
Sample A. Samples
14601 W 99th
Lenexa, KS 66215-1106

⑈0000000⑈ ⑆053101561⑆ 2079900058000⑈

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

---

CYBERSPACE.COM
1-888-285-5196

DETACH ALONG DOTTED LINES AND TEAR OFF SIDES PRIOR TO CASHING

0000000
000007537/775701

**THIS CHECK MUST BE CASHED OR DEPOSITED BEFORE:** NOVEMBER 15, 1999

| INVOICE NUMBER | DESCRIPTION | AMOUNT | DISCOUNT TAKEN | NET DISCOUNT |
|---|---|---|---|---|
| N/A | ISP SUB. | $29.95 | 0.1168614 | $3 50 |

| CHECK NUMBER | DATE | ACCOUNT NUMBER | TOTAL AMOUNT | TOTAL DISCOUNT TAKEN | TOTAL NET AMOUNT |
|---|---|---|---|---|---|
| 0000000 | October 13, 1999 | 502PC | $29.95 | 0.1168614 | $3.50 |

"Make address or phone# changes on check reverse

**TOTAL AMOUNT PAID** $3.50

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC., an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC Licensed dba of Cyberspace.com. *Not affiliated with any local or long-distance telephone company. Basic service* includes 56K connection for very fast dial-up access to the internet, utilizing a user friendly internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee *constitute a valid request for service described hereon. Fee for internet services is $29 95 per* month, billed through Olympic on local phone bill or by mail 30 day money back guarantee This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance [illegible] in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be

**CHECK RELEASE CONFIRMATION**

CYBERSPACE.COM DISBURSING AGENT
APPROVED FOR RELEASE
1714
CHARLES CLOSE

CS 00055

# CYBERSPACE INTERNET SERVICES

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible. At Cyberspace, we understand how important this is, and we are determined to make it a continuing reality everyday in everything we do for our valued customers. That is to our bottom line. Nothing is more important for us than that!

Our motto is, "It's the customer's way..." or the highway." We stand behind it positively. "...1000%. As an Internet provider, we want to give all our customers the best internet service to keep them on the top of the business world.

This alone makes Cyberspace a real bargain for internet service. However, our valued customers receive other benefits as well, including 56K connection for very fast dial-up access to the internet, "user friendly" internet installation software on a CD-ROM, a free web browser, local dial-up numbers in most major cities, an e-mail address, and 5MB of web space. We provide all this for the low, low price of only $29.95 per month, which, when the enclosed check is endorsed and cashed or deposited, will be billed conveniently to the customer's local phone bill. (The enclosed check is real! Cash it with our best wishes!) Consequently, the enclosed check is our way of introducing individuals to this internet service and initiating a subscription as easily and conveniently as possible. With this many benefits, Cyberspace customers can begin taking full advantage of conducting business on the internet, that vast, new ...and growing...market of individuals ready to buy products and services on-line. Smart business people know that no market should ever be ignored, and the internet certainly cannot be ignored for too long.

Its "Interactive" features draw customers in and commend their attention like no other advertising media can. A Cyberspace internet account can be a real "shot in the arm" for any business needing sales enhancement. Once you've established an internet presence with Cyberspace, you are encouraged to consider further enhancements. This will maximize your investment and insure that your advertising message is presented as professionally and persuasively as possible.

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible.

We're certain you'll be pleased with Cyberspace. But if you're not 100% satisfied, we'll give you a full refund. Call our toll-free number within 30 days of your account activation, and we'll return your fee. No questions asked. And don't forget: Service first is our Number One Priority. We want our customers to know that whenever there is a problem that they can call us toll free at 1-888-285-5196, Cyberspace. Serving your business needs . . . now... tomorrow..." and into the next century!

