HONORABLE ROBERT S. LASNIK

FILED
LODGED ENTERED
RECEIVED

MAR 07 2002 PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs<br><br>CYBERSPACE COM, LLC, FRENCH DREAMS, COTO SETTLEMENT, ELECTRONIC PUBLISHING VENTURES, L L C , OLYMPIC TELECOMMUNICATIONS, INC , IAN EISENBERG and CHRIS HEBERD,<br><br>Defendants | NO  C00-1806L<br><br>**DECLARATION OF JOEL R. DICHTER IN SUPPORT OF THE EFO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>CV 00-01806  #00000125 |

Joel R Dichter declares as follows

1   I am a member of the firm of Klein, Zelman, Rothermel & Dichter, L L P , which represents defendants Ian Eisenberg, French Dreams and Olympic Telecommunications (the "EFO" defendants) in the above-captioned action  I am over eighteen years of age, competent to testify to the matters stated in this declaration, and make this declaration from personal knowledge of those matters

2   On Saturday, March 2, 2002, I received a direct mail check promotion in the mail  It was delivered to my home address and was sent by Chase Bank

3   The entire contents of the envelope is attached hereto as Exhibit A. The document is a single page with the check on top

---

**DECLARATION OF JANE B. JACOBS IN SUPPORT OF THE EFO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**                         1

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington  98154
phone  (206) 624-6334
fax  (206) 624-6348

00049598,1

1

2   I certify and declare under the penalty of perjury under the laws of the State of New York

3   that to my knowledge the foregoing is true and correct

4   Executed this 6th day of March 2002, at New York, New York

*[signature]*
Joel R. Dichter

DECLARATION OF JANE B. JACOBS IN
SUPPORT OF THE EFO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT       2

NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
1001 Fourth Avenue Plaza, Suite 2560
Seattle, Washington 98154
phone (206) 624-6334
fax (206) 624-6348

00049598.1

January 24, 2002
Void After March 11, 2002

Pay **Four Dollars and No Cents**     Dollars $****4.00

Pay To The
Order Of
Bearer Or:

# 2680370798 # :071000505: 5800 10 2856 #

## JOEL R. DICHTER
## AS A CHASE CARDMEMBER, YOU ARE
## ELIGIBLE FOR AN INSTANT CASH REWARD.
## BE SURE TO CASH THE ENCLOSED
## CHECK BY MARCH 11, 2002!

Access # 2680370798

Dear Joel R Dichter

The enclosed check with your name on it is real! It's our special way of welcoming you to the money-saving discounts you can get on clothing, personal care items, eyewear, fitness and health products and even more available through *essentials*℠

*essentials* is an exclusive savings program that will allow you to take advantage of some of the best things in life without having to break the bank to enjoy them

### $4.00 CHECK ENCLOSED!
Just cash or deposit the enclosed check, and you'll be able to receive discounts and services available from *essentials* — the $4 00 Instant Cash Reward is yours to keep It's our gift to you for trying *essentials* risk-free for 30 days

### SAVE MONEY!
The *essentials* program offers money-saving benefits on products the Dichter Family use often Take a look at just a few

- **Save on fashion merchandise.** Be rewarded for purchases at major retailers — including Target, Foot Locker, Dillard's, Crabtree & Evelyn, Dress Barn and more — with gift certificates purchased through *essentials*

- **Magazine subscription.** You can receive a magazine subscription to a popular fashion or fitness magazine

- **Up to 50% off retail prices on eyewear.** Enjoy savings on fashion frames and prescription lenses at over 9,000 participating eyewear centers nationwide

(over, please)

CM1/CAESC1
TXT/CAES1200

**CHASE**
THE RIGHT RELATIONSHIP IS EVERYTHING®    60379



- **Get a professional Estee Lauder makeover and gift.** Through *essentials*℠ you can even enjoy a one-on-one beauty makeover and gift at Dillard's

- **Save on spa services.** Pamper yourself or someone special – at prices that are surprisingly affordable

- **Get up to $40 in rebates on haircuts.** Continue to use your usual salon, send us your receipts and we'll send you a check for up to $10 quarterly (up to $40 per membership year)

- **Savings while you stay fit.** There's no need to pay full price to stay fit! Through the *essentials* program you can receive up to 10% off purchases from the Workout Warehouse catalog and even receive a special offer for first-time students at Jazzercise classes

- **Home furnishings for less.** Save on the furnishings and accessories of your choice at stores like Pier 1 Imports, when you use gift certificates purchased from us

These are only a few examples of how the *essentials* program can save you money You'll find out all the ways to save when your *essentials* Welcome Kit arrives To start your membership and receive your Welcome Kit and complete details on how to take advantage of your exclusive *essentials* savings, simply cash or deposit the enclosed $4 00 check – your gift for trying *essentials* But you don't have to wait until your kit arrives to start saving money You may access your benefits about 5-10 business days after you've cashed your check by calling Membership Services at 1-888-593-5216

### RISK-FREE TRIAL!

After your 30-day trial, you don't have to do a thing to extend the *essentials* program to a full year If you're not satisfied with the savings, simply call the toll-free number above to cancel during your trial period – you will have paid nothing and owe nothing Unless we hear from you, your Chase credit card account will be automatically charged just $79 95 as long as your account is open and in good standing. (The $4 00 is yours to keep, even if you decide not to extend to a full year ) To ensure continuous service, your *essentials* membership will be automatically renewed each year and charged to your Chase credit card account at the then-current year's membership fee

### SATISFACTION GUARANTEED

This special *essentials* risk-free offer is another way you benefit from being a Chase cardmember We are sure that the savings and value you can enjoy with the *essentials* program will be of the same high quality you receive from Chase In fact, we're so confident your satisfaction is guaranteed If you're not completely satisfied with *essentials,* you can call Membership Services to cancel at any time for a pro-rated refund of your then-current annual fee

Sincerely,

*Jennifer Anderson*

Jennifer Anderson
Membership Director
*essentials*

P S Simply cash or deposit your $4 00 check today – you'll be happy you did!

MemberWorks® and its benefit providers, as applicable, are solely responsible for providing the *essentials* program. Neither MemberWorks or any benefit provider is affiliated in any way with Chase Manhattan Bank USA. Chase USA and its corporate affiliates are not responsible or liable for the *essentials* program in any way

© 2001 *essentials*℠ All Rights Reserved

® Registered mark of J P Morgan Chase & Co.
The Chase name and logo are registered marks of J P Morgan Chase & Co as is the phrase "THE RIGHT RELATIONSHIP IS EVERYTHING"

CM1/CAESC1