# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

CYBERSPACE.COM, LLC, et al,

Defendants.

Case No. C00-1806-L

FILED
LODGED
ENTERED
RECEIVED

MAR 8 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

## Exhibits in Support of Plaintiff's Motion for Summary Judgment

## VOLUME VIII

CV 00-01806 #00000137

Exhibits in Support of Plaintiff's
Motion for Summary Judgment
C00-1806-L

Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580
202-326-3338 (Ms Guerard

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION,

                   **Plaintiff,**

       v.

CYBERSPACE.COM, LLC, et al,


                 **Defendants,**

Case No. C00-1806-L

### Exhibits in Support of Plaintiff's Motion for Summary Judgment

### VOLUME VIII

### Exhibits 58-264

| Exhibit Number | Document |
|---|---|

*Deposition Exhibits and Excerpts from Deposition Transcripts*

Exh. 58            Promissory Note, signed by Lia Yagelowich.

Exh. 61            Copies of cashed Cyberspace solicitation checks, various dates.

Exh. 62            Essex Enterprises, LLC marketing material.

Exh. 63            Cashed Essex Enterprises, LLC solicitation check, March 9, 1999

Exh. 64            Surfisp.com, Surfnet.Services, LLC marketing material.

Exh. 65            Splashnet.net marketing material

Exh. 83            Email from Don Reese to Wayne Chia, et al., re: Cyberspace Log in Audit request, February 4, 2000.

| Exh  122 | Various printouts from "Cyberspace com * Surfisp com * Splashnet.net CSR" |
|---|---|
| Exh. 123 | Cyberspace.com Customer Support |
| Exh. 136 | Consumer complaint from Carolina Mop Manufacturing Company to Olympic |
| Exh. 147 | Email from ian@usnetwork com to buffw@ibm.net, re: Consumer Insert, August 3, 1999. |
| Exh  166 | Declaration of Lia Yagelowich in Support of Ex Parte Order to Show Cause and Temporary Restraining Order, September 27, 2000. |
| Exh. 173 | Email from Brian March to Lia Yagelowich, et al., re: Cyberspace refund, November 5, 1999 |
| Exh  260 | Deposition of Chris Hebard, February 4, 2002. |
| Exh. 262 | Deposition of Ian Eisenberg, February 6, 2002. |
| Exh. 264 | Deposition of Don Reese, February 8, 2002. |

# PROMISSORY NOTE

_____, 1999

The undersigned (the *"Maker"*), promises to pay ELECTRONIC PUBLISHING VENTURES, LLC, a Delaware limited liability company (including any subsequent holder or holders of this Promissory Note, the *"Payee"*), a principal sum equal to the sum of advances made by Payee to Maker, plus interest on the unpaid principal balance thereof (the *"Principal Balance"*) at the rate of 12% per annum, as set forth in this Promissory Note.

### Section 1.    Payment Terms.

(a)    *Interest.*  Interest on the Principal Balance shall accrue and be calculated on the basis of a 365-day year and actual days elapsed.

(b)    *Principal.*  The Principal Balance and accrued interest shall be payable on demand upon thirty (30) days written notice from Payee.

(c)    *Prepayments.*  The Maker may make prepayments of principal at any time and from time to time at its sole option, without premium or penalty.

(d)    *Application of Payments.*  All payments under this Promissory Note shall be applied first to accrued, but unpaid interest, and then to reduce the Principal Balance.

### Section 2.    Default.

The occurrence of any one or more of the following events shall constitute a default under this Promissory Note (a *"Default"*): (i) the failure of the Maker to pay when due any principal of or interest on this Promissory Note, and the continuation of such failure for five (5) days after such failure; (ii) the filing of a voluntary petition for relief in a case under the Bankruptcy Code as to the Maker; (iii) the filing by the Maker of any petition for relief under any state insolvency or similar law; and (iv) the filing of an involuntary petition under the Bankruptcy Code or any state insolvency or similar law against the Maker, which petition is not dismissed within seventy-five (75) days after its filing.  Whenever there is a Default under this Promissory Note, the Payee, at its option, may declare all amounts payable under this Promissory Note immediately due and payable, and exercise any or all rights and remedies available to it hereunder, or under applicable laws.

### Section 3.    Place of Payment and Notices

(a)    *Place of Payment.*  All payments on this Promissory Note shall be paid at the offices of the Payee set forth for notices in subsection (b), or such other place as may be specified by the Payee from time to time.

(b)    *Notice.*  Any notice or other communication required or permitted to be given hereunder shall be in writing, and shall be delivered to the parties at the addresses set forth below (or to such other addresses as the parties may specify by due notice to the others).  Notices or



EXHIBIT
58 Hebard
TZ

E-0023911

other communications given by certified mail, return receipt requested, postage prepaid, shall be deemed given three (3) days after the date of mailing. Notices or other communications sent in any other manner shall be given only when actually received.

Maker:          Cyberspace.com, LLC
                110 West 9th Street, Suite 588
                Wilmington, DE 19801

Payee:          Electronic Publishing Ventures, LLC
                Griffin Towers
                6 Hutton Center, Suite 1100
                Santa Ana, CA  92707

### Section 4.    Schedule of Advances.

The Payee shall, and is hereby authorized by the Maker to, endorse on Schedule A forming a part of this Promissory Note (or on a continuation of such Schedule) appropriate notations evidencing the amount of each unreimbursed advance or readvance, the date of each such advance or readvance, and the date and amount of each repayment of principal and interest, if any, received by the Payee. In any legal action or proceeding in respect of this Promissory Note, the entries made on such grids shall be presumptive evidence of the existence and amounts of the obligations of the Maker therein recorded. The failure to record any such amount shall not, however, limit or otherwise affect the obligations of the Maker hereunder to repay all amounts owed hereunder and pursuant to the Operating Agreement

### Section 5.    Miscellaneous.

Each right, power and remedy of the Holder under this Promissory Note or under applicable laws shall be cumulative and concurrent, and the exercise of any one or more of them shall not preclude the simultaneous or later exercise by the Holder of any or all such other rights, powers or remedies. No failure or delay by the Payee to insist upon the strict performance of any one or more provisions of this Promissory Note or to exercise any right, power or remedy consequent upon a breach hereof or default hereunder shall constitute a waiver thereof, or preclude the Payee from exercising any such right, power or remedy. No modification, change, waiver or amendment of this Promissory Note shall be deemed to be made unless in writing signed by the party to be charged. If it becomes necessary to employ counsel to collect this obligation, the Maker agrees to pay reasonable attorneys' fees for legal services involved. The Maker and each endorser, guarantor, accommodation party and surety of this Promissory Note hereby waive demand, presentment for payment, protest, notice of dishonor and notice of protest. This Promissory Note shall inure to the benefit of and be binding upon the parties and their respective successors and assigns. The invalidity, illegality or unenforceability of any provision of this Promissory Note shall not affect or impair the validity, legality or enforceability of any other provision. This Promissory Note shall be deemed to made in, and shall be governed by the laws of, the State of California.

**WITNESS:**

**MAKER**

CYBERSPACE.COM, LLC

By: Electronic Publishing Ventures, LLC,
its sole Member

By: _____
Name:  Lia Yagelowich
Title:  President

E-0023913

## Schedule A

### Amounts Outstanding Under the Promissory Note

| Date of Advance | Amount of Advance | Interest Rate | Amount of Principal Repayment | Date Principal Repayment is Made | Amount of Interest Repayment | Date of Interest |
|---|---|---|---|---|---|---|
| | | | | | | |

E-0023914

P.2

PO Box 1691 • Helena, Montana 59624

011005

**ATTENTION FINANCIAL INSTITUTIONS**
Check must be endorsed with payer's signature to be valid for cashing and/or deposit. If your address or telephone number is printed incorrectly, please make changes on the reverse side.
CHARGE EXPIRES 60 DAYS FROM DATE OF ISSUE.

PAY TO THE ORDER OF **Calistoga Press**

DATE: 1/29/99
at: 707-942-6033

*Three Dollars & Fifty Cents* **$3.50**

3-DIGIT 945

PAY TO THE ORDER OF-
Calistoga Press
213 Wapoo Ave Ste 102
Calistoga, CA 94515-1187

FIRST INTERSTATE BANK

Authorized Signature

⑈011005⑈ ⑆053101561⑉2079900058000⑈ ⑈0000000350⑈

This subscription check must be cashed or deposited within thirty days of issuance. By endorsing and depositing this check, payee agrees to utilize the services in the terms and conditions as described and incorporated herein. Payee agrees to terms of $23.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full, is obtained by calling toll-free number attached within thirty days of taking installation.

PAY TO THE ORDER OF
WESTAMERICA BANK, N.A.
CALISTOGA, CA 94515
#91140216

FEB 10 99

EXHIBIT
lol-Hebard
TZ

E-0025279

CYBERSPACE.COM, LLC
P.O. Box 1691
Helena, Montana 59624

RE: 864-225-8351

255246

DATE  March 15   19  99

PAY    *Three Dollars & Fifty Cents*                                   $3.50

VOID AFTER 30 DAYS

PAY
TO THE
ORDER OF

Carolina Mop Mfg Co
PO Box 5072
Anderson, SC 29623-5072

FIRST UNION NATIONAL BANK
CHARLOTTE, NC 28214

#255246#  #053101561#  #20799000580001#    #0000000350#

**CYBERSPACE.COM, LLC**
PMB 130
1148 Pulaski Hwy
Bear, DE 19701-1306
1-888-285-5196

RE: 903-455-3876
DATE: June 07, 1999

775940

PAY   *Three Dollars & Fifty Cents*                    $3.50         66-156/531

17

PAY TO THE ORDER OF

****************** 3-DIGIT 754
Kent's Metal Craft Inc
4702 Lee St
Greenville, TX 75401-3660

FIRST UNION NATIONAL BANK
CHAPEL HILL NC 27514

VOID AFTER 30 DAYS

⑈775940⑈ ⑆053101561⑆ 2079900058000⑈       ⑈0000000350⑈

This solicitation check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of desire to utilize service and agreement pursuant to terms attached NOT!C! Payee agrees to terms of $29.95 monthly, due and payable in advance. Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full be obtained by calling toll-free number attached within thirty days of service activation.

FOR DEPOSIT ONLY
ACCOUNT #.
9475048516

E-0025187

*Check Description*

Co Name: ENCHANTMENT CONTRACTING
Address: 154 N LANE AVE
City:     TRUTH CONSQ
State:    NM
Zip:      87901







Cyberspace.com, LLC
PMB 330
1148 Pulaski Hwy
Bear, DE 19701-1306
1-866-285-5196

FIRST UNION NATIONAL BANK
CHAPEL HILL, NC 27514

1459270

*******THREE DOLLARS AND 50/100*******

RE:   941-784-7102

DATE   July 29, 1999      AMOUNT   $3.50

PAY
TO THE
ORDER
OF

3-DIGIT 339
Charlotte Air Conditioning
210 Walnut Ave NW
Port Charlotte, FL 33952-7945

050717908   08-05-99   009   2071   01

⑈1459270⑈ ⑇053101561⑈ 20799000058000⑈      ⑈0000000350⑈



**Cyberspace.com, LLC**
PMB 330
1148 Pulaski Hwy
Bear, DE 19701-1306
1-888-285-5196

**FIRST UNION NATIONAL BANK**
CHAPEL HILL, NC 27514

2181178

\*\*\*\*\*\*\*\*\*\*\*THREE DOLLARS AND 50/100\*\*\*\*\*\*\*\*\*\*\*\*

42

RE: 516-931-1556

DATE: August 14, 1999      AMOUNT: $3 50

PAY
TO THE
ORDER
OF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* 5-DIGIT 11803
Yellow Freight System Inc
99 Express St
Plainview, NY 11803-2404

Security Signature

⑈"2181178⑈"  ⑈:053101561⑈:20799000580000⑈"      ⑈"0000000350⑈"

E-0025512



Cyberspace.com, LLC
PMB 330
1148 Pulaski Hwy.
Bear, DE 19701-1306

1-888-285-5196

FIRST UNION NATIONAL BANK
CHAPEL HILL, NC 27514

5098082

************THREE DOLLARS AND 50/100************

517-789-7186

DATE  September 24, 1999      AMOUNT  $3.50

.70

PAY
TO THE
ORDER
OF

AUTO ************ 3-DIGIT 492
Motel 6
830 Royal Dr
Jackson, MI  49202-2074

⑆5098082⑆  ⑈053101561⑈ 20799000058000⑆        ⑇0000000350⑇



PAY TO THE ORDER OF
COMERICA BANK
DETROIT, MICHIGAN
MOTEL 6—
JACKSON #1088
ACCT. #184043409

E-0025536

**Cyberspace.com, LLC**
PMB 330
1148 Pulaski Hwy.
Bear, DE 19701-1306
1-888-285-5196

**FIRST UNION NATIONAL BANK**
CHAPEL HILL, NC 27514

7176026

************THREE DOLLARS AND 50/100************

RE:   408-522-9599

DATE:   October 13, 1999          AMOUNT:   $3.50

PAY
TO THE
ORDER
OF

AUTO *********** 5-DIGIT 94086
Ebv Electronics
1295 Oakmead Pkwy
Sunnyvale, CA  94086-4040

Security Square

⑈7176026⑈ ⑆053101561⑆ 2079900058000⑈          ⑈0000000350⑈



E-0025446

**ESSEX ENTERPRISES, LLC**
316 N. Fifth Street
Bismarck, ND 58502

074263

RE: 702-897-9463

DATE: February 10, 19 99

PAY *Three Dollars & Fifty Cents*

$3.50

PAY
TO THE
ORDER OF
Town Pump Liquors Inc
1725 E Warm Springs Rd
Las Vegas, NV 89119-0420

**ATTENTION — FINANCIAL INSTITUTION:**
Check must be endorsed with payee's signature to be valid for cashing or deposit. If your address or telephone number is printed incorrectly, please make changes on the reverse side.
CHECK EXPIRES 30 DAYS FROM DATE OF ISSUE.

