# FILED IN EXPANDO

FILED
LODGED        RECEIVED

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

MAR 25 2002

AT SEATTLE
CLERK U S DISTRICT COURT
BY   WESTERN DISTRICT OF WASHINGTON
DEPUTY

---

**FEDERAL TRADE COMMISSION,**

**Plaintiff,**

v.

**CYBERSPACE.COM, LLC, et al,**

**Defendants.**

---

**Case No. C00-1806-L**

## Exhibits in Support of Plaintiff's Oppositions to
## Defendants' Motions for Summary Judgment

### VOLUME XI

### Exhibits 202-248

| Exhibit Number | Document |
|---|---|
| | *Exhibits From Erard Moore Deposition* |
| Exh. 202 | Renotice of Issuance of Subpoena to Erard Moore for Deposition Dated February 11, 2002. |
| Exh. 203 | Subpoena to Erard Moore Dated July 26, 2001 |
| Exh. 204 | Letter from Erard Moore to the FTC Listing Documents Produced in Response to FTC Subpoena, Dated September 4, 2001, Bates Stamped EM 12366-7. |
| Exh. 205 | List of Mail Locations Produced by Erard Moore, Bates Stamped EM 12368-12374. |
| Exh. 206 | Email from Erard Moore to Reed Freeman Dated May 12, 2000, Subject: "Next Steps" Bates Stamped EM 12375. |



CV 00-01806 #00000150



# FILED IN EXPANDO

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION,

                           Plaintiff,

        v.

CYBERSPACE.COM, LLC, et al,

                         Defendants.

Case No. C00-1806-L

## Exhibits in Support of Plaintiff's Oppositions to Defendants' Motions for Summary Judgment

## VOLUME IX

## Exhibits 249, 250, 260-2; 264-8; 306-7; 309-16

| Exhibit Number | Document |
| --- | --- |
| Exh. 249 | Letter from Lewis Rose to Howard Beales, Dated May 19, 2000. |
| Exh. 250 | Reference Manual of Scientific Evidence. |
| Exh. 260 | Additional Excerpts From Deposition of Chris Hebard, February 4, 2002. |
| Exh 261 | Additional Excerpts From Deposition of Olympic Communications, February 5, 2002. |
| Exh. 262 | Additional Excerpts From Deposition of Ian Eisenberg, February 6, 2002. |
| Exh. 264 | Additional Excerpts From Deposition of Don Reese, February 8, 2002. |

# FILED IN EXPANDO

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

CYBERSPACE.COM, LLC, et al,

Defendants.

Case No. C00-1806-L

## Exhibits in Support of Plaintiff's Oppositions to Defendants' Motions for Summary Judgment

### VOLUME X

### Exhibits 269

| Exhibit Number | Document |
| --- | --- |
| Exh. 269 | Deposition Transcript of Erard Moore, February 15, 2002 |