**FILED UNDER SEAL**

Volume VII  Attachments to Exh. 300

C00-1806-L       Dkt #165