00-CV-01806-DOCTRM

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION,

                                                    Plaintiff,

v.

CYBERSPACE.COM, LLC, *et al.*,

                                                    Defendants.

Case No. C00-1806L

**ORDER REGARDING AMOUNT OF CONSUMER INJURY AND DISBURSEMENT OF FUNDS**

This matter comes before the Court to determine the amount of redress to be returned to consumers who were injured by solicitation checks that the Court found deceptive under Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a). See "Order Granting in Part Plaintiff's Motion for Summary Judgment and Denying Defendants' Motions for Summary Judgment," dated July 10, 2002. In granting the Federal Trade Commission's ("FTC") motion for summary judgment as to liability, the Court held that:

1. the FTC is entitled to a summary determination that the check/invoice solicitations mailed by defendants Cyberspace.com, LLC ("Cyberspace"), Essex

ORDER REGARDING AMOUNT OF CONSUMER
INJURY AND METHOD OF REDRESS

Enterprises, LLC ("Essex" or "YP.com"), Surfnet Services, LLC ("Surfnet"), and
Splashnet.net, LLC ("Splashnet") violated Section 5 of the FTC Act;

2. all defendants are jointly and severally liable for the corporate misconduct of
the four sister companies; and

3. the proper measure of consumer restitution is the amount that will restore the
victims to the *status quo ante*, not what the defendants received as profit.[1]

The FTC, defendants Ian Eisenberg, French Dreams, and Olympic
Telecommunications ("EFO defendants"), and defendants Chris Hebard and Coto
Settlement ("Hebard defendants"), filed memoranda and supporting exhibits regarding
the calculation of damages in this case. After evaluating the submissions, the Court
scheduled a one-day hearing at which the parties presented additional evidence related to
the amount of consumer injury and the method of redress. Having considered all of the
information presented, including the post-trial memoranda submitted by the parties, the
Court finds that the FTC has sustained its burden of showing that the amount of
unreimbursed consumer injury is $17,676,896.

## I. Determining The Amount of Consumer Redress

The FTC has the burden of showing that its calculation of consumer injury
"reasonably approximate[s]" the amount of consumers' net losses. FTC v. Febre, 128
F.3d 530, 535 (7th Cir. 1997); FTC v. Medicor, LLC, 217 F. Supp.2d 1048, 1058 (C.D.
Cal. 2002). Once the FTC has shown its calculation of consumer injury is reasonable,
the burden then shifts to the defendants to show that the figure is inaccurate. Febre, 128
F.3d at 535. Where defendants' records make it impossible to determine with certainty
the exact amount of injury suffered by consumers, "the risk of uncertainty should fall on
the wrongdoer whose illegal conduct created the uncertainty." Febre, 128 F.3d at 535
(citing SEC v. First City Financial Corp., Ltd., 890 F.2d 1215, 1232 (D.C. Cir. 1989)).

---

[1] Defendants' various requests that the Court reconsider the liability determinations in
this case are both untimely and unpersuasive. The requests for reconsideration are DENIED.

1    Defendants used the telephone billing system to collect payment from consumers
2    who cashed defendants' solicitation checks.  Defendant Olympic Telecommunications,
3    Inc. ("Olympic") sent telephone numbers and the billing amounts associated with
4    Cyberspace, YP.Com, and Surfnet to telephone companies ("local exchange carriers" or
5    "LECs") for placement on the telephone bills of their "customers."  Defendants used
6    Integretel, an unrelated company, to send the telephone numbers and billing amounts
7    associated with Splashnet to the LECs.

8    The parties agree that the correct formula for determining the amount of
9    unreimbursed consumer injury is the total amount consumers paid less what they
10   received in value from the defendants.  Defendants vehemently disagree with the FTC's
11   reliance on defendant Olympic's payment summaries to calculate the total amount paid
12   by consumers.  Defendants argue that Olympic's payment summaries are virtually
13   worthless and should be ignored when calculating consumer loss.  Their position is
14   unpersuasive on both factual and legal grounds.  During the relevant period, defendant
15   Eisenberg not only wanted the payment summaries to be accurate, but employed
16   individuals who reviewed the summaries for both accuracy and content.  Defendants do
17   not dispute that the summaries were used in the normal course of their business: Olympic
18   provided the summaries to Cyberspace, YP.com, and Surfnet as a form of accounting
19   and kept and provided similar records to entities that were not wholly-owned by
20   defendants.  In addition, even Mr. Ratner relies on some of the data included in the
21   summaries to calculate the amount sent to the LECs.

22   The Court is willing to assume, for purposes of this proceeding, that Olympic's
23   records were not as accurate as one would expect of a business that sold its services to
24   others.  Nevertheless, there is no reason to assume that an extrapolation from a different
25   aggregator's records with a different target audience and different customer service
26   standards would result in a more accurate damage calculation than the numbers taken
27   from Olympic's own business records.  In addition, to the extent defendants' billing-
28   related records for Cyberspace, YP.com, and Surfnet are incomplete because Olympic

1   stopped generating summaries after January 2001, defendants must bear the

2   consequences of the resulting uncertainties. Febre, 128 F.3d at 535.

3       The Court finds that Olympic's payment summaries and Integretel's records[2]

4   provide reasonable starting points from which to calculate the amount of charges

5   defendants sent to the LECs for placement on consumers' monthly telephone bills, any

6   amounts that were not billed to or which could not be collected from consumers, and any

7   amounts Olympic returned to consumers in the form of credits or refund checks.

8   Taking into account FTC's arithmetic error in calculating amounts that were not billed or

9   were uncollectible, the amount paid by consumers in the first instance is $21,812,583.

