# United States District Court

WESTERN DISTRICT OF WASHINGTON

FEDERAL TRADE COMMISSION,

JUDGMENT IN A CIVIL CASE

v.

CYBERSPACE.COM, LLC, et al.

CASE NUMBER: C00-1806L

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 x   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of plaintiff and against defendants in the amount of $17,676,897.

March 17, 2004

BRUCE RIFKIN
Clerk

By, Deputy Clerk

00-CV-01806-IFP