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE. Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY*

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number [ ]
Phone
Address

FEDERAL RESERVE BANK REGULATION*
Security Features in this document include a MicroPrint Signature Line and Security Screen. Absence of these features may indicate alteration

CS 00057

Cyberspace.com, LLC
PMB 330
1146 Pulaski Hwy.
Bear, DE 19701-1306
1-888-283-5196

000125027

-- CHECK ENCLOSED --

Sample Endorsement Line

TO THE   A. Quality Sample
ORDER    14601 W 99th
OF       Lenexa, KS 66215-1106

FTC-0001444

CS 00057

**Cyberspace.com, LLC**
PMB 330
1148 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

000125027

-- CHECK ENCLOSED --

Sample Endorsement Line
A. Quality Sample
14601 W 99th
Lenexa, KS 66215-1108

TO THE
ORDER
OF



Cyberspace.com, LLC
PMB 330
1146 Pulaski Hwy.
Bear, DE 19701-1305
1-888-285-5196

000125027

FIRST UNION NATIONAL BANK
CHAPEL HILL, NC 27514

**********THREE DOLLARS AND 50/100**********

RE:   999-999-9999

DATE:   August 14, 1999

AMOUNT:   $3.50

VOID VOID VOID VOID VOID VOID VOID VOID VOID
Sample Endorsement Line

TO THE
ORDER   A. Quality Sample
OF   14601 W 99th
Lenexa, KS 66215-1106

⑈000000000⑈ ⑆053101561⑈ 20799000 58000⑈

0000000
XX
$3.50

Security Signature

TO DETACH CHECK, FOLD AND TEAR ON PERFORATION

EXPIRATION DATE:   SEPTEMBER 14, 1999
MAKE ADDRESS OR PHONE# CHANGES ON CHECK REVERSE

Cyberspace.com, LLC
1-888-285-5196

0001250271772001

0000000

| N/A | ISP SUB. | | $29.95 | 0.1168614 | | $3.50 |
| August 14, 1999 | 18174 | | $29.95 | 0.1168614 | | $3.50 |
| 0000000 | | | | | | |

CS 00058

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE. Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

**ENDORSE HERE**

_____

_____

_____

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY*

_____

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

**Telephone Number (_____)_____**

**Name** _____

**Address** _____

_____

FEDERAL RESERVE BANK REGULATION*

Security features on this document include a Micro-Print Signature line and Security Screen. Absence of these features may indicate alteration

CS 00059

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the internet, utilizing a user friendly internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for internet services is $29.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace.com, LLC. Any refund due will be prorated © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5198



FTC-0001448

## CYBERSPACE INTERNET SERVICES

As an Internet provider, we want to give all our customers the best Internet service to keep them on the top of the business world.

This alone makes Cyberspace a real bargain for Internet service. However, our valued customers receive other benefits as well, including 56K connection for very fast dial-up access to the Internet, "user friendly" Internet installation software on a CD-ROM, a free web browser, local dial-up numbers in most major cities, an e-mail address, and 4MB of web space. We provide all this for the low, low price of only $29.95 per month, which, when the enclosed check is endorsed and cashed or deposited, will be billed conveniently to the customer's local phone bill. (The enclosed check is real! Cash it with our best wishes!) Consequently, the enclosed check is our way of introducing individuals to the Internet service and initiating a subscription as easily and conveniently as possible. With this many benefits, Cyberspace customers can begin taking full advantage of conducting business on the Internet, that vast, new ...and growing...market of individuals ready to buy products and services on-line. Smart business people know that no market should ever be ignored, and the Internet certainly cannot be ignored for too long. Its "interactive" features draw customers in and command their attention like no other advertising media can.

A Cyberspace Internet account can be a real "shot in the arm" for any business meeting sales enhancement.

Once you've established an Internet presence with Cyberspace, you are encouraged to consider further enhancements. This will maximize your investment and insure that your advertising message is presented as professionally and persuasively as possible.

There is nothing more important in today's hectic, fast-paced business world than providing customers with absolutely the best service possible.

We're certain you'll be pleased with Cyberspace. But if you're not 100% satisfied, we'll give you a full refund. Call our toll-free number within 30 days of your account activation, and we'll return your fee. No questions asked. And don't forget: Service first is our Number One Priority. We want our customers to know that whenever there is a problem that they can call us toll free at 1-888-285-5196. Cyberspace: Serving your business needs ...now...tomorrow...and into the next century!