FIRST UNION
NATIONAL BANK
CHAPEL HILL, NC 27514

VOID AFTER 30 DAYS

66-156
631

51

⑆074263⑆ ⑈053101581⑈ 207940005685 31⑈

**ESSEX ENTERPRISES, LLC**

| REFERENCE NO. | ADJUSTMENTS | —INVOICE DATE— | —INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 51 | N/A | N/A | N/A | $3.50 | $3.50 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNT TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 02/10/99 | 074263 | TOWN PUMP LIQUORS INC | $3.50 | $3.50 |

000037266/733401



EXHIBIT
62-Hebard
TZ
PENGAD-Bayonne, N.J.

H-0008231

This subscription refund check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of subscription described in terms (attached) Payee agrees to terms of $19.95 monthly, due and payable in advance Payee acknowledges that they are qualified and, in fact, do authorize these charges to appear on their phone bill as listed on reverse Payee acknowledges that cancellation of subscription and refund in full, is effected by calling toll-free number attached within thirty days of listing installation.

ENDORSE CHECK HERE

DO NOT SIGN/WRITE/STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY"

*FEDERAL RESERVE BANK REGULATIONS CC

The security features listed below, as well as those not listed, exceed FSA guidelines

Security Features:
Microprint signature line

Security screen

Result of document alteration:
• Small type in signature line appears as dotted line when photocopied

• Absence of "Original Document" verbiage on back of check

Basic html commercial site subscription (BHCSS), standard terms: check enclosed herewith is a valid check. May be cashed or deposited in payees account. Basic html commercial site subscription offered by Essex Enterprises, LLC., an independent reseller of Internet html advertising and commercial directory listings. Licensed DBA of yellow-page com, not affiliated with AT&T, G.T.E., Southwest Bell, US WEST, Pactel, Ameritech, or any local or long-distance telephone company Listing or advertisement published and accessible world wide on Internet only at the following url: www.yellow-page com, 24 hours per day, 365 days per year. Endorsement and deposit by payee constitute a valid request for service described herein. Fee for BHCSS is $19.95 per month, billed through Olympic on local phone bill or by mail. Satisfaction guaranteed. This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. And shall not without the express written prior consent of the publisher be transferred or assigned. An adjustment in charges shall not be warranted by the suspension of the client's telephone service, modification of address, relocation, or moving. Provider warrants that the advertising will be published in its Internet business directory accessible at www.yellow-page com; No verbal statement, other warranty, or guarantee expressed or implied, including that of marketability, benefits, results, fitness for any particular purpose is being made. THE PROVIDER, ITS RESPECTIVE AGENTS', RESELLERS', AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION, MISCLASSIFICATION, OR FAILURE TO PUBLISH ANY ITEM SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT ADVERTISEMENT OR LISTING ITEM OFFERED ON THE FACE OF THIS AGREEMENT. THE CLIENT GRANTS PROVIDER THE RIGHT TO MODIFY CLASSIFICATION TO CONFORM WITH DIRECTORY AND SHALL HOLD SAME HARMLESS AND SHALL INDEMNIFY SAME WITH RESPECT TO ANY CLAIMS OF INFRINGEMENT OR SIMILAR CLAIMS IN CONNECTION WITH ANY MATERIAL, INCLUDING TRADEMARKS, SERVICE MARKS, COPYRIGHTED MATERIAL ETC SUPPLIED OR ACCESSED BY CLIENT. The subscription will occur on a month-to-month basis thereafter, at the rates in effect, until cancelled by the client. Provider reserves the right to cancel at any time; any refund due will be prorated  Courtesy listings for nonrespondents as well as other items not charged for may or may not be included at providers' sole discretion. © 1998 Essex Enterprises, LLC. All rights reserved. 1-800-929-4775.

H-0008232

**ESSEX ENTERPRISES, LLC**
316 N. Fifth Street
Bismarck, ND 58502

**ATTENTION   FINANCIAL   INSTITUTION:**
Check must be endorsed with payee's signature to be valid for cashing and/or deposit. If your address or telephone number is printed incorrectly, please make changes on the reverse side.
CHECK EXPIRES 30 DAYS FROM DATE OF ISSUE.

576074

RE: 843-525-3301

DATE March 19  19 99

PAY   *Three Dollars & Fifty Cents*   $3.50   86-156/531

120022107 03-29-99 0530 0132 03 53

VOID AFTER 30 DAYS

PAY TO THE ORDER OF
Morale Welfare & Recreation
PO Box 5100
Parris Island, SC 29905-0100

FIRST UNION
NATIONAL BANK
CHAPEL HILL, NC 27514

030296782 03-29-99 667 3780 02

⑆576074⑆ ⑈053101561⑈ 2079900056853⑈      ⑆0000000350⑈



H-0008249



This subscription refund check must be cashed or deposited within thirty days of issuance. Endorsement and deposit constitute agreement of subscription described in terms (attached). Payee agrees to terms of $19.95 monthly, due and payable in advance. Payee acknowledges that they are paid, and in fact, do authorize these charges to appear on their phone bill as listed on reverse. Payee acknowledges that cancellation of subscription and refund in full is effected by calling to a free number attached within thirty days of listing installation.

FORT SILL
NAT'L BANK
103112675
MAR 2 1999
5803579

H-0008250



-- CHECK ENCLOSED --



E-0024496

# FIRST UNION NATIONAL BANK
### CHAPEL HILL, NC 27514

**0014556**

66-156
531

SURFISP.COM
SURFNET SERVICES, LLC
801 S. FIGUEROA ST., 11TH FL.
LOS ANGELES, CA 90017
1-800-669-6182

February 16, 20 00        RE: 999-999-9999

PAY TO THE ORDER OF  Ian Eisenberg                    $ 5 00

EXACTLY  FIVE DOLLARS AND 00/100 _____ DOLLARS

MEMO  INTERNET SERVICES OFFER

AUTO ********* MIXED AADC 660
Ian Eisenberg
2722 Eastlake Ave E
Seattle, WA  98102-3143

⑆0014556⑆ ⑆053101561⑆ 2079900063448⑈

SECURITY FEATURES INCLUDED  DETAILS ON BACK.

---

SURFISP.COM
1-800-669-6182

DETACH ALONG DOTTED LINES AND TEAR OFF SIDES PRIOR TO CASHING
READ ALL DETAILS BEFORE ENDORSING

**0014556**

000009557/801801

THIS CHECK MUST BE CASHED OR DEPOSITED BEFORE:   MARCH 16, 2000

| INVOICE NUMBER | DESCRIPTION | AMOUNT | DISCOUNT TAKEN | NET DISCOUNT |
|---|---|---|---|---|
| N/A | INTERNET SERVICES OFFER | $19 95 | 0 2506265 | $5 00 |

| CHECK NUMBER | DATE | ACCOUNT NUMBER | TOTAL AMOUNT | TOTAL DISCOUNT TAKEN | TOTAL NET AMOUNT |
|---|---|---|---|---|---|
| 0014556 | February 16, 2000 | 1812 | $19 95 | 0 2506265 | $5.00 |

'Make address or phone#
changes on check reverse

| TOTAL AMOUNT PAID ▶ | $5 00 |
|---|---|

ISP Subscriber agreement SURFISP is offered by Surfisp.com ("SURFISP"). Endorsement of the attached check subscribes you to SURFISP for $19.95 per month, billed directly to your telephone bill. This bill accrues on a month to month basis until canceled by you and/or SURFISP. You will be notified in writing of any rate changes in advance. Your subscription entitles you to a 56k dial up access rate in most areas and 81°B of web space.
By endorsing the attached promotional check, you acknowledge that you are qualified and in fact one of our names noted charges to access on your telephone bill.
SURFISP is offered to consumers in most major areas. Call 1-800-669-6182 to be sure that we have local dial up. If number is in your area SURFISP is not responsible for any telephone charges including long distance charges associated with your use of SURFISP. Any refund will be prorated. SURFISP comes with a 30 day money back guarantee. To cancel your subscription and receive a refund, call 1-800-669-6182 within thirty days of service activation. Cancelation thereafter will entitle you to a prorated refund.
This agreement shall be governed by and interpreted in accordance with the laws of the state of Delaware. THERE IS NO VERBAL STATEMENT, OTHER WARRANTY OR GUARANTEE EXPRESSED OR IMPLIED INCLUDING THAT OF MARKETABILITY OR THAT THE SURF ISP SERVICE IS FIT FOR A PARTICULAR PURPOSE IS MADE.
SURFISP ITS RESPECTIVE AGENTS, RESELLERS AND EMPLOYEES' LIABILITY IN PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT ARISING OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY SERVICE SHALL BE LIMITED ONLY TO THE FEES PAID FOR THAT SERVICE OFFERED IN THIS AGREEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE
© 1999 Surfisp.com all rights reserved

CHECK RELEASE CONFIRMATION



E-0024497

## SURFISP.COM INTERNET SERVICES

...f you open up the yellow pages and start looking for an internet service provider, no doubt you'll notice two things, the wealth of choices. AOL? Prodigy? A big provider like Concentric or Gap Cities? A small, local provider in your area? Which is best? Here's a way to size and location don't figure into the equation when you're looking for an internet service provider only three things matter: speed, cost and service. You need speed for a fast internet dial-up, Web page access browsing, and downloading and rapid e-mail service for instant communication and online shopping. The internet service offered by SurfISP is among the fastest—56K connections for lightening access. And staying connected to the internet—and the rest of the net—has to be cost efficient. So the monthly fee you pay to your internet service provider has to be reasonable in cost. With internet at only $19.95 per month, you'll be pleased with our rates, because they're among the most reasonable in the market and you'll receive a CD-ROM with start-up software, 5MB of Web space, a free browser e-mail and a local dial-up number. And with monthly charges debited directly and conveniently to your phone bill, we've made your be pleased even more. We've even made signing up for Surf ISP easy. When you cash or deposit the enclosed check—and that is a real check—you're automatically enrolled and ready to get on line.

But the bottom line service but, far is the most important. When you're up and running on the internet, you have to have the assurance that your provider's behind you all the way. You have to be assured that, when technical glitches happen, you'll have a 24-hour toll-free number to call for help. You have to be assured that, when you have questions about billing or anything else the right people are ready to "be there" for you—in a courteous and professional manner. Our technical people and administrative staff are hand-picked and the best in the business, and they're as close as your telephone. And we're so sure you'll be pleased with Surf ISP that we've instituted one of the best guarantees in the industry. If you're not 100% completely and totally satisfied with your service in any way, shape, or form, all you have to do is call our toll-free number within thirty days of your account activation and we'll send back your fee. That's our promise from us to you, our valued customer.

So congratulations! Welcome to the internet, a whole new different and exciting way of communicating and connecting. But most of all

Welcome to Surf ISP! The only internet, you'll see the provider you'll ever need.