10   As recognized by the FTC, the amount paid by consumers must be further reduced by

11   anything of value consumers received from defendants. In this case, the $21,812,583

12   must be reduced by the value of the solicitation checks cashed by consumers

13   ($1,162,177) and the value of the Internet access used by the few consumers who

14   understood the nature of defendants' offer ($69,155). The Court finds that $20,581,251

15   reasonably approximates the amount of consumer injury in this case.

16       Because the FTC's calculation of consumer injury is reasonable, the burden then

17   shifts to the defendants to show that the figure is inaccurate. Defendants argue that the

18   FTC's "amount paid" calculation is overstated because (1) it does not reflect refunds

19   issued by the programs themselves (as opposed to Olympic) and (2) it does not reflect

20   consumer recourse, bad debt, and other charges that were reported by the LECs after

21   Olympic stopped generating payment summaries at the end of 2000. Defendants have

22   shown that, in addition to the $329,313 in refunds issued by defendant Olympic, another

23   $2,904,354 in refunds were issued by defendants Cyberspace, Essex, and Splashnet but

24   not included in the payment summaries. Mr. Reese's testimony regarding this subject is

25   ambiguous and the Court finds Mr. Ratner's analysis and the evidence in support thereof

26

27       [2] The Hebard defendants argue that the FTC waived any claim regarding Integretel-

28   related consumer losses because it did not present supporting evidence at the January 5, 2004,
trial. The Integretel numbers have never been seriously disputed, however, and the Court did not
request additional evidence on that subject.

ORDER REGARDING AMOUNT OF CONSUMER
INJURY AND METHOD OF REDRESS      4

persuasive. With regards to the post-2000 information, although evidence of bad debt and other charges incurred after Olympic stopped generating payment summaries would be relevant in calculating the total amount that was actually paid by consumers, the primary evidence defendants provided in support of this argument is the declaration of defendant Eisenberg. Despite having the burden of proving inaccuracies in the FTC's calculation, Eisenberg offers no documentary evidence of such late reports, no specifics regarding any particular deduction, and no estimate regarding the amount of the FTC's alleged error. Defendants have not, therefore, shown that the FTC's figures should be modified to take into account any post-2000 LEC invoices.

Having considered all of the evidence produced by the parties and the remainder of the file, the Court finds that, although the FTC's consumer injury calculation of $20,581,251 "reasonably approximates" the amount of consumers' net losses, defendants have shown that the figure is inaccurate by $2,904,354. Therefore, the Court will enter judgment for the FTC in the amount of $17,676,897. All defendants are jointly and severally liable for payment of this amount as set forth in Section III of this Order.

## II. Evidentiary Objections

Most of defendants' evidentiary objections border on the frivolous and are overruled for the following reasons:

1. Ex. 400; Trial Ex. 12 (Declaration of J. Crowley)

Mr. Crowley's testimony presents a summary admissible under Fed. R. Ev. 1006. The underlying documents, which are themselves summaries, were produced by defendants and are admissible as admissions of a party opponent under Fed. R. Ev. 801(d)(2). No additional personal knowledge or expertise is required.

2. Ex. 402, Trial Ex. 13 (Declaration of L. Tobin)

The Court has already determined that the Starnet documents on which Ms. Tobin's data compilation is based are admissible as business records under Fed. R. Ev. 803(6). The two monthly printouts have been authenticated and were available to defendants.

3. Ex. 403 (Marchlewicz Deposition Testimony)

Mr. Marchlewicz was defendant Olympic's designee under Rule 30(b)(6). Defendants cannot now contest his lack of personal knowledge.

4. Ex. 404 (Eisenberg Deposition Testimony)

Mr. Eisenberg was another Olympic designee under Rule 30(b)(6). Having offered him to testify on behalf of the corporation, defendants cannot now contest his lack of personal knowledge.

5. Ex. 405 (Reese Deposition Testimony)

Defendants object to Mr. Reese's testimony regarding monthly payment summaries. Mr. Reese has personal knowledge regarding how the summaries were created and how they should be interpreted. The summaries were properly identified and are admissible as admissions of a party opponent under Fed. R. Ev. 801(d)(2).

6. Ex. 411 (Van Deren Deposition Testimony)

In response to defendants' objection, the FTC provided the foundational testimony required by Fed. R. Ev. 602.

7. Trial Ex. 14 (Declaration of T. Savell)

Ms. Savell's position as manager of the redress program, her familiarity with the contracts and the requirements imposed on the contractors, and her trial testimony establish the necessary foundation for her testimony.

8. Trial Ex. 18 (Cyberspace Offering Circular)

The Court already overruled defendants' objections to the offering circular when it was offered in support of the FTC's motion for summary judgment as Ex. 95.

9. Trial Ex. 19 (Starnet Invoices)

The Court already overruled defendants' objections to the Starnet invoices when they were offered in support of the FTC's motion for summary judgment as Ex. 4. Defendants' request for reconsideration of that ruling is denied.

10. Trial Ex. 22 (Cyberspace Customer Service Manual)

Mr. Eisenberg adequately authenticated this document during his deposition and it was admitted at trial.

1  11. Trial Ex. 23 (July 22, 2003 E-Mail from Gene Hirai)

2  This document is admitted, not to establish the truth of the matters asserted

3  therein, but to show that defendants relied on the payment summaries prepared by

4  Olympic in the ordinary course of their business.

5  12. Trial Ex. 26 (June 3, 2003 E-Mail from Ken Dawson)

6  As stated at trial, this exhibit is admitted, not for the truth of the numbers

7  contained therein, but simply to complete the references in Mr. Ratner's testimony.