CS 00061

3692

CS 00062

Cyberspace.com, LLC
PMB 330
1148 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID VOID VO,
Sample Endorsement Line

TO THE
ORDER OF
Sample A. Sample
14601 W 99th
Lenexa, KS  66215-1106

CS 00062

Cyberspace.com, LLC
PMB 330
1146 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID VOID VO
Sample Endorsement Line
TO THE   Sample A. Sample
ORDER   14601 W 99th
OF   Lenexa, KS 66215-1108

FTC 0001451



Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection or very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $19.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MERCHANTABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS, RESELLERS, AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5196.

FEDERAL RESERVE BANK ROUTING #

Address

Name

Telephone Number ( )

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE

service activation.
This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee agrees to terms of $19.95 monthly, due and payable in advance effected by calling toll-free number attached within thirty days of acknowledges that cancellation of subscription and refund in full, is

CS 00064

FTC-0001453



FTC-0001454



CS 00066

**Cyberspace.com**
16970 Dallas Parkway, Suite 601
Dallas, TX 75248
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID VOID VO
***** Sample Endorsement Line

TO THE    Sample A. Samples
ORDER    14601 W 99th
OF       Lenexa, KS  66215-1108

CS 00067

FTC-0001456

Cyberspace.com
16970 Dallas Parkway, Suite 601
Dallas, TX 75248
1-888-283-5196

-- CHECK ENCLOSED --

****** Sample Endorsement Line
Sample A. Samples
14601 W 99th
Lenexa, KS  66215-1106

CS 00067



Cyberspace.com
16970 Dallas Parkway, Suite 601
Dallas, TX 75248
1-888-285-5196

000000065

FIRST UNION NATIONAL BANK
, CHAPEL HILL, NC 27514

**********THREE DOLLARS AND 50/100**********

RE:   999-999-9999

DATE:   March 29, 2000

AMOUNT:   $3.50

VOID VOID VOID VOID VOID VOID VOID VOID VOID

TO THE
ORDER
OF

Sample Endorsement Line
Sample A. Samples
14601 W 99th
Lenexa, KS 66215-1106

0000000

RE
TAX

XX

VOID IF GREEN COLORED BACKGROUND IS MISSING

Security Signature

⑈"0000000"⑈ ⑆:053101 56 1⑆: 20 7⑈9000 58000⑈"

| DEPOSIT ITEM | ITEM DESCRIPTION | AMOUNT | MERCHANT TRACE | NET AMOUNT |
|---|---|---|---|---|
| N/A | INTERNET SERVICES | $24.95 | 0.1402805 | $3.50 |
| CHECK NUMBER | CHECK DATE | TOTAL AMOUNT | TOTAL MERCHANT TRACE | TOTAL NET AMOUNT |
| 0000000 | March 29, 2000 | 18174 | 0 1402805 | $3.50 |

Cyberspace.com
1-888-285-5196

EXPIRATION DATE:  APRIL 29, 2000
MAKE ADDRESS OR PHONE# CHANGES ON CHECK REVERSE
SEE DETAILS ON REVERSE BEFORE ENDORSING

CS 00088

0000000

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com, Not affiliated with any local reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com, Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for internet services is $24.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-6196.

CS 00069

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number

Name

Address

Verify before bank signature

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agrees to terms of $24.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

ENDORSE HERE

DO NOT WRITE / STAMP / SIGN BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY



FTC-0001460



CS 00071

CS 00072

**Cyberspace.com**
PMB 330
1148 Pulaski Hwy.
Bear, DE 19701-1306
1-888-283-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID V
Sample Endorsement Line
TO THE    Sample A. Samples
ORDER   14601 W 99th
OF    Lenexa, KS 66215-1108

CS 00072

Cyberspace.com
PMB 330
1148 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID V
Sample Endorsement Line
TO THE   Sample A. Sample
ORDER   14601 W 99th
OF   Lenexa, KS  66215-1106



Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC., an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $29.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MERCHANTABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS' AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the client and/or Cyberspace.com, LLC. Any refund due will be prorated. © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5198.

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE. Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-number attached within thirty days of service activation.