E-0024498



# THE SURF.ISP CONNECTION

When you open up the yellow pages and start looking for an Internet service provider, no doubt you'll be confounded by the wealth of choices AOL? Prodigy? A big provider like Concentric or Geo Cities? A small, local provider in your area? Which is best? Here's a timely tip Size and location don't figure into the equation, when you're looking for an internet service provider, only three things matter speed, cost, and service You need speed for a fast internet dial-up, Web-page access, browsing, and downloading, and rapid e-mail service for instant communication and on-line shopping The internet service equipment at Surf ISP is among the fastest—56K connections for lightening access And, staying connected to the internet—and the vast world of the Web—has to be cost efficient So the monthly fee you pay to your Internet service provider has to be worth the cost We think, at only $19 95 per month, you'll be pleased with our rates, because they're among the most reasonable in the market and you'll receive a CD-ROM with start-up software, 5MB of Web space, a free browser, e-mail, and a local dial-up number And with monthly charges debited directly and conveniently to your phone bill, we think you'll be pleased even more We've even made signing up for Surf ISP easy When you cash or deposit the enclosed check—and it is a real check—you're automatically enrolled and ready to get on-line

But we believe service by far is the most important When you're up and running on the internet, you have to have the assurance that your provider is behind you all the way You have to be assured that, when technical glitches happen, you'll have a 24-hour toll-free number to dial for help You have to be assured that, when you have questions about billing or anything else, the right people are ready to "be there" for you—in a courteous and professional manner Our technical people and administrative staff are hand-picked and the best in the business, and they're as close as your telephone And we're so sure you'll be pleased with Surf ISP that we've instituted one of the best guarantees in the industry If you're not 100% completely and totally satisfied with your service in any way, shape, or form, call our toll-free number 1-800-669-6182 within thirty days of your account activation and we'll send back your fee That's our promise from us to you, our valued customer

So congratulations! Welcome to the internet, a whole new different and exciting way of communicating and connecting

But most of all    Welcome to SURF ISP THE ONLY INTERNET "FULL" SERVICE PROVIDER YOU'LL EVER NEED

E-0024500



1212 West Camelback Road, Ste 100
Phoenix, Arizona 85013

FIRST CLASS MAIL

TIME SENSITIVE DOCUMENT ENCLOSED
CHECK ENCLOSED

IF UNDELIVERABLE AFTER 30 DAYS
REFER TO SECTION 159 OF OFFICIAL POSTAL CODE



EXHIBIT
65-Hebard

E-0024547

00030778.2

**To the Order of**

SPLASHNET NET
1212 West Camelback Rd , Ste 100
Phoenix, AZ 85013
1-800-397-5469

**0312782**

11 24/1210(8)

AUTO ********** MIXED AADC 660   *
Ian Mirage Llc
2722 Eastlake Ave E Ste 200
Seattle, WA  98102-3143

April 11      20 __00__

__00__

Re  206-255-5000

$7 50

**Pay the Sum**   Seven Dollars & 50/100

Drawn on
Wells Fargo Bank. N A

**Memo**   Internet Services Offer

Authorized Signature

⑈"0312782⑈" ⑇121000248⑇:  4758  374375⑈"

E-0024548

Endorsing or cashing this check within thirty days subscribes payee to Splashnet ISP services at the rate of $19.95/month. Signatory agrees that they are qualified to authorize charges to appear on their monthly telephone bill, as detailed herein

Endorsement

Read all details before endorsing, making sure to make any changes necessary so that your name, address and phone number are correct as listed on front of check.

Telephone Number (        )

Name

Address

xxx

# Welcome to Splashnet
### Where All Our Efforts Went to Make
### Your Internet Experience the Most Enjoyable

## Any Questions?
## Call 1-800-397-5469
## 6:00 AM to 7:00 PM MST
## Monday Through Friday

ISP SUBSCRIPTION AGREEMENT
This offer is made by splashnet SPLASHNET™ By endorsing the attached
check, you will subscribe to SPLASHNET at a cost of $19 95 per month,
which will be charged directly to your telephone bill Until canceled by you
and/or SPLASHNET this fee accrues on a monthly basis You will be given
notification of future rate changes in advance This subscription entitles you
to the following 56K dial-up a personal e-mail address and 5MB of web
space You acknowledge by endorsing the promotional check enclosed,
that you are qualified to authorize such charges to appear on your telephone
bill SPLASHNET has local dial up numbers in most major cities To ensure
a local dial-up number in your area call 1-800 397-5469 SPLASHNET is
not responsible for any telephone charges (including long distance charges)
associated with your SPLASHNET use SPLASHNET includes a 30-day
money back guarantee To cancel your SPLASHNET service and receive a
full refund call 1-800-397-5469 within thirty days of activation of service
After thirty days refunds are made on a prorated basis This SPLASHNET
agreement is governed by and interpreted in accordance with the laws of the
state of Delaware NO VERBAL STATEMENT, OTHER WARRANTY OR
GUARANTEE IS MADE EXPRESSED OR IMPLIED INCLUDING MARKETABILITY
OR THAT SPLASHNET SERVICE IS FIT FOR ANY SPECIFIC PURPOSE LIABILITY
OF SPLASHNET ITS RESPECTIVE AGENTS, RESELLERS AND EMPLOYEES IN
PERFORMING THEIR RESPONSIBILITIES UNDER THIS AGREEMENT, ARISING
OUT OF ANY CLAIM OR ERROR OR OMISSION OR FAILURE TO PERFORM ANY
SERVICE, SHALL BE LIMITED ONLY TO FEES PAID FOR THE SERVICE OFFERED
IN THIS AGREEMENT EXCLUSION OR LIMITATION OF INCIDENTAL OR
CONSEQUENTIAL DAMAGES MAY NOT BE ALLOWED IN SOME STATES,
THEREFORE SUCH EXCLUSIONS LIMITATIONS MAY NOT BE APPLICABLE TO
YOU THIS DOCUMENT GIVES YOU SPECIFIC RIGHTS, HOWEVER YOU MAY
HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE © 2000 Splashnet
All rights reserved



E-0024550



- Your home page enhanced with a new powerful search engine tool, which will let you find information on any topic of interest. Simply ask the question in plain english and get quick updates on sport scores, stock prices and the news as they happen.
- A personal 5 megabytes of webspace specially reserved for you to create your own home page. Post photos of your family, friends and pets! it's your internet presence!
- Your personal e-mail account for electronic communication with all your new e-mail friends. Join chat groups, newsgroups, communicate throughout the entire world or just amongst an intimate group of friends and relatives.
- Over 1000 local access points! Travel a lot? When you are on the road simply look up Splashnet's local telephone numbers for instant access to the internet. We're nationwide and growing!
- Expert on-line assistance available 24 hours a day, 7 days a week. Is the internet a new experience for you? You'll find not only easy to follow directions from Splashnet but 24 hour toll-free technical assistance. Get someone who cares about your problems this time - and every time.

## We've got it all
## Welcome to the Revolution!

- The fastest available dial-up access with full 56K v.90 modem access. It means less time waiting and more time enjoying the web!
- Size does not make a great internet service provider. You need convenience, speed, service and cost.
- Our unconditional guarantee: If you are not 100% completely and totally satisfied with your internet service within 30 days of activation, we will gladly refund your fees. It's that simple!
- A bundle of software starting with Microsoft's famous internet Explorer 5.0 and over 40 total programs to enhance not only your web experience but your computer!
- Our monthly fee of $19.95 is among the most reasonable available. And now, you can bill it directly to your phone, certainly the easiest and most convenient way to start your service with the best equipment available. With Splashnet, you've got fast simple internet access.



Microsoft Internet Explorer 5 0

*Any Questions? Call 1-800-397-5469*
*6:00 AM to 7:00 PM MST (Monday - Friday)*

E-0024551

## Lisa Bluteau

| | |
|---|---|
| From: | Don Reese |
| Sent: | Friday, February 04, 2000 4:51 PM |
| To: | 'Wayne Chia'; Don Reese; Andrew Kreis |
| Cc: | gene; Jeff Fritz; chris hebard; Ian Eisenberg |
| Subject: | RE: cyberspace Log in Audit request |

Attention all ye spinners!

The results are in regarding logon information for the below mentioned Cyberspace.com internt access subscribers. Seems these are the foreword thinking consumers I was talking of earlier since not a single one of them has ever logged on to our Radius Server!

I guess the spin I would put on this is that these are the exact customers EISA needs for their cheap computer program. I can hear it now . "Is your Internet access account being under utilized?  Well, try complimenting it with our new Magnum XT super PC" … Or, something like that.

Don

> -----Original Message-----
> From: Wayne Chia [mailto:wayne@csgholdings.com]
> Sent: Friday, February 04, 2000 10:33 AM
> To: Don Reese; andrewk@usnetwork com
> Cc: gene; Jeff Fritz, chris hebard
> Subject: cyberspace Log in Audit request
>
>
> Don/Andrew,
>
> Auditor just requested from me LOG-IN info for these BTN/ANIs.  I understand Andrew may not be in, but Alexis or Soon can pull the data.
>
> They are:
> 9722437000
> 9722423550
> 9724231869
> 9252567300
> 9166317878
> 9048260030
> 9048238779
> 9498331171
> 9496616150
> 9319203880
> 3054637757
> 3054707854
> 3188721458
> 4098326808
> 4098666271
> 2093336157
> 2093571838
> 3106731968
> 3106774432
> 3133661580
> 2059512721
> 2059795679
> 2097952611
> 2104904045
> 2107361616
> 3523320057

119

EXHIBIT
83 Hebard
TZ

DR004683

3186876120
3052460673
2148273888
2145031087
9549858920
9549222517
9726691125
9163638050
9158581093


Thanks
Wayne

DR004684

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact        agent. LaShonta

**USER SEARCH**

**Please Type a Phone Number...**

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete
Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

Phone Number: [_____]

Search | Reset

*SHORT CUT Search*

THis can only locate an account By telephone #. But will Pull an account out of Current/Cancel

Sometimes this search will be able to pull up Checks in the System that the Regular searches Couldn't

I DID not advise using this search Engine.

EXHIBIT
122 - Olympic
2-5-02  JLB

4/11/00

E-0020014

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                          agent: LaShonta

search
short cut
current
cancelled
billing
refund
login
hot$ support                **User Status: CURRENT..**        **Member**
cancel
non-account           Please check refund and credit history before you proceed a refund process.
Incomplete
Cancellation                Back to User Search
refund                      See Notes             Action:            CREATE ACCOUNT
review                      Save                  Line type:         Analog or 1B ISDN
accountant                                        User Name:Max chars.8  21300062@cyberspace.c
pending                     Refund Log            Password:          5312848
search                      Login Log             Date Added:        12/29/1999
hotbucks                    Check Picture         Phone Number:(NO   3234636021
report                                            SPACE,eg 6165387484)
cancel                      Go to Refund          Check Number:      5312848
refund                      Go to Cancel          Date Cashed:
refund by agent             Extend 60 days Free ISP  Source File:     991221.TXT
cancel by agent                                   Full Name:
ivr                                               Co Name:           213 TV
free 60 days                                      Address:           639 N LARCHMONT BLV
miscellaneous                                     City:              LOS ANGELES
memo                                              State:             CA
service                                           Zip:               90004
question                                          Zip4:              1323
message board
                                                  New Note. When you
                                                  cancel this user, Please
                                                  make a brief note and
                                                  press the save button

                                                  **Billing Report**

                                                  **Charge Date    Amount**
                                                  1/7/2000        $29 95

Short Cut
Search                      No Credit History Found by LEC.
Information
Screen                      No Credit History Found by CS.

http://billing.cyberspace.com/cyber/csuser_find.asp                    4/12/00

E-0020015

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                        agent: LaShonta

## CURRENT USER SEARCH

search

short cut

current                      *Please check the HELP page to see a guideline for this site*

cancelled

billing

refund                          **Please Type a criteria to Search...**

login

hot$ support          User Name:      [                    ]      [Search]

cancel                    OR

non-account           Password:       [                    ]      [Search]

Incomplete
Cancellation             OR

refund                    Phone Number:   [                    ]      [Search]

review

accountant             OR

pending                   Co Name:        [                    ]      [Search]

search                    OR

hotbucks

report                    Address:        [                    ]      [Search]

cancel                    OR

refund                    City:           [                    ]      [Search]

refund by agent

cancel by agent                          [Search] [Reset]

ivr

free 60 days

miscellaneous

memo

service

question

message board

Current
accounts only
→

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                agent: LaShonta

search

short cut

current

cancelled

billing

refund

login

hot$ support

cancel

non-account

incomplete
Cancellation

refund

review

accountant

pending

search

hotbucks

report

cancel

refund

refund by agent

cancel by agent

ivr

free 60 days

miscellaneous

memo

service

question

message board

## CANCEL SEARCH

### Please Type a criteria to view the cancel log...

Check Number:     [_____]  [VIEW LOG]

OR

Phone Number:     [_____]  [VIEW LOG]

OR

Co Name:     [_____]  [VIEW LOG]

OR

Cancel Date: (eg:5/3/99)     [_____]  [VIEW LOG]

OR

Cancel Date From: (eg:5/3/99)     [_____]     Cancel Date To: (eg 5/4/99)     [_____]