8  13. Trial Ex. 27 (Splashnet Summary)

9  As stated at trial, this exhibit is admitted, not for the truth of the numbers

10  contained therein, but simply to complete the references in Mr. Ratner's testimony.

11

12  **III. Distribution of Funds to Injured Consumers**

13  The FTC asserts that it intends to use all of the $17,676,897 to provide redress to

14  injured consumers, but wants authorization to use any funds that cannot be distributed to

15  consumers in whatever manner it sees fit: the FTC specifically mentions the possibility

16  of funding corrective consumer information efforts and depositing excess funds into the

17  United States Treasury. Defendants argue that such an order would be impermissibly

18  punitive because it is highly unlikely, given the state of defendants' records and the

19  passage of time, that the entire $17,676,897 will be distributed to consumers.

20  Recognizing that depositing funds in the United States Treasury is a form of

21  disgorgement that may run afoul of the statute (see FTC v. Figgie Int'l, Inc., 994 F.2d

22  595, 607-08 (9th Cir. 1993)), the FTC attempts to deal with this problem by seeking an

23  express finding that "all amounts paid by defendants and collected by the FTC pursuant

24  this Order constitute equitable relief solely remedial in nature for purposes of redress and

25  are not a fine, penalty, punitive assessment, or forfeiture." Proposed Order Entering a

26  Monetary Judgment for the FTC (filed 4/28/03). The propriety of such a finding,

27  especially where the FTC acknowledges the possibility that redress will be difficult and

28  that a substantial portion of the damages in this case may never find its way to

consumers, is doubtful.

ORDER REGARDING AMOUNT OF CONSUMER
INJURY AND METHOD OF REDRESS          7

1   Having considered the parties' respective positions and presided at the trial of this

2   matter, the Court finds that defendants are jointly and severally liable for the full costs of

3   identifying consumers entitled to redress, reimbursing their losses, and distributing funds

4   up to and including the full amount of their liability.  In order to accomplish this goal,

5   defendants shall, within 60 days of the date of this Order, pay to the FTC the amount of

6   $17,676,897 which shall be deposited into a fund administered by the FTC or, in the

7   FTC's sole discretion, its designated agent.  If defendants cannot pay the full amount,

8   they shall pay as much as they are able and shall provide sworn financial statements in

9   the form of Attachment A to this Order by the end of the 60 day period.  If full payment

10  is not received by the FTC within 60 days from the date of this Order, defendants shall

11  sit for asset depositions pursuant to the Federal Rules of Civil Procedure.

12   Defendants shall make a concerted and good faith effort to produce all relevant

13  information that might enable the FTC to identify, locate, and reimburse the consumers

14  who were injured by defendants' scheme.  Within 60 days of the date of this Order,

15  defendants shall provide copies of any and all documents, computer files, or other data

16  collections that might be helpful in identifying and locating defendants' customers

17  and/or calculating the amount of consumer redress owed to each such person.[3]  Utilizing

18  the information produced by defendants, the FTC shall contact injured consumers

19  regarding the availability of a refund and shall specify the method by which

20  reimbursement can be obtained.  The costs of contacting injured consumers and

21  distributing funds shall be paid out of the $17,676,897 fund.  If, after the FTC has made

22  all reasonable attempts to identify and locate individuals entitled to redress (which the

23

24

25

26

27   [3] Defendants need not produce documents that were produced during discovery in this
28  matter.  However, if defendants cannot affirmatively show that a particular file, document, or
    data collection was produced to the FTC during the course of this litigation, they shall produce it
    at this time.

ORDER REGARDING AMOUNT OF CONSUMER
INJURY AND METHOD OF REDRESS          8

1 Court anticipates will take less than two years), there are additional funds remaining in
2 the account, that money shall be returned to defendants.[4]

3     In adopting this method of distributing funds to injured consumers, the Court is
4 aware that defendants, by failing to cooperate fully, could greatly reduce the number of
5 claims filed against the fund, thereby increasing the likelihood that they would get a
6 refund. The difficulties encountered during discovery in the above-captioned matter
7 make this risk a very real concern. The Court shall retain jurisdiction over this matter for
8 the purpose of enabling the parties to apply to the Court for such further orders and
9 directives as may be necessary or appropriate for the interpretation, modification, or
10 enforcement of this Order. If the FTC is able to show that defendants have failed to
11 disclose assets or failed to make a good faith effort to produce information regarding
12 their customers, it may seek a forfeiture of all funds remaining in the account as a
13 sanction for failure to comply with this Order.

14     On or about March 11, 2005, the FTC shall file a status report of not more than
15 twelve pages setting forth the chosen method of distribution, the progress it has made
16 and/or any difficulties it is having in identifying injured consumers, what percentage of
17 the funds have been distributed, what further orders or directives of the Court are
18 necessary to redress consumer injury, and any other information that is relevant to the
19 enforcement of this Order. Defendants may, on or before March 24, 2005, file responses
20 of not more than twelve pages. The Clerk of Court is directed to note a "Status Report"
21 on the Court's calendar for Friday, March 25, 2005.

22

23 **IV. Other Provisions**

24     The "Stipulated Permanent Injunction" between the FTC and defendants Ian
25 Eisenberg, French Dreams, and Olympic Telecommunications and signed by this Court

26 

---

27     [4] Although the FTC has raised the possibility of "consumer information remedies," there does not appear to be any information that needs to be distributed to consumers in an effort to
28 undue the false impressions created by defendants' marketing scheme. Thus, the type of corrective advertising sanctioned in Figgie International is not appropriate here and the Court declines to authorize the type of "consumer beware" campaign mentioned at trial.