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number

Name

Address

FEDERAL RESERVE BANK REGULATION

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE

FOR FINANCIAL INSTITUTION USAGE ONLY

CS 00074



FTC-0001466



CS 00076

Cyberspace.com
16970 Dallas Parkway, Suite 601
Dallas, TX 75248
1-888-285-5196

******

-- CHECK ENCLOSED --

***** Sample Endorsement Line ***
TO THE Sample A. Samples
ORDER 14601 W 99th
OF Lenexa, KS 66215-1108

FTC-0001468

**Cyberspace.com**
16970 Dallas Parkway, Suite 601
Dallas, TX 75248
1-888-285-5196

-- CHECK ENCLOSED --

***** VOID VOID VOID VOID VOID VOID VOID *****
Sample Endorsement Line
TO THE   Sample A. Samples
ORDER   14601 W 99th
OF      Lenexa, KS 66215-1108

FTC 0001469



Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace com. Not affiliated with any local or long-distance telephone company Basic service includes 56K connection for very fast dial-up access to the internet, utilizing a user friendly internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described herein. Fee for internet services is $19.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be prorated © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5196

---

FEDERAL RESERVE BANK REGULATION

Please verify that your name, address and phone number are correct and properly printed.

Telephone Number

Name

Address

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

THE FINANCIAL INSTITUTION SHALL RELEASE
SEE DOC / NAME / TERMS / STAMP BELOW THIS LINE

ENDORSE HERE

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE: Payee acknowledges that they are qualified and, in fact, do authorize those charges to appear on their phone bill as listed on reverse. Payee agrees to terms of $19.95 monthly, due and payable in advance. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.



FTC-0001472



CS 00077

**FIRST UNION NATIONAL BANK**
CHAPEL HILL, NC 27514

0000000

66-156
531

CYBERSPACE.COM
PMB 330 / 1148 PULASKI HWY
BEAR, DE 19701-1306
1-888-285-5198

October 21 19 99

RE: 999-999-9999

0000050 76
PAY TO THE ORDER OF Sample A. Samples $ $3.50

THREE DOLLARS AND 50/100 DOLLARS

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

XX

****** Sample Endorsement Line
Sample A. Samples
14601 W 99th
Lenexa KS 66215-1106

⑈0000000⑈ ⑆053101561⑆ 2079900058000⑈

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

---

CYBERSPACE.COM
1-888-285-5198

DETACH ALONG DOTTED LINES AND TEAR OFF SIDES PRIOR TO CASHING

0000000
0000050767782902

**THIS CHECK MUST BE CASHED OR DEPOSITED BEFORE:** NOVEMBER 21, 1999

| INVOICE NUMBER | DESCRIPTION | AMOUNT | DISCOUNT TAKEN | NET DISCOUNT |
|---|---|---|---|---|
| N/A | ISP SUB. | $19.95 | 0.1754385 | $3.50 |

| CHECK NUMBER | DATE | ACCOUNT NUMBER | TOTAL AMOUNT | TOTAL DISCOUNT TAKEN | TOTAL NET AMOUNT |
|---|---|---|---|---|---|
| 0000000 | October 21, 1999 | 502PC | $19 95 | 0.1754385 | $3.50 |

"Make address or phone# changes on check reverse

**TOTAL AMOUNT PAID ▶** $3.50

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC., an independent reseller of ISP and enhanced *website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of* Cyberspace com. Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $19.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This *agreement shall be governed by and interpreted in accordance with the laws of the state of* Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be

**CHECK RELEASE CONFIRMATION**

CYBERSPACE.COM APPROVED FOR RELEASE 714 DISBURSING AGENT

## CYBERSPACE INTERNET SERVICES

As an Internet provider, we want to give all our customers the best service to keep you in touch with the world.