[VIEW LOG]  [Reset]

*only Cancelled accounts*

http://billing.cyberspace.com/cyber/cancellogmain.asp                4/11/00

E-0020017

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                          agent. LaShonta

- search
- short cut
- current
- cancelled
- billing
- refund
- login
- hot$ support
- cancel
- non-account
- Incomplete Cancellation
- refund
- review
- accountant
- pending
- search
- hotbucks
- report
- cancel
- refund
- refund by agent
- cancel by agent
- ivr
- free 60 days
- miscellaneous
- memo
- service
- question
- message board



. Current                               Member

| Action: | CREATE ACCOUNT |
|---|---|
| Line type: | Analog or 1B ISDN |
| User Name: | 21300062@cyberspace.com |
| Password· | 5312848 |
| Date Added: | 12/29/99 |
| Phone Number:(NO SPACE,eg 6165387484) | 3234636021 |
| Check Number: | 5312848 |
| Date Cashed: | |
| Source File. | 991221.TXT |
| Full Name: | |
| Co Name. | 213 TV |
| Address· | 639 N LARCHMONT BLVD STE 108 |
| City: | LOS ANGELES |
| State: | CA |
| Zip: | 90004 |
| Zip4: | 1323 |

**New Note:** When you cancel this user, Please make a brief note and press the save button.

[Back to User Search]   [Search Results]   [Save]
[Bill and Credit Log]   [Refund Log]   [Card Refund]   [Go to Cancel]
[Extend 60 day Trial ISP]   [Login Log]   [Check Description]

Please check refund and credit history before you proceed a refund proce

*Customer.*
*Information*
*Page*

E-0020018

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                        agent: LaShonta

| | |
|---|---|
search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

**Cyberspace Cancelled User**

| | |
|---|---|
| Cancel Request Date: | 3/8/2000 2.31:00 PM |
| Cancel Date: | |
| User Name User name must start with "cyber/." | patri286@cyberspace.com |
| Password: | i4309625 |
| Date Added: | 12/17/1999 |
| Phone Number: (NO SPACE,eg:6165287484) | 6017866642 |
| Check Number: | 4309625 |
| Date Cashed: | |
| Full Name: | |
| Co Name: | PATRICIA TENNER |
| Address: | RR 1 BOX 132I |
| City: | FAYETTE |
| State: | MS |
| Zip: | 39069 |
| Zip4: | 9517 |
| Previous Note: (3/31/2000 12:53.00 PM) | refund requested |
| Agent: | Tiffany |
| New Note: | |

Back to User Search   Search Results   Save
Check Description
Login Log   Bill and credit Log   Refund Log   Go to Refund

Please          - Cancel -          ou proceed a refund
proces         Customer
               Information
               Page

http://billing.cyberspace.com/cyber/editcanceluser2.asp?cstld=179083        4/12/00

E-0020019

**Billing Report**

| Charge Date | Amount |
| --- | --- |
| 1/7/00 | $29.95 |

## No Credit History Found by LEC.

## No Credit History Found by CS.

Close Window

Billing shows
y's customers
Billed - Credits
that have been
applied to
account
LEC- Phone Company
CS · Cyberspace
credit

http://billing.cyberspace.com/cyber/billcredit.asp?ani=3234636021          4/11/00

E-0020020

## *Refund Report*

| Charge Date | Amount | Request Date | Status | Refund Date |
|---|---|---|---|---|
| 1/28/2000 | $20 55 | 2/29/2000 8:04:00 AM | Pending | |
| 2/28/2000 | $44.20 | 4/11/2000 7:47.00 AM | Pending | |

Close Report

Refund LOG —
Show if a
Request FOR
a Refund was
enterend
Date - amount -
Time -

http://billing.cyberspace.com/cyber/onecancelrefundreport.asp?ani=9723939947          4/13/00

E-0020021

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                       agent LaShonta

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete
Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

**Billing Info**

**Please choose a record and type an crdit amount...**

| | Phone Number | Charge Date | Amount |
|---|---|---|---|
| O | 3234636021 | 1/7/00 | $29 95 |

Credit Amount: no decimal point please(eg 2995)   `2995`

Note:

☐ Cancel Email Subscription

[ Previous Page ] [ Refund ]

*GO TO Refund —*
*THis is where*
*address - name*
*Change is entered*
*along w/amount*

E-0020022

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                      agent: LaShonta

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete
Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
*free 60 days*
miscellaneous
memo
service
question
message board

## *CANCEL OPTIONS*

## Please choose ONLY ONE cancel option and Click the button ONLY ONCE(Please do not Refresh).

◉ Unknown
○ Not Interested
○ Cashed Check In Error
○ Denies Signing Check
○ Sent Back Check
○ Signed the check
○ E-Mailed Request
○ Refuses to pay.
○ Wrong Person
○ Cancelled by Phone
**Cancel Option:**   ○ remove from mailing list
○ 703 Cancel V.M.
○ Temporary cancellation
○ not aware of sign up
   ⊃aid back $3.50
   Phone Company Cancel
   Can't afford to Pay
   Returned Mail/CD
   WRONG COMPANY
   Charge Back
   Cancel From CA
   Cancel From Credit

THIS IS
Where you
Cancel all
accounts !!



http://billing.cyberspace.com/cyber/edituser.asp                          4/11/00

E-0020023

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                    agent: LaShonta

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete
Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

### Add Extend User Form

Co Name·            **213 TV**

Full Name:

Phone Number:      **3234636021**
(NO
SPACE,eg.6165387484)

Rate:              $19.95

Note: Max. 255
chars.

○ CD Needed?

CSR Agent:  Stacie

[Back to User Search]   [Previous Page]
[Save 60 days Free ISP User]

THIS IS #1 BONUS
THIS attt allows
you to extend
and drop custom
Rate.

E-0020024

*Login Report*

## No Record Returned with the user.



This
shows us
if customer
is using our
service —

## *Check Description*

**Co Name:** 213 TV
**Address:** 639 N LARCHMONT BLVD STE 108
**City:**    LOS ANGELES
**State:**   CA
**Zip:**     90004



E-0020026

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                    agent: LaShonta

## BILLLING SEARCH

### Please Type a criteria to Generate Report...

| search |
| short cut |
| current |
| cancelled |
| billing |
| refund |
| login |
| hot$ support |
| cancel |
| non-account |
| Incomplete Cancellation |
| refund |
| review |
| accountant |
| pending |
| search |
| hotbucks |
| report |
| cancel |
| refund |
| refund by agent |
| cancel by agent |
| ivr |
| free 60 days |
| miscellaneous |
| memo |
| service |
| question |
| message board |

Phone Number: [          ]



*will only pull up customer Billing History*

E-0020027

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete
Cancellation
refund
*review*
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

agent: LaShonta

**REFUND SEARCH**

## Please Type a criteria to Generate Report...

Phone Number: [          ]
AND

Status:    ◉ Pending
           ○ Done
           ○ Review Required

[View Report]   [Reset]

will pull up
only accounts
with a refund
Pending — Done
or In Review
But also provide
you with notes
about that refund

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

**home | help | contact**                    agent: LaShonta

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete
Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

## Refund Report

| | |
|---|---|
| **Charge Date:** | 2/8/2000 |
| **Amount:** | $24.95 |
| **Request Date:** | 3/10/2000 1.58:00 PM |
| **Status:** | Review Required |
| **Refund Date:** | |
| **Note:** | verified address -request refund $24.95 also filled out refund inquiry about other refund stil have not received pic/mew |
| **Customer Support:** | CATechGroup |



http://billing.cyberspace.com/cyber/onerefunddetail.asp?rid=47263                    4/13/00

E-0020029

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                              agent: LaShonta

search
short cut
current
cancelled                            ## Refund Report
billing
refund                    **Charge Date:**      3/22/00
login                     **Amount:**           $299.50
hot$ support              **Request Date:**     4/10/00 3:56.00 PM
cancel                    **Status:**           Pending
non-account               **Refund Date:**
Incomplete                **Note:**             Customer reviewed material and cancelled request full refund
Cancellation                                    for the amount of 299.50 no additional refund needed. address
refund                                          verified make att.Susan Haas Payable to company Lf/cc
review                                          4/10/00
accountant                **Customer Support:** LaShonta
pending
search
hotbucks                  [Back to Refund Search]    [Previous Page]
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

*Done —*
*Show.*
*DATE*
*Amount*
*CK #*
*OF Refund*

E-0020030

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                        agent: LaShonta

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
incomplete
Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

## Refund Report

| | |
|---|---|
| **Charge Date:** | 12/22/99 |
| **Amount:** | $41.10 |
| **Request Date:** | 1/31/00 6.46:00 AM |
| **Status:** | Done |
| **Refund Date:** | 2/10/00 9 56.00 AM |
| **Note:** | send to DOROTHY ROBERTS Issued check 02-04-00 #33263 $41.10. flw |
| **Customer Support:** | Ca3 |

[ Back to Refund Search ]   [ Previous Page ]

Pending —
will not not
have a refund ck
number or date
of Refund —

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                              agent: LaShonta

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete
Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous
memo
service
question
message board

## Refund Report

| | |
|---|---|
| **Charge Date:** | 3/15/2000 |
| **Amount:** | $0.00 |
| **Request Date:** | 4/4/2000 2:07 00 PM |
| **Status:** | Done |
| **Refund Date:** | 4/14/2000 8:54:00 AM |
| **Note:** | send to this address:Lifeline Medical PO Box 3253 West Somerset, KY 42564-3253 |
| **Customer Support:** | Jahna |

Back to Refund Search    Previous Page

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                        agent· Lia

search
short cut
current
cancelled
billing
refund
login
hot$ support          **CYBERSPACE.COM**          Member
cancel
non-account
incomplete
Cancellation         **cyberspace Refund Log**
refund
review
accountant            Full Name·
pending               CO Name:      LIFENET USA MEDCL EQUIPMENT
search                Address:      246 POPLAR AVE
hotbucks              City:         SOMERSET
report                State:        KY
cancel                Zip:          42503
refund                Phone Number. 6066796996
refund by agent       Check Number: 8121430
cancel by agent       Date Charged  12/15/99
ivr                   Date
free 60 days          Requested.    4/3/00 3 30.00 PM
miscellaneous         Date Refund:
memo                  Amount.       $119.80
service
question                            ◉ Pending                      *Jahna*
message board         Status:       ○ Done
                                    ○ Review Required

                      address verified.   refund 4 months at $119.80 jd/cc

                      Note: NO Single(')
                      OR Double quotation
                      (") Please         ι -3470

[ Back to Refund Search ]   [ Previous Page ]   [ Cancel Notes ]   [ Save ]

11/15 to 3/15
5 @ 29.95

E-0020033

## *Refund Report*

| Charge Date | Amount | Request Date | Status | Refund Date |
|---|---|---|---|---|
| 12/15/1999 | $119.80 | 4/3/2000 3.30:00 PM | Pending | |
| 3/15/2000 | $0.00 | 4/4/2000 2:07:00 PM | Done | 4/14/2000 8.54 00 AM |



E-0020034

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                    agent: Lia

 Member

## cyberspace Refund Log

| | |
|---|---|
| Full Name: | |
| CO Name: | LILLIAN KOUTSIS |
| Address: | 85 PARKWAY RD # 1 |
| City: | BRONXVILLE |
| State: | NY |
| Zip: | 10708 |
| Phone Number: | 9143372665 |
| Check Number: | 4458928 |
| Date Charged: | 2/22/2000 |
| Date Requested: | 3/23/2000 6:15:00 AM |
| Date Refund: | |
| Amount: | $20.55 |

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete Cancellation
**refund**
review
**accountant**
pending
search
hotbucks
**report**
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
**miscellaneous**
memo
service
question
message board

Status:
◉ Pending
○ Done
○ Review Required

Note: NO Single(') OR Double quotation("") Please...

refund 2055 send to Susanne Hopp 766 Plamer RD Bronxville NY 10708. al

CK#51394 - 4/4/00 - 20 55

  

http://billing.cyberspace.com/cyber/editcurefund.asp?rid=51168    4/14/00

E-0020035

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                        agent: Lia

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel

non-account
Incomplete
Cancellation

**refund**
review

**accountant**
pending
search
hotbucks

**report**
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days

**miscellaneous**
memo
service
question
message board

**Member**

## cyberspace Refund Log

| | |
|---|---|
| Full Name: | |
| CO Name: | LILLIAN KOUTSIS |
| Address: | 85 PARKWAY RD # 1 |
| City: | BRONXVILLE |
| State: | NY |
| Zip: | 10708 |
| Phone Number: | 9143372665 |
| Check Number: | 4458928 |
| Date Charged: | 2/22/2000 |
| Date Requested: | 4/5/2000 9:03:00 AM |
| Date Refund: | |
| Amount: | $0.00 |
| Status: | ◉ Pending<br>○ Done<br>○ Review Required |

Note: NO Single(') OR Double quotation("") Please...