ORDER REGARDING AMOUNT OF CONSUMER
INJURY AND METHOD OF REDRESS     9

1  on October 20, 2000, is affirmed, except as follows:  Sections VIII (Distribution of

2  Order by Defendants), IX (Record Keeping Provisions), X (Compliance Reporting by

3  Defendants) and XI (Commission's Authority to Monitor Compliance) of the Stipulated

4  Permanent Injunction are extended so that the period covered by these sections

5  commences to run with the entry of this Order.

6      The "Stipulated Permanent Injunction as to Chris Hebard and Coto Settlement",

7  and signed by this Court on October 20, 2000, is affirmed, except as follows:  Sections

8  VIII (Distribution of Order by Defendants), IX (Record Keeping Provisions), X

9  (Compliance Reporting by Defendants), XI (Commission's Authority to Monitor

10  Compliance), and XII (Access to Business Premises) of the Stipulated Permanent

11  Injunction are extended so that the period covered by these sections commences to run

12  with the entry of this Order.

13      Within five (5) business days of receipt of this Order, each defendant shall submit

14  to the FTC a sworn statement, in the form shown on Attachment B, acknowledging

15  receipt of this Order.

16

17  Dated this __17th__ day of March, 2004.

18

19

20  Robert S. Lasnik
    United States District Judge

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTACHMENT A**

## FEDERAL TRADE COMMISSION

## FINANCIAL STATEMENT OF CORPORATE DEFENDANT

**Instructions**:

1.  Complete all items. Enter "None" or "N/A" ("Not Applicable") where appropriate. If you cannot fully answer a question, explain why.

2.  In completing this financial statement, "the corporation" refers not only to this corporation but also to each of its predecessors that are not named defendants in this action.

3.  When an Item asks for information about assets or liabilities "held by the corporation," include <u>ALL</u> such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by others for the benefit of the corporation.

4.  Attach continuation pages as needed. On the financial statement, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number being continued.

5.  Type or print legibly.

6.  An officer of the corporation must sign and date the completed financial statement on the last page and initial each page in the space provided in the lower right corner.

**Penalty for False Information**:

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person:

(1) "in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "in any . . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "in any (. . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information . . . knowing the same to contain any false material declaration." (18 U.S.C. § 1623)

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571.

## BACKGROUND INFORMATION

**Item 1.**        **General Information**

Corporation's Full Name _____

Primary Business Address _____ From (Date) _____

Telephone No. _____ Fax No. _____

E-Mail Address_____ Internet Home Page_____

All other current addresses & previous addresses for past five years, including post office boxes and mail drops:

Address_____ From/Until_____

Address_____ From/Until_____

Address_____ From/Until_____

All predecessor companies for past five years:

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

Name & Address _____ From/Until _____

**Item 2.**        **Legal Information**

Federal Taxpayer ID No. _____ State & Date of Incorporation _____

State Tax ID No. _____ State _____ Profit or Not For Profit _____

Corporation's Present Status: Active _____ Inactive _____ Dissolved _____

If Dissolved: Date dissolved _____ By Whom _____

Reasons _____

Fiscal Year-End (Mo./Day) _____ Corporation's Business Activities _____

**Item 3.**        **Registered Agent**

Name of Registered Agent _____

Address _____ Telephone No. _____

Initials _____

**Item 4.**        **Principal Stockholders**

List all persons and entities that own at least 5% of the corporation's stock.

| Name & Address | % Owned |
| --- | --- |
| | |
| | |
| | |
| | |

**Item 5.**        **Board Members**

List all members of the corporation's Board of Directors.

| Name & Address | % Owned | Term (From/Until) |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |

**Item 6.**        **Officers**

List all of the corporation's officers, including *de facto* officers (individuals with significant management responsibility whose titles do not reflect the nature of their positions).

| Name & Address | % Owned |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

<u>Item 7.</u>       **Businesses Related to the Corporation**

List all corporations, partnerships, and other business entities in which this corporation has an ownership interest.

| Name & Address | Business Activities | % Owned |
|---|---|---|
| | | |
| | | |
| | | |

State which of these businesses, if any, has ever transacted business with the corporation _____

_____

<u>Item 8.</u>       **Businesses Related to Individuals**

List all corporations, partnerships, and other business entities in which the corporation's principal stockholders, board members, or officers (i.e., the individuals listed in Items 4 - 6 above) have an ownership interest.

| Individual's Name | Business Name & Address | Business Activities | % Owned |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

State which of these businesses, if any, have ever transacted business with the corporation _____

_____

<u>Item 9.</u>       **Related Individuals**

List all related individuals with whom the corporation has had any business transactions during the three previous fiscal years and current fiscal year-to-date. A "related individual" is a spouse, sibling, parent, or child of the principal stockholders, board members, and officers (i.e., the individuals listed in Items 4 - 6 above).

| Name and Address | Relationship | Business Activities |
|---|---|---|
| | | |
| | | |
| | | |

**Item 10.**        **Outside Accountants**

List all outside accountants retained by the corporation during the last three years.

| Name | Firm Name | Address | CPA/PA? |
|------|-----------|---------|---------|
|      |           |         |         |
|      |           |         |         |
|      |           |         |         |
|      |           |         |         |
|      |           |         |         |

**Item 11.**        **Corporation's Recordkeeping**

List all individuals within the corporation with responsibility for keeping the corporation's financial books and records for the last three years.