This alone makes Cyberspace a real bargain for internet service. However, our valued customers receive other benefits as well, including 56K connection for very fast dial-up access to the internet, "user friendly" internet installation software on a CD-ROM, a free Web browser, local dial-up numbers in most major cities, an e-mail address, and 5MB of web space. We provide all this for the low, low price of only $19.95 per month, which, when the enclosed check is endorsed and cashed or deposited, will be called conveniently to your local phone bill. (The enclosed check is real! Cash it with our best wishes!) Consequently, the enclosed check is our way of introducing individuals to this internet service and initiating a subscription as easily and conveniently as possible. With this many benefits, Cyberspace customers can begin taking full advantage of reaching out through the internet, that vast, new . . . and growing...source of information. Smart customers know that the internet provides educational and communications opportunities never before available. Cyberspace empowers you by putting you in touch with the world's best learning environment. The growing "interactive online community".

A Cyberspace internet account can be a real "shot in the arm" for parents and children alike

Once you're online with Cyberspace, you are in touch with the whole "wired" world: Sports Scores as they happen, up to the minute news, all your children's favorite characters, Disney, Barbie, Nickelodeon, Sesame Street and all their favorite characters. From educational games to encyclopedias, the list is endless. With your personal web page, post photographs, messages or even a poem for all your friends or family to see instantly. And don't forget the other big Cyberspace benefit: instant free communications with all your friends and family through your e-mail account.

There is nothing more important in today's hectic, fast-paced world than providing you with a simple and fun way to stay in touch. We're certain you'll be pleased with Cyberspace. But if you're not 100% satisfied, we'll give you a full refund. Call our toll-free number within 30 days of your account activation, and we'll return your fee. No questions asked. And don't forget. Service first is our Number One Priority. We want our customers to know that whenever there is a problem that they can call us toll free at 1-888-286-5196. Cyberspace: Serving your Internet needs ...now...tomorrow...and into the next century"

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE. Payee agrees to terms of $19.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY*

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number (
Name
Address

FEDERAL RESERVE BANK REGULATIONS*
Warning features in this document include a MicroPrint Signature Line and Security Screen. Absence of these features may indicate alteration

CS 00080

Cyberspace.com
PMB 330
1149 Pulaski Hwy
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID V
Sample Endorsement Line
TO THE    Sample A. Samples
ORDER    14601 W 99th
OF       Lenexa, KS 66215-1106

FTC-0001476

CS 00080

Cyberspace.com
PMB 330
1148 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

-- CHECK ENCLOSED --

VOID VOID VOID VOID VOID VOID VOID V
Sample Endorsement Line
TO THE:  Sample A. Samples
ORDER    14601 W 99th
OF       Lenexa, KS 66215-1108
IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII



This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached. NOTICE: Payee agrees to terms of $19.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of service activation.

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY*

Verify that your name, address and phone number are correct as printed on the front of this check. If incorrect, make changes below.

Telephone Number (          )

Name

Address

FEDERAL RESERVE BANK REGULATION*

Security features on this document include a Micro-Print Signature Line and Security Screen. Absence of these features may indicate alteration

Endorsement and deposit constitute agreement to utilize services pursuant to the following terms. ISP services offered by Cyberspace.com, LLC, an independent reseller of ISP and enhanced website design and hosting services offered by Cyberspace.com, LLC. Licensed dba of Cyberspace.com Not affiliated with any local or long-distance telephone company. Basic service includes 56K connection for very fast dial-up access to the Internet, utilizing a user friendly Internet installation by way of a CD-ROM including a web browser, local dial-up numbers in most major cities, a personal e-mail address and 5MB of web space. Endorsement and deposit by payee constitute a valid request for service described hereon. Fee for Internet services is $19.95 per month, billed through Olympic on local phone bill or by mail. 30 day money back guarantee. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. NO VERBAL STATEMENT, OTHER WARRANTY, OR GUARANTEE EXPRESSED OR IMPLIED, INCLUDING THAT OF MARKETABILITY, BENEFITS, RESULTS FOR ANY PARTICULAR PURPOSE IS BEING MADE. THE PROVIDER, ITS RESPECTIVE AGENTS, RESELLERS, AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. You will be notified of any future rate changes in advance. Internet services accrue on a month-to-month basis, at the rates in effect, until cancelled by the customer and/or Cyberspace.com, LLC. Any refund due will be prorated © 1999 Cyberspace.com, LLC. All rights reserved. 1-888-285-5196.