> Street name is actually "Palmer" and town is "Bronxville."

*REFUND SENT OUT THERE IS nothing we can do. OK went out Already!*

[Back to Refund Search] [Previous Page] [Cancel Notes] [Save]

E-0020036

**CYBERSPACE.COM**

N ew Account

Name: _____

Address: _____

_____

Social #: _____

Phone #: _____

E-Mail _____
Optional

---

**CYBERSPACE.COM**

N ew Account

Name: _____

Address: _____

_____

Social #: _____

Phone #: _____

E-Mail _____
Optional

E-0020037

# CYBERSPACE.COM * SURFISP.COM * SPLASHNET.NET CSR

home | help | contact                                    agent: LaShonta



**Member**

**cyberspace Refund Log**

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
Incomplete
Cancellation
refund
review
accountant
pending
search
hotbucks
report
cancel
refund
refund by agent
cancel by agent
ivr
free 60 days
miscellaneous--
memo
service
question
message board

| | |
|---|---|
| Full Name: | |
| CO Name: | T & J TIRES CTR |
| Address: | 13100 PRAIRIE AVE # B |
| City: | HAWTHORNE |
| State: | CA |
| Zip: | 90250 |
| Phone Number: | 3106758510 |
| Check Number: | 7090995 |
| Date Charged: | 2/8/00 |
| Date Requested: | 3/10/00 1 58 00 PM |
| Date Refund: | |
| Amount: | 2495 |
| Customer Support: | CATechGroup |
| Note: NO Single(') OR Double quotation(") Please... | verified addre refund inquiry received.pic/n |

*Review — an account will only be in Review when the Refund notes are Questionable*

ed out



Back to Refund Search      Previous Page      Update Accountant

E-0020038

# CYBERSPACE.COM CUSTOMER SUPPORT

home | help | contact

agent:
CATechGroup

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

## CURRENT USER SEARCH

*Please check the HELP page to see a guideline for this site*

### *Please Type a criteria to Search...*

| | |
|---|---|
| User Name: | ⸝ Searc |
| OR | |
| Password: | ⸝ Searc |
| OR | |
| Phone Number: | Searc |
| OR | |
| Co Name: | Searc |
| OR | |
| Address: | Searc |
| OR | |
| City: | Searc |

Search | Reset



P-0010917

Current

# CYBERSPACE.COM CUSTOMER SUPPORT

home | help | contact

agent:
CATechGroup

£

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

## CANCEL SEARCH

### Please Type a criteria to view the cancel log...

Check Number: [            ]    [ View Log ]

OR

Phone Number: [            ]    [ View Log ]

OR

Co Name: [            ]    [ View Log ]

OR

Cancel Date: [            ]    [ View Log ]
(eg 5/3/99)

OR

Cancel Date    [            ]    Cancel Date To: [            ]
From: (eg 5/3/99)                (eg 5/4/99)

[ View Log ]    [ Reset ]

P-0010918

Cancelled

# CYBERSPACE.COM CUSTOMER SUPPORT

home | help | contact

agent:
CATechGroup

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

## USER SEARCH
### Please Type a Phone Number...

Phone
Number:

Search | Reset

P-0010919

*Shortcut*

# CYBERSPACE.COM CUSTOMER SUPPORT

home | help | contact

agent:
CATechGroup

£

| | |
|---|---|
| search | |
| short cut | |
| current | |
| cancelled | |
| billing | |
| refund | |
| login | |
| hot$ support | |
| cancel | |
| non-account | |
| refund | |
| review | |
| accountant | |
| refund | |
| hotbucks | |
| report | |
| cancel | |
| IVR | |
| refund by agent | |
| cancel by agent | |
| free 60 days | |
| miscellaneous | |
| memo | |
| service | |
| question | |
| message board | |

## Cyberspace Current User

| | |
|---|---|
| Action: | CREATE ACCOUNT |
| Line type: | Analog or 1B ISDN |
| User Name: | a0000171@cyberspace.com |
| Password: | m7064094 |
| Date Added: | 11/1/99 |
| Phone Number:(NO SPACE,eg 6165387484) | 4099484504 |
| Check Number: | 7064094 |
| Date Cashed: | |
| Source File: | 991028.TXT |
| Full Name: | |
| Co Name: | A J EDMOND CO |
| Address: | 1530 TEXAS AVE |
| City: | TEXAS CITY |
| State: | TX |
| Zip: | 77590 |
| Zip4: | 8446 |

**New Note:** When you cancel this user, Please check if you make a brief note and press the save button.

*new - new name and address*

*Request refund $ 1.00* address verified
*pic / initials*

| | | |
|---|---|---|
| Back to User Search | Search Results | Save |
| 'Bill' and Credit Log | Refund Log | Go to Refund |
| Go to Cancel | | |
| . Extend 60 days Free ISP | Login Log | |
| Check Description | | |

Please check refund and credit history before you proceed a refund process.

*CTRL V*

P-0010920

*Current User*

# CYBERSPACE.COM CUSTOMER SUPPORT

home | help | contact

agent:
CATechGroup

§

search
short cut
current
cancelled
billing
refund
login
hotS support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

**Billing Info**

**Please choose a record and type an crdit amount...**

|   | Phone Number | Charge Date | Amount |
|---|---|---|---|
| ○ | 4099484504 | 11/8/99 | $24.95 |
| ○ | 4099484504 | 12/8/99 | $24.95 |
| ○ | 4099484504 | 1/7/00 | $24.95 |

Credit Amount: no decimal point please(eg.2995)  `2995`

Note:

☐ Cancel Email Subscription

Previous Page     ·Refund

CTRL ⊂

P-0010921

Refund

http://billing.cyberspace.com/cyber/edituser.asp

2/23/00

# CYBERSPACE.COM CUSTOMER SUPPORT

home | help | contact

agent:
CATechGroup

**Cancel Non-Account User**

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

**Please Type User Infomation...**

Phone Number: `123457890`
NO SPACE

Check Number: `12345`

Full Name: `Cyberspace`

Co Name:

Address:

City:

State:

Zip: (upto 5 chrs)

Cancelled By:  ⦿ Phone Call    ◯ Letter

Note:

Save Now  |  Reset

P-0010922

*Non Account User*

# CYBERSPACE.COM CUSTOMER SUPPORT

home | help | contact

agent:
CATechGroup

## Possible Questions

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

### 1. I received an offer in the mail. Why?
We want you to try our Internet service. Does your company have access to the
Internet now? If you are not satisfied in the first 30 days, we will gladly refund your
$29.95. You may cancel the service at anytime. If you are not interested at this
time, please disregard the offer.

### 2. What do I get for the $29.95 fee?
Cyberspace.com supports connection speeds up to ISDN for the fastest possible
dial-up access to the Internet. There are no set-up fees and the account is given 1
e-mail account at no additional charge. Other benefits of the service: local access
numbers in most major cities, 4MB of web space for your companies web presence,
and the fee is conveniently billed to your telephone bill, creating peace of mind that
your credit card number is not out somewhere on the Internet.

### 3. How am I billed for this service?
You will be conveniently billed on your telephone bill. It will appear on the Olympic
page for $29.95 as "INTERNETSVC" at Spring/Ameritech/BellSouth/PacBell and
"Cyberspace Internet SVC Mthly Chr" at SWB and USWest.

### 4. How do I get my web page going?
There are many applications some freeware and shareware that are available to
help you create your own homepage. For more information you can contact our
Technical Support at 800-669-6705.

### 5. How do I cancel the service?
Do not endorse the check. Once the service is started, contact customer service to
cancel the service. The service can be canceled at any time.

### 6. We accidentally deposited the check and do not want this service. Please cancel this account.
I will be glad to cancel that for you. Use the on-line form to find the account and
cancel it.

### 7. I have a charge on my phone bill for $29.95 and I want to know who authorized it.
A promotion was sent to your company to offer our Internet service. Along with the
promotion was a check for $3.50 to put towards your first month's service.
Someone from your company endorsed the check to authorize us to bill your
company $29.95 monthly on your telephone bill. A CD, to load the software, was
sent shortly after we received the check, so you can immediately use the service.
We are periodically receiving the canceled checks from the bank. I can check to
see if we have received the check....Can I answer any more questions about our
Internet service and its benefits. Would you like to continue the service?

### 8. I want to talk to the owner of the company regarding this promotion?
The owner of the company is not in this office. I can answer any questions you may
have. You can address your concerns by writing to our Customer Service address
of:
**Cyberspace.com LLC**
**110 West 9th Street #588**
**Wilmington, DE 19801**

P-0010923

*Questions*

9. **We received a check and need the account number to apply the check as payment.**
The check is a promotion; Cyberspace.com is offering your company our Internet services. We do not currently have an account with your company.

P-0010924

Qurstions

*Who wrote These*

# CYBERSPACE.COM CUSTOM

home | help | contact

search
short cut
current
cancelled
billing
refund
login
hotS support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

**BI**

**CURRENT**

Back to Billing Search

| Phone Number | Charge Date | Amount |
|---|---|---|
| 4099484504 | 11/8/99 | $24.95 |
| 4099484504 | 12/8/99 | $24.95 |
| 4099484504 | 1/7/00 | $24.95 |

P-0010925

*Billing*

# CYBERSPACE.COM CUSTOMER SUPPORT

**home | help | contact**

agent:
CATechGroup

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

## *CANCEL OPTIONS*

## *Please choose a cancel option...*

Cancel Option:

○ Unknown
○ Not Interested
○ Cashed Check In Error
○ Denies Signing Check
○ Sent Back Check
○ Signed the check
○ E-Mailed Request
○ Refuses to pay.
○ Wrong Person
○ Cancelled by Phone
○ remove from mailing list
○ 703 Cancel V.M.
○ Temporary cancellation
○ not aware of sign up
○ paid back $3.50
○ Phone Company Cancel
○ Can't afford to Pay
○ Returned Mail/CD
○ WRONG COMPANY
○ Charge Back
○ Cancel From CA

☐ Cancel Email Subscription



| Cancel Account | Previous Page |
| Back to User Search |

P-0010926

*Cancel*

# CYBERSPACE.COM CUSTOMER SUPPORT

home | help | contact

agent:
CATechGroup

search
short cut
current
cancelled
billing
refund
login
hot$ support
cancel
non-account
refund
review
accountant
refund
hotbucks
report
cancel
IVR
refund by agent
cancel by agent
free 60 days
miscellaneous
memo
service
question
message board

## Cyberspace.com ISP Service

Cyberspace is an Internet service provider (ISP). Cyberspace is currently marketing to businesses. The promotion includes a check for $3.50 and an insert that describes the benefits and services of Cyberspace.

The check is a refund towards the first month of service. The service will not begin until the check is endorsed. The fee of $29.95 will be charged to the telephone bill. The signed check will begin the service and a CD is included as the fulfillment package to load the ISP software. The CD package will have the User ID and Password assigned to the new user, along with the Technical Support number to assist with loading the software and other questions.

If the customer wants to cancel the service, explain that the service will not begin until the check is endorsed and received. The $3.50 check is a refund towards the first month's service. If the check is endorsed and they want to cancel, complete the online form to cancel their account. Explain the customer that cancellations as well as changes take 24 – 48 hours at this time.

Our pricing is actually competitive against the telephone companies:

| | |
|---|---|
| **US West** | Business - $34.95/mo/unlimited w/ $25.00 set up fee<br>Home - $19.95/mo/unlimited w/$25.00 set up fee |
| **BellSouth** | Biz/Home<br>$19.95/mo/w/ $10.00 set up fee or<br>$9.95/mo/10 hours/ $1.00 extra hours |
| **SBC** | Biz/Home - $21.95/mo/150 hours/$1.80 extra hours w/ $14.95 set up fee |
| **Bell Atlantic** | Biz/Home<br>$19.95/mo/unlimited w/$15 set up fee for Businesses<br>$9.95 setup fee for home.<br>Or $6.95/mo/5 hrs/$1.95 extra hours |
| **Ameritech** (resells UUNET) | $21.95/mo/unlimited/50% off the first month or,<br>$8.95/mo/10 hours/$1.95 extra hours. |

Prices vary on how many e-mail accounts and a fee is generally charged per user at each telephone company.

Cyberspace.com has no set-up fee and supplies 1 e-mail account per each account, for no additional fee. Other benefits of the service: local access numbers in most major cities, 4MB of web space and the $29.95 is conveniently billed to the telephone bill, keeping your credit card information off the Internet.