| Name, Address, & Telephone Number | Position(s) Held |
|-----------------------------------|------------------|
|                                   |                  |
|                                   |                  |
|                                   |                  |
|                                   |                  |

**Item 12.**        **Attorneys**

List all attorneys retained by the corporation during the last three years.

| Name | Firm Name | Address |
|------|-----------|---------|
|      |           |         |
|      |           |         |
|      |           |         |
|      |           |         |
|      |           |         |

Initials _____

**Item 13.**        **Pending Lawsuits Filed by the Corporation**

List all pending lawsuits that have been filed by the corporation in court or before an administrative agency.  (List lawsuits that resulted in final judgments or settlements in favor of the corporation in Item 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

Initials _____

<u>**Item 14.**</u>         **Current Lawsuits Filed Against the Corporation**

List all pending lawsuits that have been filed against the corporation in court or before an administrative agency. (List lawsuits that resulted in final judgments, settlements, or orders in Items 26 - 27).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested _____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested _____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested _____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested_____ Nature of Lawsuit_____

_____ Status_____

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No._____ Relief Requested _____ Nature of Lawsuit_____

_____ Status_____

Initials _____

<u>Item 15.</u>        **Bankruptcy Information**

List all state insolvency and federal bankruptcy proceedings involving the corporation.

Commencement Date _____ Termination Date _____ Docket No. ____ . _____ __

If State Court: Court & County _____ If Federal Court: District _____ _____ _____

Disposition _____

<u>Item 16.</u>        **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by the corporation, or held by others for the benefit of the corporation.  *On a separate page, describe the contents of each box.*

| <u>Owner's Name</u> | <u>Name & Address of Depository Institution</u> | <u>Box No.</u> |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## FINANCIAL INFORMATION

**REMINDER: When an Item asks for information about assets or liabilities "held by the corporation," include
<u>ALL</u> such assets and liabilities, located within the United States or elsewhere, held by the corporation or held by
others for the benefit of the corporation.**

<u>Item 17.</u>        **Tax Returns**

List all federal and state corporate tax returns filed for the last three complete fiscal years.  *Attach copies of all returns.*

| <u>Federal/<br>State/Both</u> | <u>Tax Year</u> | <u>Tax Due<br>Federal</u> | <u>Tax Paid<br>Federal</u> | <u>Tax Due<br>State</u> | <u>Tax Paid<br>State</u> | <u>Preparer's Name</u> |
|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | |

Initials _____

<u>Item 18.</u>          **Financial Statements**

List all financial statements that were prepared for the corporation's last three complete fiscal years and for the current fiscal year-to-date. *Attach copies of all statements, providing audited statements if available.*

| <u>Year</u> | <u>Balance Sheet</u> | <u>Profit & Loss Statement</u> | <u>Cash Flow Statement</u> | <u>Changes in Owner's Equity</u> | <u>Audited?</u> |
|------|------|------|------|------|------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

<u>Item 19.</u>          **Financial Summary**

For each of the last three complete fiscal years and for the current fiscal year-to-date for which the corporation has not provided a profit and loss statement in accordance with Item 17 above, provide the following summary financial information.

| | <u>Current Year-to-Date</u> | <u>1 Year Ago</u> | <u>2 Years Ago</u> | <u>3 Years Ago</u> |
|------|------|------|------|------|
| <u>Gross Revenue</u> | $ | $ | $ | $ |
| <u>Expenses</u> | $ | $ | $ | $ |
| <u>Net Profit After Taxes</u> | $ | $ | $ | $ |
| <u>Payables</u> | $ | | | |
| <u>Receivables</u> | $ | | | |

<u>*Item 20.*</u>          **Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by the corporation. The term "cash" includes currency and uncashed checks.

Cash on Hand $_____ Cash Held for the Corporation's Benefit $_____

| <u>Name & Address of Financial Institution</u> | <u>Signator(s) on Account</u> | <u>Account No.</u> | <u>Current Balance</u> |
|------|------|------|------|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

**Item 21.**     Government Obligations and Publicly Traded Securities

List all U.S. Government obligations, including but not limited to, savings bonds, treasury bills, or treasury notes, held by the corporation.  Also list all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by the corporation.

Issuer _____ Type of Security/Obligation _____

No. of Units Owned _____ Current Fair Market Value $ _____ Maturity Date _____

Issuer _____ Type of Security/Obligation _____

No. of Units Owned _____ Current Fair Market Value $ _____ Maturity Date _____

**Item 22.**     Real Estate

List all real estate, including leaseholds in excess of five years, held by the corporation.

Type of Property _____ Property's Location _____

Name(s) on Title and Ownership Percentages _____

Current Value $ _____ Loan or Account No. _____

Lender's Name and Address _____

Current Balance On First Mortgage $ _____ Monthly Payment $ _____

Other Loan(s) (describe) _____ Current Balance $ _____

Monthly Payment $ _____ Rental Unit? _____ Monthly Rent Received $ _____

Type of Property _____ Property's Location _____

Name(s) on Title and Ownership Percentages _____

Current Value $ _____ Loan or Account No. _____

Lender's Name and Address _____

Current Balance On First Mortgage $ _____ Monthly Payment $ _____

Other Loan(s) (describe) _____ Current Balance $ _____

Monthly Payment $ _____ Rental Unit? _____ Monthly Rent Received $ _____

Initials _____

<u>Item 23.</u>        **Other Assets**

List all other property, by category, with an estimated value of $2,500 or more, held by the corporation, including but not limited to, inventory, machinery, equipment, furniture, vehicles, customer lists, computer software, patents, and other intellectual property.

| Property Category | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

<u>Item 24.</u>        **Trusts and Escrows**

List all persons and other entities holding funds or other assets that are in escrow or in trust for the corporation.

| Trustee or Escrow Agent's Name & Address | Description and Location of Assets | Present Market Value of Assets |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Initials _____

**Item 25.**      **Monetary Judgments and Settlements Owed To the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed to the corporation.