CS 00082



FTC-0001480



CS 00084

ESSEX ENTERPRISES, LLC
316 N. Fifth Street
Bismarck, ND 58502

074263

RE:
702-897-9463

DATE: February 10, 19 99

PAY
Three Dollars & Fifty Cents                         $3.50

FIRST UNION
NATIONAL BANK
CHAPEL HILL, NC 27514

VOID AFTER 30 DAYS

PAY
TO THE
ORDER OF
Town Pump Liquors Inc
1725 E Warm Springs Rd
Las Vegas, NV 89119-0420

68-156
631

51

ATTENTION: FINANCIAL INSTITUTION:
Check must be endorsed with payee's signature to be
valid for cashing and/or deposit. If your address or
telephone number is printed incorrectly, please make
changes on the reverse side.
CHECK EXPIRES 30 DAYS FROM DATE OF ISSUE.

⑈074263⑈ ⑆053101561⑆: 207990005685 3⑈

ESSEX ENTERPRISES, LLC

| REFERENCE NO. | ADJUSTMENTS | | | | |
|---|---|---|---|---|---|
| | | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
| 51 | N/A | N/A | N/A | $3.50 | $3.50 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNT TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 02/10/99 | 074263 | TOWN PUMP LIQUORS INC | | $3.50 | $3.50 |

H-0008231

This subscription refund check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of subscription described in terms (attached) Payee agrees to terms of $19.95 monthly, due and payable in advance Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of listing installation.

ENDORSE CHECK HERE

_____

_____

_____

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY"

*FEDERAL RESERVE BANK REGULATIONS CC



**The security features listed below, as well as those not listed, exceed FSA guidelines**

| Security Features: | Result of document alteration: |
|---|---|
| Microprint signature line | • Small type in signature line appears as dotted line when photocopied |
| Security screen | • Absence of "Original Document" verbiage on back of check |

Basic html commercial site subscription (BHCSS), standard terms: check enclosed herewith is a valid check. May be cashed or deposited in payees account. Basic html commercial site subscription offered by Essex Enterprises, LLC., an independent reseller of internet html advertising and commercial directory listings. Licensed DBA of yellow-page.com, not affiliated with AT&T, G.T.E., Southwest Bell, US WEST, Pactel, Ameritech, or any local or long-distance telephone company. Listing or advertisement published and accessible world wide on internet only at the following url: www.yellow-page.com, 24 hours per day, 365 days per year. Endorsement and deposit by check or by mail. Satisfaction guaranteed. This agreement shall be hereon. Fee for BHCSS is $19.95 per month, billed through Olympic on local phone bill or by mail. Satisfaction guaranteed. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. And shall not without the express written prior consent of the publisher be transferred or assigned. An adjustment in charges shall not be warranted by the suspension of the client's telephone service, modification of address, relocation, or moving. Provider warrants that the advertising will be published in its internet business directory accessible at www.yellow-page.com; No verbal statement, other warranty, or guarantee expressed or implied, including that of marketability, benefits, results, fitness for any particular purpose is being made. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION, MISCLASSIFICATION, OR FAILURE TO PUBLISH ANY ITEM SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT ADVERTISEMENT OR LISTING ITEM OFFERED ON THE FACE OF THIS AGREEMENT. THE CLIENT GRANTS PROVIDER THE RIGHT TO MODIFY CLASSIFICATION TO CONFORM WITH DIRECTORY AND SHALL HOLD SAME HARMLESS AND SHALL INDEMNIFY SAME WITH RESPECT TO ANY CLAIMS OF INFRINGEMENT OR SIMILAR CLAIMS IN CONNECTION WITH ANY MATERIAL, INCLUDING TRADEMARKS, SERVICE MARKS, COPYRIGHTED MATERIAL, ETC. SUPPLIED OR ACCESSED BY CLIENT. The subscription will occur on a month-to-month basis thereafter, at the rates in effect, until cancelled by the client. Provider reserves the right to cancel at any time; any refund due will be prorated. Courtesy listings for nonrespondents as well as other items not charged for may or may not be included at providers' sole discretion. © 1998 Essex Enterprises, LLC. All rights reserved. 1-800-929-4775.