*Comparison*

P-0010927

**IG NO**        **TYPE**

| AG/BU Corres. for | *Olympic* |
|---|---|

| 804.225.8351 | 7/11/00 |
|---|---|
| ANI | Received Date |

| Carolina Mop Mfg. Co. |
|---|
| Customer/Company |

| FCC - RM add. |
|---|
| Agency (Bill Co.) |

| P.O. Box 5072 |
|---|
| Address |

| Anderson SC 29623 |
|---|
| City      State     Zip |

**Psychic**                    **Action**

| ☐ ANI-missing | ☐ Minor/Handicap | ☐ Suppress |
|---|---|---|
| ☐ Corporate Lines | ☐ Credit Promise | ☐ Letter |
| ☐ DAK | ☐ Cust Svc Problem | RE:_____ |
| ☐ Enrollment Error | ☐ 800 Free Call | |
| ☐ Another Made Call | ☐ 900 Free Call | |
| ☐ Solicitation | | |

**Internet**

| ☐ Cancel | ☐ Denies Signing Chk | ☑ Letter RE: |
|---|---|---|
| ☐ Suppress/ML | ☑ Cshd Check in Error | ☑ Copy of check |
| ☐ DAK | ☐ Doesn't Like Promo | # 255046 |

**Collections**

| ☐ DAK | ☐ 900 Free Call | ☐ 900 Block |
|---|---|---|
| ☐ Minor | ☐ Dispute | ☐ Declaration |
| ☐ Waive Charge | ☐ Incorrect Phn # | ☐ Letter RE: |

**Activity/Comments**

7 x 29.95

no Refund iss'd

faxed to Michelle 7/14

| Customer Date | Service Date | Entered By/Date |
|---|---|---|
| | | CW 7/11 |

EXHIBIT    H-0007496

136 - Olympic
2-5-02   JLB



2722 EASTLAKE AVE. E
SUITE 200
SEATTLE, WA 98102
(206) 505-5500
FAX (206) 505-5505

July 11, 2000

Federal Communications Commission
Consumer Information Bureau
Portals Consumer Center
445 12ᵗʰ St. SW, Room CY-B514
Washington, D.C. 20554

Re:     00-N16335

Dear Sirs,

        We have received a copy of the complaint filed with your office by Pam M. Ritter.
Olympic Telecommunications is a billing aggregator; as such we have many companies as our
clientele. The provider of the referenced service in this complaint is Cyberspace.com. Olympic
Telecommunications is happy to assist you in anyway we can. However, we believe the client is
in the best position to respond to specific components of the complaint. We are therefore
forwarding by copy of this letter and the formal complaint to the client for response. We ask that
they provide all relevant information and do their best to ensure a satisfactory result for all
involved in the quickest manner possible.

        If there is more that Olympic Telecommunications can do beyond our action here, please
ask; we will do our best to assist.

Sincerely,

Michelle Ferazza
Customer Relations

Cc:     Pam M. Ritter
        Carolina Mop Manufacturing Co.
        P.O. Box 5072
        Anderson, SC  29623

        Cyberspace
        16970 Dallas Parkway
        Suite 601
        Dallas, TX 75248

H-0007497

**Apparent Carrier:** **Olympic Telecommunications, Inc.**
**Complaint for:** **Carolina Mop Manufacturing Co.**
**IC Number:** **00-N16335**

Date Received:    10/18/99
Service Date:     07/10/2000
Response Date:    08/09/2000

COMPLAINT SUMMARY:

SEE ATTACHED COMPLAINT.

| Problem Number:   864  225-8351 | |
|---|---|
| Title:   Last Name: | First Name: Carolina Mop Manufacturing Co.   Middle Initial: |
| Contact Name:            Pam M. Ritter, President | Best Time to Call: |
| Contact Number: | Fax Number: |
| Email Address: | Internet Address: |
| Address:                 P.O. Box 5072 | |
| City:                    29623Anderson | State:  SC              Zip: |

Disputing charges listed on phone bill.  Total amount of dispute:

Did the company billing for these charges adjust or refund some or all of the disputed charges?

If yes, what was the amount of the adjustment or refund?

Contacted the companies to resolve complaint?

If yes, was the complaint resolved to your satisfaction?

Willing to provide further written statements for use of the FCC or other agencies in enforcement actions against companies?

H-0007498



PHONE: 864-225-6351
TOLL FREE 800-845-9725
FAX 864-225-1917


The Experts
on Cleaning and Maintenance

CAROLINA MOP MANUFACTURING CO.    P.O. Box 5072    819 Whitehall Road    Anderson, S.C. 29623

OCT 18 1999
FCC MAIL ROOM
October 13, 1999

Olympic Telecommunications
PO Box 29252
San Antonio, Tx 78229-0252

Dear Sir:

We are requesting a refund in the amount of $123.40, which is what we paid you for internet service, less the $3.50 check we received which activated this account. We did not KNOWINGLY open this account! Furthermore, the employee who STAMPED the check did not have the authority to open any such account. If we had need of an internet service, there are several local ones available from which we could choose and saved $10.00 each month. Our computers are not even linked with our telephone! Also we would never have chosen to have your bill added to our telephone bill!

We feel this is an unscrupulous way of doing business! Our employee questioned why we received this check, but did not read the BACK of it. In fact, I doubt any of us would have taken the time to read the BACK OF A CHECK!

I am enclosing copies of the bills showing the amount of $123.40. Please mail us your check for $119.90. If we do not receive your check, we will turn this over to the Better Business Bureau.

Sincerely,

CAROLINA MOP MFG. CO.

PAM M. RITTER, PRESIDENT
PMR/sm

Enc.

CC: FCC, along with copies of invoices and check we deposited

H-0007499

CYBERSPACE.COM, LLC
P.O. Box 1691
Helena, Montana 59624

RE: 864-225-8351

255246

DATE March 15 19 99

PAY   Three Dollars & Fifty Cents                                    $3.50      66-156
                                                                                531

                                                                                22

                                                                    VOID AFTER 30 DAYS

PAY
TO THE        Carolina Mop Mfg Co           FIRST UNION NATIONAL BANK
ORDER OF      PO Box 5072                    CHAPEL HILL, NC 27514
              Anderson, SC  29623-5072

⑈255246⑈  ⑈053101561⑈ 2079900058000⑈

CYBERSPACE.COM, LLC                                                 000005247/738401

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 22 | N/A | N/A | N/A | $3.50 | $3.50 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNT TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 03/15/99 | 255246 | CAROLINA MOP MFG CO | $3.50 | $3.50 |

H-0007500



H-0007501

Page 16

 **OLYMPIC**
TELECOMMUNICATIONS

CAROLINA MOP CO
Account Number:    864 225-8351 079 1973
Bill Period Date:  Apr 29, 1999

 For Olympic Telecommunications Inc Billing Questions, Call 1 800 368-0404

## Detailed Statement of Charges

| *Miscellaneous Charges and Credits* | *Amount* |
|---|---|
| 864 225-8351 | |
| *Service Provider - CYBERSPACE.COM* | |
| Date | |
| 1. 04/12   INTERNET SVC ........................................... | 29.95 |
| Total Miscellaneous Charges and Credits ......................... | 29.95 |

| *Taxes* | *Amount* |
|---|---|
| 2. Federal Tax .................................................. | .90 |
| Total Taxes ..................................................... | .90 |

Total Olympic Telecommunications Inc Current Charges

---

Page 16

**OLYMPIC**
TELECOMMUNICATIONS

CAROLINA MOP CO
Account Number:    864 225-8351 079 1973
Bill Period Date:  May 29, 1999

For Olympic Telecommunications Inc Billing Questions, Call 1 800 368-0404

## Detailed Statement of Charges

| *Miscellaneous Charges and Credits* | *Amount* |
|---|---|
| 864 225-8351 | |
| *Service Provider - CYBERSPACE.COM* | |
| Date | |
| 1. 05/11   INTERNET SVC ........................................... | 29.95 |
| Total Miscellaneous Charges and Credits ......................... | 29.95 |

| *Taxes* | *Amount* |
|---|---|
| 2. Federal Tax .................................................. | .90 |
| Total Taxes ..................................................... | .90 |

Total Olympic Telecommunications Inc Current Charges

H-0007502



**OLYMPIC**
TELECOMMUNICATIONS

Page 14

CAROLINA MOP CO
Account Number:  864 225-8351 079 1973
Bill Period Date:  Jul 29, 1999

☎ For Olympic Telecommunications Inc Billing Questions, Call 1 800 368-0404

## Detailed Statement of Charges

### *Miscellaneous Charges and Credits*
864 225-8351                                          **Amount**
*Service Provider - CYBERSPACE.COM*
    *Date*
  1. 07/09  INTERNET SVC ......................................        29.95
Total Miscellaneous Charges and Credits ........................        29.95

### *Taxes*
  2. Federal Tax ...................................................    **Amount**
Total Taxes ........................................................      .90
                                                                        .90

Total Olympic Telecommunications Inc Current Charges ...........        30.85

---

**OLYMPIC**
TELECOMMUNICATIONS

Page 14

CAROLINA MOP CO
Account Number:  864 225-8351 079 1973
Bill Period Date:  Jun 29, 1999

☎ For Olympic Telecommunications Inc Billing Questions, Call 1 800 368-0404

## Detailed Statement of Charges

### *Miscellaneous Charges and Credits*
864 225-8351                                          **Amount**
*Service Provider - CYBERSPACE.COM*
    *Date*
  1. 06/10  INTERNET SVC ......................................        29.95
Total Miscellaneous Charges and Credits ........................        29.95

### *Taxes*
  2. Federal Tax ...................................................    **Amount**
Total Taxes ........................................................      .90
                                                                        .90

Total Olympic Telecommunications Inc Current Charges ...........        30.85

H-0007503



**CYBERSPACE.COM, LLC**
16970 Dallas Parkway
Suite 601
Dallas, TX 75248

Phone:  888-285-5196

July 14, 2000

FEDERAL COMMUNICATIONS COMMISSION
CONSUMER INFORMATION BUREAU
CONSUMER INFORMATION NETWORK DIVISION
Informal Complaints Team
445 12ᵗʰ Street, SW
Washington, DC 20554

Re:     Carolina Mop Mfg. Co  (Pam Ritter)
        IC 00-N16335
        CRAM
        July 10, 2000
        <u>Account #: 864 225 8351</u>

Dear Ladies and Gentlemen·

Pursuant to Section 1.711 of the Commission's Rules, this letter responds on behalf of Olympic Telecommunications, to the above-referenced Informal Complaint dated July 10, 2000.

1.  a. Cyberspace com is an Internet service provider, with high-speed connection, no set up fees, local access to most major cities and is conveniently billed to the customer's telephone bill at $29.95 monthly.  Upon subscribing, a CD is sent to the customer along with a technical support number to assist in loading the software

    b. Cyberspace.com sent out a promotion, via regular mail, which included information regarding our Internet service  Included in this promotion was a $3.50 subscription refund check.  The enclosed insert provided the recipient with detailed information as to what services Cyberspace.com offers and that the $3.50 check is a refund towards their first months subscription.  If, after reading the enclosed information, an authorized agent of the business decided to sign-up for Internet access with Cyberspace.com, the check would be endorsed and cashed or deposited.

    c.  Please find enclosed, a copy of the front and back of the subscription refund check that was endorsed and deposited, which constituted agreement of subscription to Cyberspace.com.

2.  Cyberspace.com's promotion, as described above, is not regulated by TDDRA or the Commission's rules promulgated thereunder  Specifically, Cyberspace.com does not provide 'pay-per call services,' as that term is defined by TDDRA.  See 28 U.S.C  § 228(1), 64 C.F.R. § 1501  In addition, Cyberspace.com does not provide access to an 800 or other telephone number advertised or widely understood to be toll-free in a manner that would result in: (1) the calling party being assessed, by virtue of completing the call, a charge for the call; (2) the calling party being connected to a pay-per-call service; (3) the calling party being charged for information conveyed during the call; (4) the calling party being called back collect for the provision of audio information services or simultaneous voice conversation services; or (5) the calling party being assessed, by virtue of being asked to connect or otherwise transfer to a pay-per-call service, a charge for the call.  See 47 U.S.C. § 228(c)(7) - (9), 47 C.F.R. § 64 1504.

H-0007504

3. Not Applicable

4. At the request of the consumer, membership may be cancelled at any time simply by calling Cyberspace.com Customer Service at the 800-number provided on the front of the check and again in the insert; or Olympic Telecommunications' Customer Service 800-number provided on their telephone bill.  Satisfaction is guaranteed and a full refund is issued if notice of cancellation is effected within thirty days of service activation  Ms Ritter will be sent a copy of this letter as notification of the action taken.

   a. Complainant's account has been cancelled.