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No._____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No._____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____


**Item 26.**      **Monetary Judgments and Settlements Owed By the Corporation**

List all monetary judgments and settlements, recorded and unrecorded, owed by the corporation.

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No._____

*Nature of Lawsuit* _____ *Date* _____ *Amount $*_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No._____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No._____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No._____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No._____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Initials _____

**Item 27.**      *Government Orders and Settlements*

List all existing orders and settlements between the corporation and any federal or state government entities.

Name of Agency _____ Contact Person _____

Address _____ Telephone No. _____

Agreement Date _____ Nature of Agreement _____

**Item 28.**      *Credit Cards*

List all of the corporation's credit cards and store charge accounts and the individuals authorized to use them.

<u>Name of Credit Card or Store</u>                     <u>Names of Authorized Users and Positions Held</u>

_____

_____

_____

_____

_____

**Item 29.**      *Compensation of Employees*

List all compensation and other benefits received from the corporation by the five most highly compensated employees, independent contractors, and consultants (other than those individuals listed in Items 5 and 6 above), for the two previous fiscal years and current fiscal year-to-date. "Compensation" includes, but is not limited to, salaries, commissions, consulting fees, bonuses, dividends, distributions, royalties, pensions, and profit sharing plans. "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| <u>Name/Position</u> | <u>Current Fiscal Year-to-Date</u> | <u>1 Year Ago</u> | <u>2 Years Ago</u> | <u>Compensation or Type of Benefits</u> |
|---|---|---|---|---|
| _____ | $ _____ | $ _____ | $ _____ | _____ |
| _____ | $ _____ | $ _____ | $ _____ | _____ |
| _____ | $ _____ | $ _____ | $ _____ | _____ |
| _____ | $ _____ | $ _____ | $ _____ | _____ |
| _____ | $ _____ | $ _____ | $ _____ | _____ |

Initials _____

**Item 30.**      **Compensation of Board Members and Officers**

List all compensation and other benefits received from the corporation by each person listed in Items 5 and 6, for the current fiscal year-to-date and the two previous fiscal years. "Compensation" includes, but is not limited to, salaries, commissions, consulting fees, dividends, distributions, royalties, pensions, and profit sharing plans. "Other benefits" include, but are not limited to, loans, loan payments, rent, car payments, and insurance premiums, whether paid directly to the individuals, or paid to others on their behalf.

| Name/Position | Current Fiscal Year-to-Date | 1 Year Ago | 2 Years Ago | Compensation or Type of Benefits |
|---|---|---|---|---|
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |

**Item 31.**      **Transfers of Assets Including Cash and Property**

List all transfers of assets over $2,500 made by the corporation, other than in the ordinary course of business, during the previous three years, by loan, gift, sale, or other transfer.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |

Page 14                                                                          Initials _____

**Item 32.**          **Documents Attached to the Financial Statement**

List all documents that are being submitted with the financial statement.

| Item No. Document Relates To | Description of Document |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court. I have used my best efforts to obtain the information requested in this statement. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

_____          _____
(Date)                             Signature

                                   _____
                                   Corporate Position

## FEDERAL TRADE COMMISSION

## FINANCIAL STATEMENT OF INDIVIDUAL DEFENDANT

**Instructions:**

1. Complete all items. Enter "None" or "N/A" ("Not Applicable") where appropriate. If you cannot fully answer a question, explain why.

2. "Dependents" include your live-in companion, dependent children, or any other person, whom you or your spouse (or your children's other parent) claimed or could have claimed as a dependent for tax purposes at any time during the past five years.

3. "Assets" and "Liabilities" include <u>ALL</u> assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.

4. Attach continuation pages as needed. On the financial statement, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number(s) being continued.

5. Type or print legibly.

6. Initial each page in the space provided in the lower right corner.

7. Sign and date the completed financial statement on the last page.

**Penalty for False Information:**

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person:

(1) "in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "in any . . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

(3) "in any (. . . statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information . . . knowing the same to contain any false material declaration" (18 U.S.C. § 1623).

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571.

## BACKGROUND INFORMATION

Item 1.        **Information About You**

Your Full Name _____ Social Security No. _____

Place of Birth _____ Date of Birth _____ Drivers License No. _____

Current Address _____ From (Date) _____

Rent or Own? _____ Telephone No. _____ Facsimile No. _____

E-Mail Address _____ Internet Home Page _____

Previous Addresses for past five years:

Address_____ Rent or Own?_____ From/Until_____

Address_____ Rent or Own?_____ From/Until_____

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they

were used_____

Item 2.        **Information About Your Spouse or Live-In Companion**

Spouse/Companion's Name _____ Social Security No. _____

Place of Birth _____ Date of Birth _____

Identify any other name(s) and/or social security number(s) your spouse/companion has used, and the time period(s)

during which they were used _____

Address (if different from yours) _____

From (Date) _____ Rent or Own?_____ Telephone No. _____

Employer's Name and Address _____

Job Title _____ Years in Present Job _____ Annual Gross Salary/Wages $_____

Item 3.        **Information About Your Previous Spouse**

Previous Spouse's Name & Address _____

_____ Social Security No. _____ Date of Birth _____

Initials _____

**Item 4.**      **Contact Information**

Name & Address of Nearest Living Relative or Friend _____

_____ Telephone No. _____

**Item 5.**      **Information About Dependents Who Live With You**

▸Name _____ Date of Birth _____

Relationship _____ Social Security No. _____

▸Name _____ Date of Birth _____

Relationship _____ Social Security No. _____

▸Name _____ Date of Birth _____

Relationship _____ Social Security No. _____

**Item 6.**      **Information About Dependents Who Do Not Live With You**

▸Name & Address _____

Date of Birth _____ Relationship _____ Social Security No._____

▸Name Address _____

Date of Birth _____ Relationship _____ Social Security No._____

▸Name & Address _____

Date of Birth _____ Relationship _____ Social Security No._____

**Item 7.**      **Employment Information**

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (*e.g.*, health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

▸Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

Initials _____

**Item 7. continued**

Income Received:  This year-to-date:  $_____ \_        _____: $_____

                  20\_\_\_\_: $_____        _____: $_____

                  \_\_\_\_: $_____        _____: $_____

▸Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

Income Received:  This year-to-date:  $_____        _____: $_____

                  20\_\_\_\_: $_____        _____: $_____

                  \_\_\_\_: $_____        _____: $_____

▸Company Name & Address _____

Dates Employed:  From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

_____

Income Received:  This year-to-date:  $_____        _____: $_____

                  20\_\_\_\_: $_____        _____: $_____

                  \_\_\_\_: $_____        _____: $_____

**Item 8.**          **Pending Lawsuits Filed by You or Your Spouse**

List all pending lawsuits that have been filed by you or your spouse in court or before an administrative agency.  (List lawsuits that resulted in *final judgments or settlements in Items 16 and 25).*

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

<u>Item 9.</u>        **Pending Lawsuits Filed Against You or Your Spouse**

List all pending lawsuits that have been filed against you or your spouse in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address _____

Court's Name & Address _____

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

<u>Item 10.</u>        **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents. *On a separate page, describe the contents of each box.*

| <u>Owner's Name</u> | <u>Name & Address of Depository Institution</u> | <u>Box No.</u> |
|---|---|---|
| | | |
| | | |
| | | |

<u>Item 11.</u>     **Business Interests**

List all businesses for which you, your spouse, or your dependents are an officer or director.

▸Business' Name & Address _____

Business Format (*e.g.,* corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

▸Business' Name & Address _____

Business Format (*e.g.,* corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

▸Business' Name & Address _____

Business Format (*e.g.,* corporation) _____ Description of Business _____

_____ Position(s) Held, and By Whom _____

Initials _____

## FINANCIAL INFORMATION:  ASSETS AND LIABILITIES

**REMINDER:  "Assets" and "Liabilities" include <u>ALL</u> assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.**

<u>**Item 12.**</u>             **Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.  The term "cash" includes currency and uncashed checks.

Cash on Hand  $_____        Cash Held For Your Benefit  $_____

| <u>Name on Account</u> | <u>Name & Address of Financial Institution</u> | <u>Account No.</u> | Current Balance |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

<u>**Item 13.**</u>             **U.S. Government Securities**

List all U.S. Government securities, including but not limited to, savings bonds, treasury bills, and treasury notes, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| <u>Name on Account</u> | <u>Type of Obligation</u> | <u>Security Amount</u> | <u>Maturity Date</u> |
|---|---|---|---|
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |

Initials _____

<u>Item 14.</u>        **Publicly Traded Securities and Loans Secured by Them**

List all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Issuer _____ Type of Security _____ No. of Units Owned _____

Name on Security _____ Current Fair Market Value $_____ Loan(s) Against Security $_____

Broker House, Address _____ Broker Account No. _____

▸Issuer _____ Type of Security _____ No. of Units Owned _____

Name on Security _____ Current Fair Market Value $_____ Loan(s) Against Security $_____

Broker House, Address _____ Broker Account No. _____

<u>Item 15.</u>        **Other Business Interests**

List all other business interests, including but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, joint ventures, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Business Format _____ Business' Name & Address _____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $_____

▸Business Format _____ Business' Name & Address _____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $_____

<u>Item 16.</u>        **Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents**

List all monetary judgments or settlements owed to you, your spouse, or your dependents.

▸Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

▸Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $_____

Page  7                                                              Initials _____

<u>Item 17.</u>        **Other Amounts Owed to You, Your Spouse, or Your Dependents**

List all other amounts owed to you, your spouse, or your dependents.

Debtor's Name, Address, & Telephone No. _____

Original Amount Owed $_____ Current Amount Owed $_____ Monthly Payment $_____

<u>Item 18.</u>        **Life Insurance Policies**

List all life insurance policies held by you, your spouse, or your dependents.