H-0008232

**ESSEX ENTERPRISES, LLC**
316 N. Fifth Street
Bismarck, ND 58502

**ATTENTION   FINANCIAL   INSTITUTION:**
Check must be endorsed with payee's signature to be
valid for cashing and/or deposit. If your address or
telephone number is printed incorrectly, please make
changes on the reverse side.
CHECK EXPIRES 30 DAYS FROM DATE OF ISSUE.

RE:  843-525-3301

DATE  March 19   19 99

576074

PAY   *Three Dollars & Fifty Cents*                    $3.50            56-156
531

120022107 ·03-29-99·.0530 ·0132 ·03   53

VOID AFTER 30 DAYS

PAY
TO THE
ORDER OF

Morale Welfare & Recreation
PO Box 5100
Parris Island, SC 29905-0100

FIRST UNION
NATIONAL BANK
CHAPEL HILL, NC 27514

030296782  03-29-99  73780  02

⑈576074⑈  ⑈053101561⑈:20799000568653⑈          ⑈0000000350⑈

H-0008249



This subscription refund check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of subscription described in terms attached. Payee agrees to terms of $19.95 monthly due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full is effected by calling toll-free number attached within thirty days of listing installation.

103112675
FORT SILL
NAT'L BANK
MAR 2 0 1999
5803579880
103112675

Use this space for any information if needed
and telephone number if needed

Telephone Number:

Name:

Address:

6782   03-29-99
0981 0000-PREPDLDRS-0000
9-8008-9

H-0008250

# CORPORATE RESOLUTION
# OLYMPIC TELECOMMUNICATIONS, INC.

A special meeting of the Board of Directors of Olympic
Telecommunications, Inc. was held on Monday, March 2, 1998, pursuant
to waiver of notice and consent to the holding hereof executed by each
Director of the Corporation. The meeting was held at 12.05 P.M in the
Corporate Offices at 2722 Eastlake Avenue East, Seattle, Washington

Present were:

1. Ian Eisenberg
2. Danny McGinnis
3 Don Reese
4. Lia Yagelowich

A motion was put before the President as follows·

To appoint Don Reese as Secretary of Olympic
Telecommunications, Inc. effective immediately.

The motion was approved by the President.

There being no further business before the Board, the meeting was
closed at 12:20 P.M.

Ian Eisenberg
President

# MINUTES OF SPECIAL BOARD OF DIRECTORS MEETING OF U.S. NETWORK SERVICES, INC.

A special Board of Directors of U.S. Network Services, Inc. was held on Friday, June 5, 1998, at 9:30 P.M. at the Corporate Offices at 2722 Eastlake Avenue East, Suite 200, Seattle, Washington.

The following individuals were present at the meeting:

Ian K. Eisenberg, President/Secretary
Danny McGinnis
Lia Yagelowich, Senior Accountant

A motion was put before the President as follows:

**1) To appoint Danny A. McGinnis as Chief Operation Officer.**
**2) To appoint Don Reese as a Secretary of U.S. Network Services, Inc.**

The motion was approved by Ian K. Eisenberg.

There being no further business before the meeting, on motion duly made, seconded and carried, the meeting was adjourned at 10:00 A.M.

Ian K. Eisenberg, President

# MINUTES OF SPECIAL BOARD OF DIRECTORS
# MEETING OF
# U.S. NETWORK SERVICES, INC.

A special Board of Directors of U.S. Network Services, Inc. was held on Wednesday, November 11, 1998 at 12:50 P.M. at the Corporate Offices at 2722 Eastlake Avenue East, Suite 200, Seattle, Washington.

The following individuals were present at the meeting·

    Don M. Reese, Secretary
    Danny McGinnis, COO
    Lia Yagelowich, Senior Accountant

A motion was put before the Secretary as follows:

    To appoint Bernard Mayberry as an Assistant Secretary of U.S. Network Services, Inc.

The motion was approved by Don M. Reese.

There being no further business before the meeting, on motion duly made, seconded and carried, the meeting was adjourned at 12.55 P.M.

Don M. Reese, Secretary