Cyberspace.com and Olympic Telecommunications are deeply concerned about this incident, because we make every effort to please our customers, bill accurately, and operate in full compliance with all pertinent Commission rules. Our goal is to make sure that all persons interested in our service understand the terms and conditions of the offer.

We hope that Carolina Mop Mfg. Co. will consider using Cyberspace.com in the future as their Internet service provider.  If you have any questions about this response, you may write to the address hereon. Please include account number listed above.

Sincerely,

John Sanchez
Customer Service
Cyberspace com

JS/co

Enc    Copy of check

cc:    Carolina Mop Mfg. Co.
        Pam Ritter

        Olympic Telecommunications

H-0007505

## *Check Description*

Co Name· CAROLINA MOP MFG CO
Address.  PO BOX 5072
City.     ANDERSON
State:    SC
Zip:      29623

CYBERSPACE.COM, LLC
P.O. Box 1891
Helena, Montana 59624

RE:  864-225-8351                                                        **255246**

DATE _____ March 15 ___ ₁₉ __ 99 __

PAY  _Three Dollars & Fifty Cents_                            $3 50                    64-158
                                                                                       531

                                                                                       22

PAY
TO THE     Carolina Mop Mfg Co                    FIRST UNION NATIONAL BANK        VOID AFTER 30 DAYS
ORDER OF   PO Box 5072                            CHARLOTTE, NC 27514
           Anderson, SC  29623-5072

⑈255246⑈  ⑆053101561⑆ 207990005⑈0008⑈                   ⑈0000000350⑈

H-0007506

EXHIBIT 12
1106-Yagelowich
2-7-02

1   CAMPEAU & THOMAS, A LAW CORPORATION
    KATHRYN S. DIEMER, #133977
2   55 S. Market Street, Suite 1660
    San Jose, California   95113
3   Telephone:  (408) 295-9555
    ATTORNEYS FOR FRENCH DREAMS,
4   N.V. and IAN EISENBERG

5   POPELKA ◆ ALLARD
    JOHN CARDOSI, #111381
6   One Almaden Blvd. Suite 800
    San Jose, CA 95113
7   Telephone: (408) 298-6611
    ATTORNEYS FOR SPLASHNET
8                                    SUPERIOR COURT OF CALIFORNIA

9                                      COUNTY OF SANTA CLARA

10

11  FRENCH DREAMS, N.V., IAN            )    Case No.
    EISENBERG, and SPLASHNET, LLC       )
12                                      )
              Plaintiff,                )
13                                      )    DECLARATION OF LIA
    vs.                                 )    YAGELOWICH IN SUPPORT OF EX
14                                      )    PARTE ORDER TO SHOW CAUSE
    CHRIS HEBARD, COTO                  )    AND TEMPORARY RESTRAINING
15  SETTLEMENT, ASIATRUST LIMITED,      )    ORDER
    ATP DIRECTORS LIMITED, JEFF         )
16  FRITZ, ELECTRONIC PUBLISHING        )
    VENTURES, LLC., INTEGRETEL,         )
17  INC., and DOES 1 through 50, inclusive )
                                        )
18            Defendants.               )
                                        )
19
20        I, Lia Yagelowich, hereby declare:

21  1.    I am employed by French Dreams. As a regular and ordinary course of my employment I co-

22        sign checks on behalf of Electronic Publishing Ventures, LLC. and its subsidiaries, Splashnet,

23        LLC, Cyberspace, LLC, Surfnet, LLC, Shazzba, LLC, and Essex, LLC.

24  2.    On September 25, 2000, I received a bundle of checks for signature on behalf of these entities. I

25        signed the checks after double checking the documentation supporting the invoices.

26  3.    One of those checks is to Pinnacle Integretated Communications for $17,453.70.  The Pinnacle

27        check, along with all of the other checks I co-signed on September 25, 2000 are drawn on

28        accounts with insufficient funds. A true and correct copy of those checks and the invoices are

                                              1
    DECLARATION OF LIA YAGELOWICH IN SUPPORT OF EX PARTE ORDER TO SHOW CAUSE AND TEMPORARY
    RESTRAINING ORDER

1    attached hereto as Exhibit A to this declaration.

2  4.  Late in the day on September 25, 2000, I was notified that the checks were drawn on accounts

3    with insufficient funds.  The checks had already been processed by that point and it was too late

4    to stop them.

5  5.  Normally, Jeff Fritz at EPV's southern California offices, at 6 Hutton Center, Santa Ana,

6    California  handles all money management and accounting issues for EPV and its subsidiaries.

7    To date, I have not received any tax returns or other documentation concerning the EPV

8    subsidiaries, despite repeated requests.

9    I declare under penalty of perjury that the foregoing is true and correct and that this declaration

10   was executed on the 27th day of September, 2000.

11

Dated: September 27, 2000

12                                          LIA YAGELOWICH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Subject: RE: Consumer Insert**
**Date:** Tue, 3 Aug 1999 18:32:55 -0700
**From:** ian@usnetwork.com
**To:** buffw@ibm.net

Go ahead

-----Original Message-----
From:     Buff Warne [_____]
Sent:     Tuesday, August 03, 1999 4:23 PM
To:       ian@usnetwork.com
Subject:        Consumer Insert

I'm going to

Ian - Did you get my fax?  Did you read it?  Any comments?

print it.  Speak now or forever hold your peace!
Buff

EXHIBIT

147 - Eisenberg
2-6-02  JLB

8/4/99 10:09 AM

## Brian March

| | |
|---|---|
| **From:** | Brian March |
| **Sent:** | Friday, November 05, 1999 9 02 AM |
| **To:** | Lia Yagelowich, Ian Eisenberg; Don Reese, Andrew Kreis; Soon Lee |
| **Subject:** | RE· Cyberspace refund |

Soon was out of the office so the CDR file containing this bill record was not loaded into the system. I've
suggested that she create a tool so that others can import files in her absence.

———Original Message———
| | |
|---|---|
| From: | Lia Yagelowich |
| Sent: | Friday, November 05, 1999 8 05 AM |
| To: | Ian Eisenberg, Don Reese, Andrew Kreis, Soon Lee, Brian March, Diane, Wayne, 'chebard@home com', 'gene' |
| Subject: | Cyberspace refund |

I think we need to set some kind of rule for customer refund.  I notice the request from CA CSR request
more refund than what I see in the system.

For example: William F Hummel, ani 7248434598.  The system showed we billed him on 8/30 and 9/30 @
$24.95.
CA CSR initial "ca1" was requesting for 3 mo billed for $74.85 + $6.75 (tax) which equal to $81.60.  I
spoke with Wayne and Wayne said we bill William on 10/29.

My question is, are we sure that we really bill this person?  I though all CSR should use what showed in
the refund database.

From my experience with previous refund, we only refund what showed in the database. Therefore we will
refund William only for 2 mo service.  If he got bill again then he can call us for another refund.  I notice a
lot of people don't call back to request for the last refund.  I think we should stick with 2 mo refund not 3.

Lia Yagelowich
Phone : 206-505-5519
Cell   : 206-851-5519
Fax   . 206-505-5523


## Brian March

| | |
|---|---|
| **From:** | Wayne Chia [wayne chia@iname.com] |
| **Sent:** | Friday, October 29, 1999 12 46 PM |
| **To:** | DonR@usnetwork.com, BrianM@usnetwork com, SoonL@usnetwork com |
| **Cc:** | ian@usnetwork com, chebard@chebard com, gene@capgains com |
| **Subject:** | Re: Billing |
| **Importance:** | High |
| **Follow Up Flag:** | Review |
| **Due By:** | Saturday, October 30, 1999 12 49 PM |
| **Flag Status:** | Flagged |

```
billing_number date_of_call charge
-------------- ------------ ------
9736911144     990830       002495
9736911144     990930       002495
```

I didn't bill 10/14.

243



EXHIBIT H
173-Yagelowich
2-7-02

**E-0020948**

ATTORNEY COPY

# OFFICIAL TRANSCRIPT PROCEEDING

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

MATTER NO.      X010009     CIVIL NO. C00-1806-L

TITLE           FTC v. CYBERSPACE.COM, LLC, ET AL.

PLACE           FEDERAL TRADE COMMISSION
                915 SECOND AVENUE
                SUITE 2896
                SEATTLE, WASHINGTON

DATE            FEBRUARY 4, 2002

PAGES           1 THROUGH 209

## COURT DEPOSITION OF CHRIS HEBARD

FOR THE RECORD, INC.
603 POST OFFICE ROAD, SUITE 309
WALDORF, MARYLAND  20602
(301)870-8025

5

1                    UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF WASHINGTON
2

3   FEDERAL TRADE COMMISSION,                     )
                           Plaintiff,             )
4                                                 )
                                                  )  Case No. C00-1806-L
                    v.                            )
5                                                 )
    CYBERSPACE.COM, LLC,                           )
6   FRENCH DREAMS,                                 )
    COTO SETTLEMENT,                               )
7   ELECTRONIC PUBLISHING VENTURES, LLC,           )
    OLYMPIC TELECOMMUNICATIONS, INC.,              )
8   IAN EISENBERG,                                 )
    and                                            )
9   CHRIS HEBARD,                                  )
                           Defendants.             )
10

11

12

13

14

15

16

17

18                              Monday, February 4, 2002

19                              915 Second Avenue
                                Suite 2896
20                              Seattle, Washington

21

22

23

24

25          The above-entitled matter came on for deposition
    pursuant to notice, at 9:00 a.m.


                        For The Record, Inc.
                         Waldorf, Maryland
                          (301) 870-8025

```
 1   APPEARANCES:
     ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 2               Mr. Michael A. Goodman, Attorney (Telephonically)
                 Ms. Collot Guerard, Attorney
 3               Ms. Julie Brof
                 600 Pennsylvania Avenue NW
 4               Washington, DC  20580
                 (202) 326-3071
 5

 6   ON BEHALF OF THE DEPONENT:
                 Mr. Ernest Leonard, Attorney
 7               Friedman & Feiger
                 5301 Spring Valley Road, Suite 200
 8               Dallas, TX  75240
                 (972) 788-1400
 9
     ON BEHALF OF Ian Eisenberg:
10               Jane B. Jacobs, Attorney
                 Klein, Zelman, Rothermel & Dichter
11               485 Madison Avenue
                 New York, New York 10022
12               (212) 935-6020

13               Kathryn S. Diemer, Attorney
                 Campeau Goodsell Diemer
14               38 W. Santa Clara Street
                 San Jose, CA  95113
15               (408) 295-9555

16   ALSO PRESENT:
                 Mr. Ian Eisenberg
17

18

19

20

21

22

23

24

25
```

1               P R O C E E D I N G S

2          (The witness was duly sworn.)

3                    CHRIS HEBARD

4     having been first duly sworn, was examined and testified as

5     follows:

6                    EXAMINATION

7

8               MS. GUERARD:  This is a deposition pursuant to

9     federal rules of civil procedure for all purposes allowed

10    under those rules, and all objections except as to the form

11    of the question are preserved, if that's acceptable to

12    counsel.

13              MR. LEONARD:  And responsiveness.

14    BY MS. GUERARD:

15        Q.   Mr. Hebard, would you state your name, your Social

16    Security number, your date of birth, your current residence

17    and office address, please, for the record.

18        A.   My name is Christopher Hebard.  Do you want me to

19    spell that?

20        Q.   No.

21        A.   My Social Security number is 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.  My place

22    of residence is 3433 Colony Plaza, Newport Beach, California.

23    I have no office any longer.

24        Q.   Date of birth?

25        A.   October 28th, 1952.

1     Q.   Is that what the business did?

2     A.   As I said before, Electronic Publishing Ventures

3  owned other businesses whose primary business was Internet

4  service provider, Internet access.

5     Q.   Was Coto Settlement the tax member of the company,

6  if you know?

7          MR. LEONARD:  If you can answer that question

8  without relying on communications you had with an attorney.

9     Q.   Look at H-5128 and see if that refreshes your

10  recollection.

11     A.   H?

12     Q.   5128, little e, tax matter member.

13     A.   This agreement states that Coto Settlement shall be

14  the tax member of the company.

15     Q.   Do you know if Coto Settlement was, if you know?

16          MR. LEONARD:  Same objection and instruction

17  regarding attorney-client privilege.

18          THE WITNESS:  I'm not sure legally what that

19  means.

20     Q.   Did EPV have an address, to your knowledge?

21          MR. LEONARD:  Objection; vague.

22          THE WITNESS:  My guess is that one of the

23  documents we looked at had an address for EPV.