►Insurance Company's Name, Address, & Telephone No. _____

_____

Insured _____ Beneficiary _____ Face Value $_____

Policy No. _____ Loans Against Policy $_____ Surrender Value $_____

►Insurance Company's Name, Address, & Telephone No. _____

_____

Insured _____ Beneficiary _____ Face Value $_____

Policy No. _____ Loans Against Policy $_____ Surrender Value $_____

<u>Item 19.</u>        **Deferred Income Arrangements**

List all deferred income arrangements, including but not limited to, deferred annuities, pensions plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, and other retirement accounts, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

►Name on Account _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

_____

Account No. _____ Surrender Value $_____

►Name on Account _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

_____

Account No. _____ Surrender Value $_____

Initials _____

**Item 20.        Personal Property**

List all personal property, by category, whether held for personal use or for investment, including but not limited to, furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Property Category (e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

**Item 21.        Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles**

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

▸Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

Initials _____

**Item 21.  Continued**

‣Vehicle Type _____ Make _____ Model _____ Year _____

Registered Owner's Name _____ Registration State & No. _____ _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

**Item 22.        Real Property**

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

‣Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____ Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

‣Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____ Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

''Initials _____

<u>Item 23.</u>      **Credit Cards**

List each credit card held by you, your spouse, or your dependents.  Also list any other credit cards that you, your spouse, or your dependents use.

| Name of Credit Card (e.g., Visa, MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance | Minimum Monthly Payment |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

<u>Item 24.</u>      **Taxes Payable**

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependants.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

<u>Item 25.</u>      **Judgments or Settlements Owed**

List all judgments or settlements owed by you, your spouse, or your dependents.

Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date _____ Amount $ _____

Initials _____

**Item 26.**      **Other Loans and Liabilities**

List all other loans or liabilities in your, your spouse's, or your dependents' names.

▸Name & Address of Lender/Creditor _____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

▸Name & Address of Lender/Creditor _____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____


## OTHER FINANCIAL INFORMATION


**Item 27.**      **Tax Returns**

List all federal tax returns that were filed during the last three years by or on behalf of you, your spouse, or your dependents. *Provide a copy of each signed tax return that was filed during the last three years.*

| Tax Year | Name(s) on Return | Refund Expected |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |


**Item 28.**      **Applications for Credit**

List all applications for bank loans or other extensions of credit that you, your spouse, or your dependents have submitted within the last two years. *Provide a copy of each application, including all attachments.*

| Name(s) on Application | Name & Address of Lender |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Initials _____

**Item 29.**      **Trusts and Escrows**

List all funds or other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents. Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity. *Provide copies of all executed trust documents.*

| Trustee or Escrow Agent's Name & Address | Date Established | Grantor | Beneficiaries | Present Market Value of Assets |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**Item 30.**      **Transfers of Assets**

List each person to whom you have transferred, in the aggregate, more than $2,500 in funds or other assets during the previous three years by loan, gift, sale, or other transfer. For each such person, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |

Initials _____

## SUMMARY FINANCIAL SCHEDULES

<u>Item 31.</u>      **Combined Balance Sheet for You, Your Spouse, and Your Dependents**

| <u>ASSETS</u> | | <u>LIABILITIES</u> | |
|---|---|---|---|
| Cash on Hand<br>(Item 12) | $_____ | Credit Cards<br>(Item 23) | $_____ |
| Cash in Financial Institutions<br>(Item 12) | $_____ | Motor Vehicles - Liens<br>(Item 21) | $_____ |
| U.S. Government Securities<br>(Item 13) | $_____ | Real Property - Encumbrances<br>(Item 22) | $_____ |
| Publicly Traded Securities<br>(Item 14) | $_____ | Loans Against Publicly Traded Securities<br>(Item 14) | $_____ |
| Other Business Interests<br>(Item 15) | $_____ | Taxes Payable<br>(Item 24) | $_____ |
| Judgments or Settlements Owed<br>to You  (Item 16) | $_____ | Judgments or Settlements Owed<br>(Item 25) | $_____ |
| Other Amounts Owed to You<br>(Item 17) | $_____ | Other Loans and Liabilities<br>(Item 26) | $_____ |
| Surrender Value of Life Insurance<br>(Item 18) | $_____ | | |
| Deferred Income Arrangements<br>(Item 19) | $_____ | <u>Other Liabilities</u> (Itemize) | |
| Personal Property<br>(Item 20) | $_____ | _____ | $_____ |
| Motor Vehicles<br>(Item 21) | $_____ | _____ | $_____ |
| Real Property<br>(Item 22) | $_____ | _____ | $_____ |
| | | _____ | $_____ |
| <u>Other Assets</u> (Itemize) | | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| Total Assets | $_____ | Total Liabilities | $_____ |

Initials _____

## ATTACHMENTS

<u>Item 33.</u>          <u>Documents Attached to this Financial Statement</u>

List all documents that are being submitted with this financial statement.

Item No. Document                                          Description of Document
    Relates To

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court. I have used my best efforts to obtain the information requested in this statement. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:


_____          _____
(Date)                            Signature


Initials _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT B

ORDER REGARDING AMOUNT OF CONSUMER
INJURY AND METHOD OF REDRESS

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION,

                                   **Plaintiff,**

        **v.**

CYBERSPACE.COM, LLC, et al,

                               **Defendants.**

Case No. C00-1806-L

## AFFIDAVIT OF DEFENDANT

_____, being duly sworn, hereby states and affirms as follows:

1.     My name is _____. I am the _____ of _____ _____. I am authorized to execute this affidavit.

2.     _____ is a defendant in *FTC v. Cyberspace.com, et al.*, which has been filed in the Western District of Washington.

3.     On _____, I received, on behalf of _____ a copy of the Order, which was signed by the Honorable Robert Lasnik and entered by the Court on _____, 2003. A true and correct copy of the Order I received is appended to this Affidavit.

ORDER REGARDING AMOUNT OF CONSUMER
INJURY AND METHOD OF REDRESS

1    I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.

3

4                                    _____

5

6    Subscribed and sworn to before me this ____ day of _____ , 2003.

7

8                                    _____

9                               Notary Public

10

11  My Commission expires _____.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING AMOUNT OF CONSUMER
INJURY AND METHOD OF REDRESS                    14