24     Q.   I can represent to you I don't think it did.

25     A.   No, then I'm not sure.

1  testifying to with respect to Mr. Eisenberg.

2      Q.   Do you recall discussing the Wisconsin letter with

3  Ian Eisenberg?

4      A.   No, not specifically.

5      Q.   But you believe that you would have discussed this

6  Wisconsin letter with Ian Eisenberg?

7      A.   This type of inquiry would normally be discussed by

8  us.

9              MR. LEONARD:  I think the witness needs a

10  few-minute break.

11              MS. GUERARD:  Sure.

12              (Pause in the proceeding.)

13              (Exhibit Number 86 was marked for

14                 identification.)

15  BY MS. GUERARD:

16      Q.   I'll show you what is marked as 86-Hebard.  It's

17  Bates-stamped E-23630 through 23632.  I direct your attention

18  to the last two pages.  It appears to be a letter from the

19  State of Wisconsin dated February 2nd, 2000.

20              MR. LEONARD:  Let me make an objection at

21  least to the first page, which is clearly attorney-client

22  communication.  To the extent he can answer questions about

23  the second or third pages independently, that's all right.

24              I am going object anyway to this document

25  being a part of the record on the grounds of attorney-client

# OFFICIAL TRANSCRIPT PROCEEDING

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHWESTERN DISTRICT OF WASHINGTON


MATTER NO.      X010009     CIVIL NO. C00-1806-L

TITLE           FTC v. CYBERSPACE.COM, LLC, ET AL.

PLACE           915 SECOND AVENUE
                SUITE 2896
                SEATTLE, WASHINGTON

DATE            FEBRUARY 6, 2002

PAGES           1 THROUGH 227


## COURT DEPOSITION OF IAN EISENBERG

### (ON HIS OWN BEHALF)

---

FOR THE RECORD, INC.
603 POST OFFICE ROAD, SUITE 309
WALDORF, MARYLAND  20602
(301)870-8025

---

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION, )
                          )
            Plaintiff,    )
                          )
    vs.                   )     Case No. C00-1806-L
                          )
CYBERSPACE.COM, LLC,      )
FRENCH DREAMS,            )
COTO SETTLEMENT,          )
ELECTRONIC PUBLISHING     )
VENTURES, LLC,            )
OLYMPIC TELECOMMUNICATIONS,)
INC.,                     )
IAN EISENBERG,            )
and                       )
CHRIS HEBARD,             )
                          )
            Defendants. )

                    Wednesday, February 6, 2002


                    915 Second Avenue

                    Suite 2896

                    Seattle, Washington


    The above-entitled matter came on for deposition

pursuant to notice, at 9:00 a.m.




                    For the Record, Inc.
                    Waldorf, Maryland
                    (301) 870-8025

4

APPEARANCES:

ON BEHALF OF THE FEDERAL TRADE COMMISSION:
    Ms. Collot Guerard
    Mr. Michael A. Goodman
    Federal Trade Commission
    Bureau of Consumer Protection
    600 Pennsylvania Avenue., NW
    Washington, DC 20580


ON BEHALF OF THE EISENBERG DEFENDANTS:
    Ms. Jane B. Jacobs
    Klein, Zelman, Rothermel & Dichter
    485 Madison Avenue
    New York, New York, 10022
    (212) 935-6020

    Ms. Kathryn S. Diemer
    Campeau Goodsell Diemer
    38 West Santa Clara Street
    San Jose, California 95133
    (408) 295-9555

ON BEHALF OF CHRIS HEBARD:
    Mr. Ernest Leonard
    Friedman & Feiger
    5301 Spring Valley Road 200
    Dallas, Texas 75240
    (972) 788-1400

1

2            P R O C E E D I N G S

                        (9:00 a.m.)

3        (The witness was duly sworn.)

4             IAN EISENBERG

5  having been first duly sworn, was examined and

6  testified as follows:

7             EXAMINATION

8           BY MS. GUERARD:

9

10  BY MS. GUERARD:

11     Q   This is a deposition of defendant Ian

Eisenberg under the Federal Rules of Civil Procedure

for all purposes allowed by those rules.  All

objections except as to the form of the question are

reserved if that's acceptable to counsel.

        MS. JACOBS:   Yes.

        MR. LEONARD:   And the responsiveness of the

answer.  And I don't know, did we make that stipulation

yesterday in the beginning of the deposition?

        MS. GUERARD:   I'm not certain.

        MR. LEONARD:   Can we make an agreement that

same stipulations would apply?

        MS. GUERARD:   Yes.

        MR. LEONARD:   Thank you.

        MS. GUERARD:   I don't have any objection to

1       A    I have no reason to doubt that.

2       Q    Okay.

3                   (Eisenberg Exhibit No. 152 marked for

4                   identification.)

5    BY MS. GUERARD:

6       Q    I hand you a document that's marked Exhibit

7    152.  It is DR3844.  It appears to be a printout of an

8    e-mail dated or an e-mail exchange dated June 14th,

9    2000, involving a number of people, including Ian at US

10   Network.com.

11              I ask you to take a look at that,

12   particularly with reference to the last entry at 9:45

13   a.m.  Do you see that part of the e-mail?

14      A    Could you clarify what you mean by "last"?

15      Q    The one that there's a e-mail from Ian at US

16   Network.com at 9:45 a.m.  Do you see that e-mail?

17      A    Yes.  Yes, I see that.

18      Q    What does that, what is your message on that

19   e-mail, if you could read that.

20              Could you read that, please.

21      A    "We need a whole submission package for

22   Shazzba ASAP to submit to Telcos."

23      Q    What does "ASAP" mean?

24      A    As soon as possible.

25      Q    Do you have any recollection of writing that?

```
1         A     Not independently of this.

2         Q     Do you know why you wrote that?

3         A     Probably wanted a submission package.  That's

4   what this says.

5               MS. JACOBS:    I'm going belatedly to object

6   because it assumes that he said it or that this is a

7   authentic document.

8   BY MS. GUERARD:

9         Q     Did Shazzba ever send out any promotional

10  materials?

11        A     I don't know.

12        Q     Have you heard of a company "Pinnacle"?

13        A     Yes.

14        Q     Did Pinnacle provide any services to the EPV

15  subsidiaries?

16        A     Yes, I believe so.

17        Q     What did it do?

18        A     I believe Pinnacle provided customer service.

19        Q     By telephone?

20        A     Yes, I believe so.

21        Q     Did it respond in writing to any consumer

22  complaints?

23        A     I don't think so.

24        Q     Do you know where Pinnacle was located?

25        A     I don't recall.
```

ATTORNEY COPY

# OFFICIAL TRANSCRIPT PROCEEDING

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHWESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **MATTER NO.** | X010009    CIVIL NO. C00-1806-L |
| **TITLE** | FTC v. CYBERSPACE.COM, LLC, ET AL. |
| **PLACE** | 909 FIRST AVENUE<br>SUITE 90<br>SEATTLE, WASHINGTON |
| **DATE** | FEBRUARY 8, 2002 |
| **PAGES** | 1 THROUGH 152 |

### COURT DEPOSITION OF DON REESE

### VOLUME 1

---

**FOR THE RECORD, INC.**
**603 POST OFFICE ROAD, SUITE 309**
**WALDORF, MARYLAND  20602**
**(301)870-8025**

---

3

1                    UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF WASHINGTON
2

3    FEDERAL TRADE COMMISSION,                )
                        Plaintiff,            )
4                                             )
                     v.                       ) Case No. C00-1806-L
5                                             )
     CYBERSPACE.COM, LLC,                     )
6    FRENCH DREAMS,                           )
     COTO SETTLEMENT,                         )
7    ELECTRONIC PUBLISHING VENTURES, LLC      )
     OLYMPIC TELECOMMUNICATIONS, INC.,        )
8    IAN EISENBERG,                           )
     and                                      )
9    CHRIS HEBARD,                            )
                        Defendants.           )
10

11

12

13

14

15                              Friday, February 8, 2002

16
                                909 First Avenue
17                              Suite 90
                                Seattle, Washington
18

19

20

21

22

23
              The above-entitled matter came on for deposition
24   pursuant to notice, at 9:00 a.m.

25


                        For The Record, Inc.
                        Waldorf, Maryland
                        (301) 870-8025

```
 1   APPEARANCES:
     ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 2              Mr. Michael A. Goodman, Attorney
                Ms. Collot Guerard, Attorney
 3              600 Pennsylvania Avenue NW
                Washington, DC  20580
 4              (202) 326-3071

 5
     ON BEHALF OF THE DEPONENT:
 6              Mr. William R. Zoberst, Attorney
                Plaza 600 Building
 7              600 Steward Street, Suite 305
                Seattle, WA  98101-1257
 8              (206) 386-7393

 9
     ON BEHALF OF CHRIS HEBARD:
10              Mr. Ernest Leonard, Attorney
                Friedman & Feiger
11              5301 Spring Valley Road, Suite 200
                Dallas, TX  75240
12              (972) 788-1400

13   ON BEHALF OF IAN EISENBERG:
                Kathryn S. Diemer, Attorney
14              Campeau Goodsell Diemer
                38 W. Santa Clara Street
15       --     San Jose, CA  95113
                (408) 295-9555
16
                Jane B. Jacobs, Attorney
17              Klein, Zelman, Rothermel & Dichter
                485 Madison Avenue
18              New York, New York 10022
                (212) 935-6020
19

20   ON BEHALF OF OLYMPIC TELECOMMUNICATIONS:
                Mr. Derek A. Newman, Attorney
21              Newman & Newman
                1001 Fourth Avenue Plaza, Suite 2560
22              Seattle, WA  98154
                (206) 624-6334
23

24   ALSO PRESENT:
                Mr. Ian Eisenberg
25
```

```
 1                    P R O C E E D I N G S
 2                (The witness was duly sworn.)
 3        `              DON REESE, VOL I
 4   having been first duly sworn, was examined and testified as
 5   follows:
 6                          EXAMINATION
 7   BY MR. GOODMAN:
 8        Q.   Mr. Reese, will you state your name, please.
 9        A.   Don Martin Reese, III.
10        Q.   What's your Social Security number?
11        A.   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.
12        Q.   When is your birthday?
13        A.   3-5-64.
14        Q.   What's your address, your home address?
15        A.   My current home address is 3302 North 7th Street,
16   No. 359, Phoenix, Arizona 35014.
17        Q.   Before we get started with the substance, there are
18   just a few preliminary questions I want to ask so that we can
19   establish some ground rules for the deposition.
20             The first is:  Will you agree to let me finish
21   a question before you answer it?
22        A.   Yes.
23        Q.   Will you agree to answer verbally because that's
24   the only kind of answer that the court reporter can take
25   down?
```

1    subsequently dropped.

2        Q.   During the peak time what percentage of your time

3    was spent working on the EPV subsidiaries?

4        A.   20 percent.

5        Q.   Can you tell me what percentage of Mr. Eisenberg's

6    time was spent working on the EPV subsidiaries?

7        A.   Again, at what point in time?

8        Q.   During the peak time that you mentioned in 2000.

9        A.   Half, 50 percent.

10       Q.   Do you recognize the name John Biddinger?

11       A.   Yes.

12       Q.   Did he work at 2722 Eastlake?

13       A.   He was not on the payroll, no.  No, he didn't work

14   there.

15       Q.   Did he have an office at 2722 Eastlake?

16       A.   No.

17       Q.   Did he have a position with any of the EPV

18   subsidiaries?

19       A.   He was listed as president in the early days of the

20   program.

21       Q.   Of which program?

22       A.   It was either EPV or Cyberspace.  I don't know

23   which of the two.

24       Q.   Do you know what his responsibilities were as

25   president?

1      A.   Yes.

2      Q.   Where did you stay?

3      A.   Wyndham.

4      Q.   Are you here under subpoena?  Do you know?

5      A.   Yes.

6      Q.   Whose decision was it that you would be deposed in

7   Seattle rather than in Arizona?

8              Mr. ZOBERST:  I object to that question.  That

9   calls for an invasion of the privilege.

10             MS. JACOBS:  It wasn't my intent.

11     Q.   While you were working for the Eisenberg

12  companies -- that's what I'll refer to as the various

13  companies over which you were chief operating officer.  Is

14  that acceptable to you?

15     A.   Yes.

16     Q.   In that definition I include the EPV subsidiaries

17  and EPV, just so we are clear on the definition.

18     A.   Just so we are clear that I was not chief operating

19  officer of those companies.

20     Q.   I understand.  While you were working -- all right.

21  I see your point.

22             During the time that you worked for

23  Mr. Eisenberg -- is that a fair way to characterize it? --

24  did you personally have an ethical problem with the EPV

25  promotions?